AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Connecticut__

USA

v.

Jeffrey Benton

**EXHIBIT AND WITNESS LIST**

Case Number: 3:12cr 104-7 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | Marc H. Silverman, AUSA | Jodi Gagne, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/23/2013 | Thea Finkelstein | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 7/23/13 | | | Ryan McCrea, New Haven, CT |
| | ✓ | " | | | Kawya Cortes, New Haven, CT |
| | ✓ | " | | | Gwendolyn McCrea, New Haven, CT |
| | ✓ | " | | | Jeffrey Benton, New Haven, CT |
| ✓ | | " | | | Officer David Rivera, New Haven, CT |
| ✓ | | " | | | Joseph Howard, Wethersfield, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages