# UNITED STATES DISTRICT COURT

DISTRICT OF **Connecticut**

**USA**
v.
**Jeffrey Benton**

## EXHIBIT AND WITNESS LIST

Case Number: 3:12cr 104-7 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | Marc H. Silverman, AUSA | Jodi Gagne, Esq |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/23/2013 | Thea Finkelstein | P. Villano |

| Govt. PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/23/13 | ✓ | ✓ | Consent to Search form |
| 2 | | 7/23/13 | ✓ | ✓ | DEA Report of Officer Rivera |
| 3 | | 7/23/13 | ✓ | ✓ | Bill of Sale for 2002 BMW |
| 4 | | 7/23/13 | ✓ | ✓ | Baggies & Scale |
| 5 | | 7/23/13 | ✓ | ✓ | Photos |
| 6 | | 7/23/13 | ✓ | ✓ | Photos |
| 7 | | 7/23/13 | ✓ | ✓ | Photos |
| 8 | | 7/23/13 | ✓ | ✓ | Photos |
| 9 | | 7/23/13 | ✓ | ✓ | Picture of Deft's Sweatshirt |
| 10 | | 7/23/13 | ✓ | ✓ | Picture of Clothes |
| 11 | | 7/23/13 | ✓ | ✓ | Photos |
| 12 | | 7/23/13 | ✓ | ✓ | Photo |
| 13 | | 7/23/13 | ✓ | ✓ | Photo |
| 14 | | 7/23/13 | ✓ | ✓ | Photo |
| 15 | | 7/23/13 | ✓ | ✓ | Photo |
| 16 | | 7/23/13 | ✓ | ✓ | Photo |
| 17 | | 7/23/13 | ✓ | ✓ | Photo |
| 18 | | 7/23/13 | ✓ | ✓ | Photo |
| 19 | | 7/23/13 | ✓ | ✓ | Photo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages