AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __CONNECTICUT__

USA

V.

Gilbert Galan, Jr., & Pierre Galan

**Gov't's**
~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:12cr104-22,23 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | Marc Silverman/S. Dave Vatti | Kurt Zimmermann/Nicholas Adamucci |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/26/2013 | Thea Finkelstein | Patricia Villano |

Gov't.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 8/26/13 | | | David Rivera, New Haven, Ct |
| ✓ | | 8/26/13 | | | Jason Hanson, Cromwell, Ct |
| ✓ | | 8/26/13 | | | Ekrem Halin, Wolcott, Ct |

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Aug 26, 2013
Roberta D. Tabora, Clerk
By P. A. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages