AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

USA

V.

Gilbert Galan, Jr., & Pierre Galan

**Gov't's EXHIBIT ~~AND WITNESS~~ LIST**

Case Number: 3:12cr104-22,23 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | Marc Silverman/S. Dave Vatti | Kurt Zimmermann/Nicholas Adamucci |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/26/2013 | Thea Finkelstein | Patricia Villano |

| Gov't. PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/26/13 | ✓ | ✓ | Photo |
| 2 | | 8/26/13 | ✓ | ✓ | Photo |
| 3 | | 8/26/13 | ✓ | ✓ | Photo |
| 4 | | 8/26/13 | ✓ | ✓ | Photo |
| 5 | | 8/26/13 | ✓ | ✓ | Photo |
| 6 | | 8/26/13 | ✓ | ✓ | Photo |
| 7 | | 8/26/13 | ✓ | ✓ | Photo |
| 8 | | 8/26/13 | ✓ | ✓ | Photo |
| 9 | | 8/26/13 | ✓ | ✓ | Photo |
| 10 | | 8/26/13 | ✓ | ✓ | Photo |
| 11 | | 8/26/13 | ✓ | ✓ | Photo |
| 12 | | 8/26/13 | ✓ | ✓ | Photo |
| 13 | | 8/26/13 | ✓ | ✓ | Consent form |
| 14 | | 8/26/13 | ✓ | ✓ | Cd of phone call |
| 14a | | 8/26/13 | ✓ | ✓ | Transcript of phone call |
| 15 | | 8/26/13 | ✓ | ✓ | Cd of phone call |
| 15a | | 8/26/13 | ✓ | ✓ | Transcript of phone call |
| 16 | | 8/26/13 | ID | | DA6 Report of David Rivera |
| 17 | | 8/26/13 | ✓ | ✓ | Photo |

United States District Court
District of Connecticut
FILED AT NEW HAVEN
aug. 26, 2013
Roberta D. Tabora, Clerk
By P. A. Villano
Deputy Clerk  1  Pages

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.