AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

USA

V.

Gilbert Galan, Jr., & Pierre Galan

Defendants
EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:12cr104-22,23 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | Marc Silverman/S. Dave Vatti | Kurt Zimmermann/Nicholas Adamucci |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/26/2013 | Thea Finkelstein | Patricia Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | B | 8/26/13 | ✓ | ✓ | Report of Investigation |
| | D | 8/26/13 | ✓ | ✓ | Case Incident Report |
| | E | 8/26/13 | ID | | Photo of Apartment Bldg |
| | F | 8/26/13 | ID | ✓ | Floor Plan of Apartment |
| | G | 8/26/13 | ✓ | ✓ | Measurement of Stairwell - 1st Floor |
| | H | 8/26/13 | ✓ | ✓ | Measurement of Stairwell - 2nd Floor |
| | I | 8/26/13 | ✓ | ✓ | Measurement of Stairwell - 3rd Floor |
| | J | 8/26/13 | ID | | Photo |
| | K | 8/26/13 | ID | ✓ | Photo |
| | L | 8/26/13 | ✓ | ✓ | Affidavit of Merline Sellers |
| | M | 8/26/13 | ID | ✓ | Hospital Report for Meline Sellers |

United States District Court
~~District of Connecticut~~
FILED AT    NEW HAVEN

Aug 26, 2013

Roberta D. Tabora, Clerk

By P. A. Villano

Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages