1                    UNITED STATES DISTRICT COURT

2                      DISTRICT OF CONNECTICUT

3    * * * * * * * * * * * * * x   Criminal Case
                                      No. 3:12CR104(EBB)
4    UNITED STATES OF AMERICA,    :
                   Plaintiff
5                                 :

          vs.                        January 28, 2014
6                                 :  9:25 O'clock a.m.
     RICHARD ANDERSON, PHILIP
7    BRYANT, ROBERT SANTOS,       :
                   Defendants        New Haven, Connecticut
8                                 :
     * * * * * * * * * * * * * x
9

                        SIXTH DAY OF TRIAL
10
            BEFORE THE HONORABLE ELLEN BREE BURNS
11             SENIOR UNITED STATES DISTRICT JUDGE
                      AND A JURY OF FIFTEEN
12
     Appearances:
13     For the Plaintiff:          S. DAVE VATTI, ESQ.
                                   MARC HARRIS SILVERMAN
14                                 Assistant U.S. Attorneys
                                   157 Church Street
15                                 New Haven, CT 06510

16     For the Defendant:          NEAL PATRICK ROGAN, ESQ.
       Richard Anderson            315 Post Road West
17                                 Westport, CT 06880

18     For the Defendant:          DAVID A. MORAGHAN, ESQ.
       Philip Bryant               Smith, Keefe, Moraghan & Waterfall
19                                 32 City Hall Center, Suite C
                                   PO Box 1146
20                                 Torrington, CT 06790

21     For the Defendant:          RICHARD A. REEVE, ESQ.
       Robert Santos               Sheehan & Reeve
22                                 139 Orange Street, Suite 301
                                   New Haven, CT 06510
23
       Court Reporter:             Thea Finkelstein RMR, CRR
24                                 TheaFinkelstein@aol.com

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.

```
1              (In the absence of the jury.)

2         THE COURT:  Good morning.

3         MR. SILVERMAN:  Good morning, your Honor.

4         MR. ROGAN:  Good morning, your Honor.

5         MR. MORAGHAN:  Good morning, your Honor.

6         MR. REEVE:  Good morning, your Honor.

7         THE COURT:  Please be seated.

8         Mr. Reeve has a pending motion to present Mr.

9    Donovan as a witness.  At the moment, I'm denying it without

10   prejudice.

11        I think with respect to the witness who's on the

12   stand, questions can be raised as to his contacts with the

13   government, what they promised him if anything for testifying,

14   but I don't think we need Mr. Donovan to clarify that.

15        As I said, without prejudice, Mr. Reeve, in case we

16   need him later, okay?

17        MR. REEVE:  I understand, your Honor, and I

18   understand the Court's ruling to be subject to renewal, and

19   we'll probably discuss it sometime down the road.

20        THE COURT:  I wouldn't be surprised.  You have a

21   habit of bouncing up.

22        MR. REEVE:  Well, at least you didn't say I have an

23   annoying habit.

24        THE COURT:  I didn't say that.  I didn't say that.

25   I love trials.
```

```
1                MR. REEVE:  I have one really brief matter, which is

2       that I had forgotten, you know, Mr. Santos is not supposed to

3       leave his home because he's on an electronic monitor until

4       9:00 o'clock, but because he had to be here today, I told him,

5       he called the probation office last night and told her that he

6       was obligated to be here.  I just wanted to put on the record

7       I advised him to violate his curfew, pursuant to the Court's

8       order.

9                THE COURT:  Okay.  Thank you.

10               MR. VATTI:  Your Honor, just one brief matter.

11               THE COURT:  Yes, sir.

12               MR. VATTI:  I know that Attorney Rogan has run into

13      some jurors in the parking garage.  I ran into a juror this

14      morning at the entrance to the courthouse, and I did not quite

15      hold the door open for her because I didn't want to be seen

16      like -- if you could instruct the jurors that the lawyers

17      aren't being rude in any way.

18               THE COURT:  Do you want me to tell them that?  Sure.

19               MR. VATTI:  That would be great.

20               MR. REEVE:  You know, Judge, it might be appropriate

21      just to put on the record an issue, just so your Honor's not

22      surprised, I'm happy to address it unless -- would you like

23      to?

24               MR. SILVERMAN:  Your Honor, I would just note when

25      the jury comes in that Agent Ndrenika is now sitting at
```

1    counsel table with us, at the completion of his testimony,

2    with agreement of counsel, that he will sit at counsel table

3    with us.  Is that the issue?

4            MR. REEVE:  No.  The other issue was -- no, Judge,

5    the other issue is we have agreed, for purposes of my defense,

6    that I have no objection to the government asking Mr. Wilson

7    whether, at some point during the month of December of 2011,

8    he received information that Mr. Santos was in prison, was in

9    jail.  I need that to come in, and I'm waiving my right to

10   challenge it.

11           It's unusual evidence, and I just thought your

12   Honor's ears might go up when the government goes there.  But,

13   for the record, I am not objecting to it.  We are working out

14   a stipulation that we will be submitting, I hope later this

15   afternoon, that kind of limits it but explains, and I think

16   we're in agreement.  So I wanted just to indicate before the

17   government did it that we have an agreement on that matter.

18           THE COURT:  Thank you.

19           MR. REEVE:  Thank you.

20           MR. SILVERMAN:  With that, I think we're all ready

21   to proceed with the jury.

22           THE COURT:  Okay, let's have the jury.

23           (In the presence of the jury:  9:31 o'clock a.m.)

24           THE COURT:  Good morning, ladies and gentlemen.

25

1                      **K E V I N    W I L S O N**

2          having been recalled as a witness, was previously

3          duly sworn and testified on his oath as follows:

4              THE CLERK:  Mr. Wilson, I just want to remind you,

5      you remain under oath.

6              MR. SILVERMAN:  Your Honor, before I proceed, I just

7      wanted to let the Court know that Agent Ndrenika's now sitting

8      at counsel table with the government.  There's no objection

9      from any defendants with respect to that.

10             THE COURT:  Thank you.

11             MR. SILVERMAN:  Also, as we discussed before the

12     jury came in, I wanted to ask the Court to give that little

13     reminder with the jurors about counsel's contact with them.

14             THE COURT:  Yes, there have been occasions

15     apparently, ladies and gentlemen, when you are in the presence

16     of one of the counsel, either the government or the defense

17     counsel.  They can't talk to you.  They're not being impolite

18     or anything if they don't speak to you but that's a rule, they

19     can't do it.  Just so you'll understand, they're not being

20     impolite or ignoring you.  All right.

21             MR. SILVERMAN:  Thank you, your Honor.  May I

22     proceed?

23             THE COURT:  Yes, please.

24

25

```
1    DIRECT EXAMINATION

2    BY MR. SILVERMAN (Continued):

3    Q    Good morning, Mr. Wilson.

4    A    Good morning.

5    Q    I want to pickup where we left off yesterday, and that's

6    with a discussion generally of heroin distribution.  We talked

7    about bundles and grams and the profit margins that can be

8    made reselling in those quantities.  Are you familiar with the

9    term "brick"?

10   A    Yes.

11   Q    What's a brick?

12   A    A brick is either five bundles -- 50 bags of heroin or

13   100 bags of heroin.

14   Q    When you sold bricks, how many bags of heroin was a

15   brick?

16   A    Fifty.

17   Q    Fifty.  How much did you sell a brick for?

18   A    Anywhere from $250 to $200.

19   Q    I want to ask you about some of the terms, whether code

20   or slang, to refer to heroin.  Yesterday in your testimony,

21   you used the term "dope"?

22   A    Yes.

23   Q    What are some other terms you might use to refer to

24   heroin?

25   A    Diesel, D, boy.
```

1   Q   Okay.  We talked about bundles yesterday, how that's ten

2   bags of heroin, right?

3   A   Yes.

4   Q   What else -- terms, letters, codes -- might you use to

5   refer to a bundle?

6   A   Rubber band, bands, Bs.

7   Q   How about bun?

8   A   Bun, yes.

9   Q   Okay.  What are the items you used when you were

10   processing heroin for distribution?

11   A   A cutting agent, pills, a grinder, wax bags, spoon.

12   Q   Did you ever brand your heroin?

13   A   Yes, I did.

14   Q   What is that?

15   A   It's like a stamp pad with a stamp.

16   Q   Why would you -- what, you would stamp each bag that you

17   were selling?

18   A   You could stamp each bag, you could stamp one bag.  It's

19   so your customers will know you're getting it from the same

20   person.

21   Q   That's like a brand name, you might buy Nike sneaker

22   instead of some other type of sneaker?

23   A   Yes.

24   Q   Okay.  Are you familiar with the term "trap"?

25   A   Yes.

1    Q    What do you understand "trap" to mean?

2    A    A drug sale of any kind.

3         MR. REEVE:  I'm sorry, your Honor, could I ask the

4    witness -- his voice is up, but sometimes the words come

5    together.  It might be my bad ears.

6         THE COURT:  No, it isn't.  I've commented on that to

7    the witness yesterday.

8         Please be more articulate in your speech.  Everybody

9    has to hear you and understand what you're saying, sir.

10        THE WITNESS:  Okay, your Honor.

11        MR. REEVE:  I didn't hear that answer.

12        MR. SILVERMAN:  I'll repeat the question.

13        MR. REEVE:  Thank you, I'll appreciate it.

14   Q    What does the term "trap" mean to you?

15   A    To me it means a drug sale of any kind.

16        MR. REEVE:  I think if he could just slow down the

17   words.  They're merging together.  It's partly the acoustics

18   in here.

19        THE COURT:  Yes, they are, they're very difficult,

20   and we can't do anything about that.  Be aware of the fact

21   that it's difficult to hear in this room anyway, sir, okay?

22   Q    So Mr. Wilson, I'll ask that as you respond to my

23   questions, you speak loudly and you speak slowly.  Just do

24   your best.

25   A    Okay.

```
 1   Q    Are you familiar with the term "fiend"?

 2   A    "Fiend," yes, I'm familiar with that term.

 3   Q    What do you understand "fiend" to mean?

 4   A    "Fiend" to me is a drug addict.

 5   Q    Did you have any customers that you would describe as

 6   fiends?

 7   A    Yes, I did.

 8   Q    And the money you make from selling drugs, your drug

 9   proceeds, what were some terms you would use to refer to that

10   money?

11   A    Bread, paper, stacks, racks.

12   Q    Okay.  So let's take each one.  Bread and paper, is that

13   just money?

14   A    Yes, it's money.

15   Q    Are stacks and racks specific amounts of money?

16   A    Yes, it's $1,000.

17   Q    Okay.  So a stack is a thousand dollars and a RAC is

18   $1,000?

19   A    Yes.

20   Q    Okay.  Let's move now to cocaine and crack cocaine,

21   switch drugs for a minute.  What quantities -- withdrawn.

22        You were purchasing powder cocaine, right?

23   A    Yes.

24   Q    Were you typically selling, almost always selling, crack

25   cocaine?
```

```
 1   A    Yes.

 2   Q    All right.  What quantities of crack cocaine were you

 3   selling?

 4   A    Seven, seven grams, 3.5 grams.  On one occasion, I sold

 5   28 grams.

 6   Q    Is there a term that's commonly used to refer to 3.5

 7   grams of crack?

 8   A    Eight balls.

 9   Q    Eight balls.  Seven grams would be two eight balls?

10   A    Yes.

11   Q    And you said occasionally you would sell 28 grams?

12   A    No, I sold 28 grams on one occasion.  Occasionally, I

13   would sell ten grams.

14   Q    Ten grams?

15   A    Yes.

16   Q    Is 28 grams an ounce?

17   A    Yes.

18   Q    Would it be accurate to say that eight eight balls would

19   make an ounce?

20   A    Yes.

21   Q    Okay.  Are you familiar with the term "dime"?

22   A    Yes, I am.

23   Q    What's a dime?

24   A    A dime is a $10 bag of crack, weed.  Crack.

25   Q    How about dub?
```

```
 1   A     Dub is a $20 bag.

 2   Q     Did you ever sell dimes or dubs to your crack customers?

 3   A     Yes, I have.

 4   Q     All right.  Did you typically sell larger amounts?

 5   A     Yes.

 6   Q     And as we discussed yesterday regarding bundles, could

 7   you make more profit selling smaller quantities?

 8   A     Yes.

 9   Q     So if you were selling dimes and dubs, you could make

10   more profit?

11   A     Yes, you can.

12   Q     So why, then, did you usually stick to eight balls, seven

13   grams, those types of quantities?

14   A     Least police detection, I would say.  I don't have to be

15   on the street corner.

16   Q     So the people selling dimes and dubs are the street level

17   dealers?

18   A     Yes.

19   Q     And you just said they're at more risk of police

20   detection?

21   A     Yes.

22   Q     Okay.  What are some terms to refer to powder cocaine?

23   A     Ping, white girl.  White girl, soft.

24   Q     How about crack cocaine, what are some terms to refer to

25   crack cocaine?
```

1    A     Hard.  Hard, crack.  Hard is the one that really comes to

2    mind.

3    Q     Okay.  How much were you paying for the powder cocaine

4    that you purchased from Mr. P'Dilla and Mr. De Los Santos?

5    A     $36 a gram or $37 a gram.

6    Q     I know this is tougher because you weren't selling it in

7    one-gram quantities typically, but how much were you selling,

8    let's say, an eight ball for?

9    A     Eight ball, I would say 150, 160, maybe.

10   Q     We talked about this briefly yesterday and I didn't close

11   the loop on it.  When you were released from prison in July

12   2010, you said you obtained employment at a Dunkin' Donuts?

13   A     Yes.

14   Q     At some point, did you stop working at Dunkin' Donuts?

15   A     When I was arrested.

16   Q     That's on January 3rd, 2012?

17   A     Yes.

18   Q     You maintained that employment through the summer or fall

19   of 2010, whenever it started, until the date of your arrest

20   January 3, 2010?

21   A     Yes.

22   Q     Even though you were selling drugs and getting back in

23   the drug trade, you continued to work at Dunkin' Donuts?

24   A     Yes.

25   Q     All right.  I want to turn now to the quantities that you

```
 1    were purchasing from your sources of supply in New York, or if

 2    they were here in New Haven when they met you.  You said that

 3    only Mr. De Los Santos supplied you with heroin, is that

 4    right?

 5    A    Yes.

 6    Q    What was the smallest amount of heroin you ever obtained

 7    from Mr. De Los Santos?

 8    A    Maybe 20, maybe 20 grams.  It's kind of hard to remember.

 9    Q    I understand.  What was the largest amount, roughly, that

10    you ever obtained from Mr. De Los Santos?

11    A    I would say 200 grams.

12    Q    Okay.  So from 20 to 200 grams?

13    A    Yes.

14    Q    Was there a number in there that was more typical of what

15    you were obtaining from Mr. De Los Santos?

16    A    A hundred grams.

17    Q    About a hundred?

18    A    Yes.

19    Q    Now, with respect to powder cocaine that you were getting

20    from both Mr. P'Dilla and Mr. De Los Santos, what was the

21    smallest quantity that you ever obtained?

22    A    I believe it was 30.

23    Q    Thirty grams of powder cocaine?

24    A    I believe so.

25    Q    And what was the largest quantity?
```

1    A    I believe 200.

2    Q    Okay.  And in that range of 30 grams to 200 grams, was

3    there a figure, or a smaller subset, that was more typical for

4    your purchases?

5    A    A hundred grams.

6    Q    Now, approximately how many times, total from July 2010

7    to January 3rd, 2012, did you obtain drugs from Mr. P'Dilla

8    and Mr. De Los Santos?

9    A    Anywhere from 40 or more.  Forty or more times.

10           MR. MORAGHAN:  Your Honor, I'm sorry.  Could you

11   repeat that answer?

12           THE COURT:  Yes, could you keep your voice up,

13   please, sir?

14           THE DEFENDANT:  Yes.

15   A    Forty or more times.

16   Q    Forty or more times?

17   A    Yes.

18   Q    Can you recall right now, as you sit on the witness stand

19   here, how much you obtained on each of those 40 plus

20   occasions?

21   A    No, I cannot.

22   Q    I would like to turn now back to Mr. Clark.  We talked a

23   little bit about him yesterday.  Do you remember the video we

24   watched yesterday, we saw him in that video?

25   A    Yes, I do.

1    Q    Yesterday, you described him as your partner?

2    A    Yes.

3    Q    And also as your chef, or your cook, is that right?

4    A    Yes.

5    Q    All right.  I want to play for you Government's Exhibit

6    127.

7             (Government's Exhibit 127, an audio recording,

8    played.)

9    Q    Do you recognize the voices on that call?

10   A    I only recognize one voice.

11   Q    Did you hear your own voice on that call?

12   A    I really didn't hear my voice.

13   Q    Whose voice did you recognize?

14   A    Vincent Clark's.

15   Q    Did Mr. Clark say, "I don't want to give you nothing

16   wet"?

17   A    Yes, he did.

18   Q    What did you understand him to mean by that?

19   A    When you chef, when you cook the powder cocaine into

20   crack cocaine, you have to, you have to give it time to let it

21   dry.

22   Q    So there's a time period when the crack cocaine is wet,

23   it's actually wet?

24   A    Yes.

25   Q    And why don't you give it to customers when it's wet?

```
 1   A    Because it will weigh more.  You'll be gypping your
 2   customers.
 3   Q    The wet powder cocaine weighs more, so they would be
 4   paying more because it weighs more when it's wet?
 5   A    Yes.
 6   Q    Explain to the jury, if you will, how your relationship,
 7   your partnership, with Mr. Clark worked.
 8   A    I would go to New York and get, purchase, get my drugs
 9   from my source of supply.  I would bring it back to
10   Connecticut.  I would give, I would give whatever I got to
11   Vincent Clark and he would then cook it up and give it to me,
12   give me back crack as I needed it.
13   Q    So if you had a customer who wanted to buy crack from
14   you, you had to call Mr. Clark to get it?
15   A    Yes.
16   Q    And did your partnership work that way the entire time or
17   did it end up evolving over the course of time?
18   A    It ended up evolving.  There was times I didn't have to
19   call him where I already had a certain amount of crack in my
20   possession, so I didn't have to call him to get it.
21   Q    During this time, did you trust Mr. Clark?
22   A    Yes, I did.
23   Q    You were giving him all the drugs that you were picking
24   up, right?
25   A    Yes.
```

1   Q      And you were picking those drugs up on credit?

2   A      Yes.

3   Q      At any point, did you realize that your trust was

4   misplaced in Mr. Clark?

5   A      Yes.

6   Q      What happened?

7   A      I gave him a hundred, a hundred plus grams of cocaine, I

8   believe it was a hundred grams of heroin, and he never gave me

9   money back for it.

10   Q      Did he ever give you those drugs back?

11   A      No.

12   Q      So he just took the drugs and ran?

13   A      Basically.

14   Q      What did you do after he didn't pay you for those

15   quantities of cocaine and heroin?

16   A      Tried to find him, I tried to call him.  Complained to

17   other people about it.  Left messages for him.  Talked to him

18   on a few occasions to see if he was going to pay me.

19   Q      Did he ever pay you?

20   A      No, he didn't.

21   Q      At this point, did you have access to firearms?

22   A      Yes, I did.

23   Q      Did you ever threaten Mr. Clark that if he didn't pay you

24   back, some harm might come to him?

25   A      No.

1    Q    Why not?

2    A    I just didn't want retaliation, really.  It would bring a

3    lot more heat on me if I was to try to do something to Mr.

4    Clark.

5    Q    What do you mean by "a lot more heat"?

6    A    Well, when you sell drugs, you already, the police

7    already looking for you.  If you sell drugs and you shoot at

8    people, they're really looking for you.

9    Q    So you thought it might draw more law enforcement

10    attention if you added violence to your drug trafficking?

11    A    That, and drama that I didn't need.

12    Q    Were you and Mr. Clark from the same neighborhood?

13    A    He was from a different neighborhood, but we hung in the

14    same area.

15    Q    Did you have overlapping friends?

16    A    Yes, we did.

17    Q    After he took the drugs and never paid you back, did you

18    continue to see him on social occasions?

19    A    Yes.

20    Q    And how were those interactions with Mr. Clark?

21    A    Kind of awkward, but we spoke to each other.  Can't

22    recall the conversations, but we spoke to each other.

23    Q    Did you just end up letting those drugs go?

24    A    Basically I had to, yes.

25    Q    What did that do to the amounts that you owed your

```
 1    sources of supply?

 2    A    He boosted my debt higher.  A lot higher.

 3    Q    About how much?

 4    A    I can't recall.  I just know that the amounts that I had

 5    to pay for it.

 6    Q    Was it at least thousands of dollars?

 7    A    Yes, it was thousands of dollars.

 8    Q    You were getting the heroin at the time, as you testified

 9    yesterday, for $57 a gram, right?

10    A    Yes.

11    Q    And if he took over a hundred grams, that's at least

12    $5700?

13    A    Yes.

14    Q    And you were getting the powder cocaine, you testified

15    this morning, for 36 or 37 dollars a gram?

16    A    Yes.

17    Q    So if he took over a hundred grams, that's at least

18    $3600?

19    A    Yes.

20    Q    So we're talking close to $10,000 of drugs that he got

21    away with?

22    A    Yes.

23    Q    And you just let that go?

24    A    I had to.

25    Q    Okay.  What did you do in terms of your drug trafficking
```

```
1   activities after Mr. Clark took this $10,000 or so?
2   A    I explained to my source of supply, and I explained it to
3   him, and I told him the only way -- really I told him the only
4   way I could pay him back is if I kept getting drugs from him.
5   Q    Who is that, Mr. P'Dilla or Mr. De Los Santos?
6   A    To both.
7   Q    What did they do?
8   A    Tried to help me out.
9   Q    Did they give you more drugs?
10  A    Yeah, they did.
11  Q    So they didn't cut you off at that point?
12  A    Well, P'Dilla kind of.  P'Dilla kind of.  It wasn't the
13  same.  With P'Dilla, it wasn't the same relationship anymore.
14  Q    All right.  So at that point, you were going forward from
15  that moment, you were going to work more with Mr. De Los
16  Santos than Mr. P'Dilla?
17  A    Yes.
18  Q    All right.  So what did you do after you lost your chef,
19  your cook?
20  A    I switched to heroin.
21  Q    So after your partnership with Mr. Clark ended, you
22  stopped dealing in cocaine and crack cocaine?
23  A    Not completely.  I believe I had got 30, I believe I got
24  30 grams more of cocaine.  I think that was the last purchase
25  that I made.
```

1    Q    All right.   So the cocaine and crack cocaine business

2    subsided at that point?

3    A    Yes.

4    Q    And then it eventually stopped?

5    A    It subsided, yeah, and it stopped.   There was middle

6    deals after that, but not me, myself, getting cocaine from

7    him.

8    Q    What do you mean when you say "middle deals"?

9    A    Somebody calls me and says they want drugs, an amount of

10   cocaine, and I go with them to New York, they purchase the

11   drugs, and I basically introduce the people to each other.

12   Q    The buyer and the seller?

13   A    Yes.

14   Q    Do you make money off of times when you middled deals?

15   A    Sometimes, yeah.

16   Q    Not always?

17   A    Not always, no.

18   Q    Why would you do it if you weren't going to make any

19   money?

20   A    To network.

21   Q    I see.   To establish connections with the buyers and the

22   sellers?

23   A    Yes.

24   Q    I understand.   Okay.   After you lost Mr. Clark and you

25   were focused more on heroin, how did you proceed?   What did

1  you do?

2  A    I'm sorry, can you repeat that?

3  Q    Sure.  When you started to focus more on heroin after

4  your partnership with Mr. Clark ended, how did you proceed

5  with the trafficking of heroin?

6  A    Really through trial and error.  Really through trial and

7  error, because before that point, I wasn't really doing it, it

8  really wasn't all on me.  So just basically through trial and

9  error.

10  Q    Did you decide at any point that you needed another

11  partner?

12  A    Yes.

13  Q    Why?

14  A    Because I needed someone to help me figure it out.

15  Q    Did you find another partner?

16  A    Yes, I did.

17  Q    Who was that?

18  A    Gutter.

19  Q    Do you know Gutter's real name?

20  A    Quiyon Reid.

21  Q    So you started to work with Mr. Reid?

22  A    Yes.

23  Q    How did that come about?

24  A    I asked did he know anything about heroin.  He said he

25  knew something about it, so I figured it would be, he would

```
 1   be, of help to me.

 2   Q    And was he of help to you?

 3   A    Yes, he was.

 4   Q    Tell the jury how that worked.

 5   A    He helped me bag up heroin, told me a little bit about

 6   it.  Not enough so -- enough so I had a grasp of what I was

 7   doing.

 8   Q    And did you work with Mr. Reid for a long time?

 9   A    No, I did not.

10   Q    For about how long were you partnered up with Mr. Reid?

11   A    Hard to say.  I know it wasn't a long time though.

12   Q    Approximately how much heroin did you move, did you sell,

13   in connection with Mr. Reid?

14   A    I would say less than 50 grams.

15   Q    Okay.  And what happened at the end of your partnership

16   with Mr. Reid?  Why did it end?

17   A    I really don't remember.  I believe it was because I

18   wasn't really seeing much profit, or -- I really don't

19   remember exactly why it was it ended.

20   Q    Well, was there an issue like the one you had with Mr.

21   Clark, where he ran away with all the money or all the drugs?

22   A    No, it wasn't.

23   Q    So it just kind of petered out?

24   A    Yeah.

25   Q    And what did you do after that?
```

```
 1   A    Continued, just continue on.  Continue on selling.

 2   Q    By yourself?

 3   A    No.

 4   Q    Did you partner up with another person?

 5        MR. REEVE:  I object to the phrase "partner up."  No

 6   foundation for that.

 7        MR. SILVERMAN:  I'll withdraw it and rephrase the

 8   question.

 9   Q    Did you continue to operate your heroin trafficking

10   alone?

11   A    No, I did not.

12   Q    Did you do it in conjunction with another person?

13   A    Yes, I did.

14   Q    Who was the next person you worked with?

15   A    Scooter.

16   Q    Scooter?  Do you know Scooter's real name?

17   A    Robert Santos.

18   Q    Do you see the person that you've identified as Scooter

19   in the courtroom today?

20   A    Yes.

21   Q    Could you describe what he's wearing?

22   A    He has on a red vest.

23   Q    Is he wearing a tie?

24   A    Yes, he's wearing a tie.

25        MR. SILVERMAN:  Your Honor, I ask that the record
```

1    reflect that the witness has identified the defendant, Robert

2    Santos, as Scooter.

3            THE COURT:  Yes, it shall.

4            MR. SILVERMAN:  Thank you, your Honor.

5    Q    How did it come about that you started to work with Mr.

6    Santos in your heroin trafficking?

7    A    I was on my way to Jackie's house.

8    Q    I'm sorry, who's Jackie?

9    A    One of my friends.  Jacqueline Valentine.

10   Q    Okay.  You were on your way to Jackie's house.  I cut you

11   off.  Go ahead.

12   A    I saw Scooter outside on the porch, so I jumped out and

13   approached him.

14   Q    What happened?

15   A    I told him that I could get heroin in large quantities,

16   and I was in debt, I need help, would it be possible for him

17   to help me out?

18   Q    Why did you decide to approach Scooter, Mr. Santos, about

19   that, of all the people you could have approached?

20   A    I knew that he had dealings with Vincent Clark, and

21   Vincent Clark was happy to have him on board selling the

22   heroin when he was moving the heroin.

23   Q    With you?  Your first partner?

24   A    Yes.

25            MR. REEVE:  I'm sorry, I don't mean to interrupt the

```
 1   witness.  I object to the term that the witness used, which is
 2   he knew -- I think there needs -- maybe it needs to be
 3   rephrased.
 4   Q   Why don't I ask you a few more questions?
 5           MR. SILVERMAN:  We'll see if it takes care of the
 6   objection.
 7           MR. REEVE:  Thank you.
 8   Q   Prior to this interaction you had with Mr. Santos on the
 9   porch on your way to Ms. Valentine's house, had you interacted
10   with him before that?
11   A   I seen him before, I said hi to him before, something
12   like that, maybe.  I didn't really know who he was.
13   Q   When you were partners with Vincent Clark before he ran
14   away with the drugs, had he ever talked to you about Scooter?
15   A   He just mentioned Scooter as somebody who could move
16   heroin.
17   Q   Who could move heroin?
18   A   Yeah.
19   Q   What did you understand Mr. Clark to mean when he told
20   you that Scooter could move heroin?
21   A   Means sell heroin.
22   Q   And based on that information that you had from Mr.
23   Clark, that's why you approached Scooter on the porch that
24   day?
25   A   Yes.
```

1   Q     All right.  So you testified earlier, before I got

2   sidetracked, about telling him you had a debt.

3   A     Yes.

4   Q     Did you tell him who you owed the debt to?

5   A     Yes.

6   Q     Did you actually use their names?

7   A     No, I said my cousins.

8   Q     And how did the conversation proceed?

9   A     Can't really remember the whole, can't really remember

10  the whole conversation.

11  Q     What was the outcome of your conversation with Mr. Santos

12  that day?

13  A     That he was going to help me.  I believe we exchanged

14  numbers, and that he was going to help me.  That's basically

15  what I left that conversation.

16  Q     Okay.  What happened next in terms of your relationship

17  with Mr. Scooter -- Mr. Santos?

18  A     Exactly what happened next, I don't know.  I really don't

19  know exactly what happened next.  It was a long time ago.  I

20  mean, if I had something to refresh my memory.

21  Q     Why don't I ask you this:  Did you ever provide him with

22  a sample of heroin early on in your relationship?

23  A     I can't recall.

24  Q     Okay.  What ended up happening as a result of your

25  relationship with Mr. Santos?

1    A     My debt came down.

2    Q     Okay.  Why don't you, as we did with each of your other

3    partners, why don't you explain --

4            MR. REEVE:  Your Honor, I object to the term

5    "partner."  No evidence of partner.

6            MR. SILVERMAN:  I'll withdraw the question.

7            MR. REEVE:  Thank you.

8    Q     How would you characterize your relationship with Mr.

9    Santos?

10   A     My partner.  He became my partner.

11   Q     He became your partner?

12   A     Yeah.

13   Q     Okay.  How did your relationship, your partnership, with

14   Mr. Santos work?

15   A     I would give him heroin and he would give me back

16   actually more than the amount that was due for the heroin.

17   Q     So maybe it would help if we went through an example of

18   that.  Just a hypothetical.

19   A     Yes.

20   Q     If you obtained 200 grams of heroin from one of your

21   sources of supply, from Mr. De Los Santos, and heroin costs

22   $57 a gram, right?

23   A     Yes.

24   Q     So that would be 1140, 11,400?

25   A     Yes.

```
 1   Q    Right?  That would cost $11,400?

 2   A    Yes.

 3   Q    For 200 grams of heroin?

 4   A    Yes.

 5   Q    All right.  If you got 200 grams, what would you do?

 6   This is a hypothetical.  What would you do with the 200 grams?

 7   A    I would split it in half or give him maybe 80 grams.  I

 8   would give him a good amount.

 9   Q    All right.  So for purposes of making this math easier,

10   let's say you split it in half.  You would give Mr. Santos 100

11   grams?

12   A    Okay.

13   Q    So for you to break even on that amount, you needed to

14   get back $5700?

15   A    Yes.

16   Q    And how much would Mr. Santos give you back?

17   A    In this hypothetical, maybe 7,000.

18   Q    Okay.  So the break even amount, the 5700 plus some

19   additional amount?

20   A    Yes.

21   Q    What would you do with the additional amount?

22   A    I would put it with the money I had towards the debt that

23   I owe.

24   Q    To Mr. De Los Santos?

25   A    Yes.
```

```
1    Q    Okay.  So Mr. Santos helped you pay off your debt?

2    A    Yes.

3    Q    I'm going to play you a couple of calls.

4              MR. SILVERMAN:  The first is Government's Exhibit

5    71.

6    Q    This is on November 2nd, 2011.

7              (Government's Exhibit 71, an audio recording,

8    played, and paused.)

9              MR. SILVERMAN:  Let me pause it right there.

10   Q    Do you recognize the voices of the people speaking in

11   this phone call?

12   A    Yes, I do.

13   Q    Who are they?

14   A    Me and Scooter.

15   Q    By Scooter, you mean Mr. Santos, the defendant?

16   A    Yes.

17   Q    Did you just refer to, "Cuz calling me asking about the

18   rest of the bread"?

19   A    Yes.

20   Q    What did you mean by that?

21   A    My cousin's calling me asking me about the money.

22   Q    Who's your cousin?

23   A    Na-Na.  I believe the person I called my cousin was

24   Na-Na, Johnny De Los Santos.

25   Q    That's your source of supply?
```

```
 1   A    Yes.

 2              (Government's Exhibit 71, an audio recording,

 3   continued, and paused.)

 4   Q    Did you just say, "I told him I was going to give him 23,

 5   he asked for the 6"?

 6   A    Yes.

 7   Q    What did you mean by the numbers 23 and 6?

 8   A    I told him I was going to give him $2,300 and he was

 9   asking me about the $6,000 that I owe him, or he wanted the

10   6,000, and he's asking for it.

11              (Government's Exhibit 71, an audio recording,

12   continued, and paused.)

13   Q    Did Mr. Santos just refer to "clean them up Friday"?

14   A    Yes.

15   Q    What did you understand him to mean by "clean them up"?

16   A    Wipe up the tab, the debt.

17   Q    The entire debt?

18   A    Yes.

19              MR. SILVERMAN:  This is Government's Exhibit 76.

20   November 11, 2011.

21              (Government's Exhibit 76, an audio recording,

22   played, and paused.)

23   Q    Do you recognize the voices of the people on this call?

24   A    Yes.

25   Q    Who are they?
```

```
1    A     Me and Robert Santos.

2    Q     Did you say, "I'm ma give him two, I think, close to 18

3    or something like that"?

4    A     Yes.

5    Q     What did you mean by that?

6    A     2,000 or $1,800.

7    Q     Who were you going to give that to?

8    A     To Na-Na.

9    Q     That's Mr. De Los Santos?

10   A     Yes.

11   Q     Why were you going to give him that money?

12   A     Towards the debt I owe, to get more drugs.

13   Q     That's your debt?

14   A     Yeah.

15   Q     Did Mr. Santos say, "We going to clean them up by

16   Tuesday"?

17   A     Yes.

18   Q     What did you understand him to mean by "clean them up"?

19   A     Wipe the tab out.

20         MR. SILVERMAN:  This is Government's Exhibit 77.

21   It's the same day, November 11, 2011.

22         (Government's Exhibit 77, an audio recording,

23   played.)

24   Q     Do you recognize the voices of the participants in that

25   call?
```

```
1    A    Yes.

2    Q    Who are they?

3    A    Me and Scooter.

4    Q    In that call, did you say, "He said he going to come

5    through Sunday"?

6    A    Yes.

7    Q    Who were you referring to that was going to come through

8    Sunday?

9    A    Na-Na.

10   Q    That's Mr. De Los Santos?

11   A    Yes.

12   Q    Did you say, "He just want to grab something so he could

13   make some more moves"?

14   A    Yes.

15   Q    What did you mean by that?

16   A    He want to get some money.

17   Q    Na-Na wanted to get some money?

18   A    Yes.

19   Q    Did Mr. Santos say, "Bring us what we had, what we got

20   last time"?

21   A    Yes.

22   Q    What did you understand Mr. Santos to mean by that?

23   A    Referring to the last, the last amount of drugs that we

24   had, the same amount.

25   Q    The last quantity of heroin?
```

```
 1   A    Yeah.

 2   Q    And did Mr. Santos say, "We should be able to clean 'em

 3   up by then"?

 4   A    Yes.

 5   Q    What did you understand him to mean by that?

 6   A    Clean up the tab.

 7            MR. SILVERMAN:  This is Government's Exhibit 82,

 8   December 1st, 2011.

 9            (Government's Exhibit 82, an audio recording,

10   played, and paused.)

11   Q    Do you recognize the voices of the participants in that

12   call?

13   A    Yes.

14   Q    Who are they?

15   A    Me and Scooter.

16   Q    In that call, did you state, "Na-Na came down yesterday"?

17   A    Yes.

18   Q    What did you mean by that?

19   A    My source of supply came to New Haven.

20   Q    That's Mr. De Los Santos?

21   A    Yes.

22   Q    Did you state, "He supposed to come down again today"?

23   A    Yes.

24   Q    Did Mr. Santos ask you, "He bringing something"?

25   A    Yes, he did.
```

```
 1   Q    What did you understand him to mean by that question?

 2   A    Is he bringing any more heroin.

 3   Q    Did Mr. Santos later state, "I'm saying what is our tab"?

 4   A    Yes.

 5   Q    What did you understand him to mean by that?

 6   A    How much money do we owe.

 7   Q    In addition to helping you pay down the debt that you

 8   owed to Mr. De Los Santos, did Mr. Santos also provide you

 9   advice on how to distribute heroin?

10   A    Yes, he did.

11            MR. SILVERMAN:  This is Government's Exhibit 59.

12            (Government's Exhibit 59, an audio recording,

13   played, and paused.)

14   Q    Do you recognize the voices of the participants in that

15   call?

16   A    Yes.

17   Q    Who are they?

18   A    Me and Scooter.

19   Q    Did Scooter tell you, "Niggas trying to get a buck"?

20   A    Yes.

21   Q    What did you understand him to mean by that?

22   A    Somebody's trying to purchase 100 grams of heroin.

23   Q    Did you have 100 grams of heroin at that time?

24   A    I don't believe I did, no.

25            (Government's Exhibit 59, an audio recording,
```

1   continued, and paused.)

2   Q    Did Mr. Santos ask you if you tried to boil it or broil

3   it?

4   A    Yes.

5   Q    Which one was it?

6   A    Boil, I believe he said.

7   Q    Broil, with an R?

8   A    No, boil.  Boil.

9   Q    I'm sorry?

10  A    Boil.  I see boil.

11  Q    You see boil; but what did you hear?

12  A    I really couldn't hear it that well.

13  Q    What did you understand him to be telling you to do, when

14  he was talking about boiling or broiling it?

15  A    The cutting agent I had, trying to tint it so it would

16  match the heroin.

17  Q    What color is heroin?

18  A    Anywhere from a white substance to like a tan, gray.

19  Q    And what color was the cutting agent?

20  A    White.

21  Q    So you were going to boil it or broil it to change the

22  color of the cut so that it would match the heroin?

23  A    Yes.

24  Q    Okay.

25          (Government's Exhibit 59, an audio recording,

```
 1   continued, and paused.)

 2   Q    Did you just tell Mr. Santos that Phizzy called you and

 3   told you Emmo got locked up?

 4   A    Yes.

 5   Q    Who is Phizzy?

 6   A    Phizzy is Philip Bryant.

 7   Q    Do you see Philip Bryant in the courtroom today?

 8   A    Yes, I do.

 9   Q    Could you describe what he's wearing?

10   A    Orange shirt, tie, jacket.

11        MR. SILVERMAN:  Your Honor, I ask the record reflect

12   that the witness just identified the defendant, Philip Bryant,

13   as Phizzy.

14        THE COURT:  It shall.

15        MR. SILVERMAN:  Thank you, your Honor.

16   Q    I want to go back to another piece of this conversation,

17   Government's Exhibit 59, that we heard previously.  Did you

18   hear Mr. Santos tell you that the person wanted the price

19   Nu-Nu got?

20   A    Yes.

21   Q    Who is Nu-Nu?

22   A    Nu-Nu was my first partner.

23   Q    Vincent Clark?

24   A    Yes.

25   Q    What did you understand Mr. Santos to be saying when he
```

1    was talking to you about the price Nu-Nu's advertising?

2    A    Whatever price Nu-Nu had, must -- Nu-Nu must of gave a

3    price for the heroin that he had, which I didn't know.

4           MR. SILVERMAN:  I'm going to turn to Government's

5    Exhibit 70.  This is on November 1st, 2011.

6           (Government's Exhibit 70, an audio recording,

7    played.)

8    Q    Do you recognize the voices of the participants in that

9    call?

10   A    Yes.

11   Q    Who are they?

12   A    Me and Scooter.

13   Q    Did you say, "The morphine, should I just throw it on top

14   of it"?

15   A    Yes.

16   Q    What did you mean by that?

17   A    The morphine pills, I already had heroin and cut mixed up

18   together, and somebody called me told me they was going to

19   bring me some morphine pills, so I was asking him, can I add

20   the morphine pills to what I already had, like would it mess

21   it up or something, and he told me it was all right, I could

22   do it.

23   Q    Okay.  You testified earlier that whatever extra Mr.

24   Santos gave you back beyond the sort of break even point, you

25   would add to your money and you used to get more drugs or to

```
1    pay down your debt, right?

2    A    Yes.

3    Q    So did you and Mr. Santos pool your money when purchasing

4    drugs from Mr. De Los Santos?

5    A    I'm sorry?  What does "pool" mean?

6    Q    Did you put your money together so you could buy drugs

7    from Mr. De Los Santos?

8    A    Yes.

9    Q    Did the amount that Mr. De Los Santos would provide you

10   depend on how much money you were giving him?

11   A    Yes.

12   Q    All right.

13          MR. SILVERMAN:  This is Government's Exhibit 63.

14   It's on October 24th, 2011.

15          (Government's Exhibit 63, an audio recording,

16   played.)

17   Q    Do you recognize the voices of the participants in that

18   conversation?

19   A    Yes.

20   Q    Who are they?

21   A    Me and Scooter.

22   Q    During the call, did you say, "I mean, if he like the

23   number I say it's going to be a buck.  If not it probably be

24   50 or less"?

25   A    Yes.
```

1    Q    What did you mean by that?

2    A    If Na-Na like the amount of money we had together, he

3    would give me more drugs.  If he didn't like the amount, if it

4    wasn't enough, he would give me less.

5              MR. SILVERMAN:  This is Government's Exhibit 68,

6    from October 31st, 2011.

7              (Government's Exhibit 68, an audio recording,

8    played, and paused.)

9    Q    Do you recognize the voices of the participants in this

10   call?

11   A    Yes.

12   Q    Who are they?

13   A    Me and Scooter.

14   Q    In this call, did you say, "I gave him 16"?

15   A    Yes.

16   Q    What did you mean by that?

17   A    I gave Na-Na $1,600.

18   Q    Did you say, "The 50 is what makes it 78"?

19   A    Yes.

20   Q    What did you mean by that?

21   A    The 50 grams is what makes it $7,800.

22   Q    Did you recently acquire 50 grams from Mr. De Los Santos?

23   A    Yes.

24   Q    All right.  And so that 50 grams plus whatever debt you

25   had before added up to $7800?

```
 1   A    Yes.

 2   Q    Did Mr. Santos say he was going to need half because,

 3   "People were calling me for, for something nice over there"?

 4   A    Yes.

 5   Q    What did you understand him to mean by that?

 6   A    He wanted 25 grams, half the 50 grams.

 7            MR. SILVERMAN:   This is Government's Exhibit 80,

 8   from November 30th, 2011.

 9            (Government's Exhibit 80, an audio recording,

10   played.)

11   Q    Do you recognize the voices of the participants in that

12   call?

13   A    Yes.

14   Q    Who are they?

15   A    Me and Scooter.

16   Q    During the course of that call, did you say, "He said

17   when I got, he said when I got that bread he coming"?

18   A    Yes.

19   Q    What did you mean by that?

20   A    When I have the money, he's going to come down.

21   Q    Come to New Haven?

22   A    Yes.

23   Q    Did you say, "He said he'll come tomorrow but depending

24   on what, what I say I got"?

25   A    Yes.
```

1    Q    What did you mean by that?

2    A    It means depending on how much money I told him I had, he

3    would consider.  If it was a good enough amount, he would make

4    his way to New Haven, pick it up.

5    Q    Did you say, "Oh, he asked me when am I supposed to get

6    the other half of the bread"?

7    A    Yes.

8    Q    What did you mean by that?

9    A    I meant -- he meant -- well, I meant -- I'm sorry.

10   Q    I'll ask the question again.

11   A    Yeah.

12   Q    In the call, did you say, "He asked me when am I supposed

13   to get the other half of the bread"?

14   A    Yes, Na-Na asked me when I was going to get the other

15   money, pick up the other money.

16   Q    What was the other money?

17   A    Scooter's half.

18   Q    Did Mr. Santos say, "I don't know, I might have, like,

19   like three, I could guarantee three"?

20   A    Yes.

21   Q    What did you understand him to mean by that?

22   A    That he can guarantee $3,000.

23   Q    And towards the end of the call, did you say, "I can give

24   him 35"?

25   A    Yes.

```
 1   Q    What did you mean by that?

 2   A    I can give him $3,500.

 3   Q    During the course of your partnership with Mr. Santos,

 4   did he give you sums of money like $3,000?

 5   A    Yes.

 6   Q    And what did you do with that money?

 7   A    Put it together with my money to give to Na-Na.

 8   Q    I want to turn to a series of calls on October 18th and

 9   October 19th, 2011.

10            MR. SILVERMAN:  This is Government's Exhibit 56.1.

11   This one is actually I think October 17th.  These are October

12   17th, 2011, to October 19th, 2011.

13            (Government's Exhibit 56.1, an audio recording,

14   played, and paused.)

15   Q    Do you recognize the voices of the participants in

16   Government's Exhibit 56.1?

17   A    Yes.

18   Q    Whose voices are those?

19   A    Me and Na-Na.

20   Q    Mr. De Los Santos?

21   A    Yes.

22   Q    All right.  Were you speaking in Spanish during that

23   call?

24   A    Yes.

25   Q    Did Mr. De Los Santos say, "I'm going to bring the 120,
```

```
 1   the kid's 20, and the, the, your 100, you hear"?

 2   A    Yes.

 3   Q    What did you understand him to mean by that?

 4   A    He was bringing me 120 grams.  Twenty was for somebody

 5   else.

 6              MR. SILVERMAN:  This is Government's Exhibit 57.

 7   It's the next day, October 18th, 2011.

 8              (Government's Exhibit 57, an audio recording,

 9   played, and paused.)

10   Q    Do you recognize the voices of the participants in that

11   call?

12   A    Yes.

13   Q    Who are they?

14   A    Me and Scooter.

15   Q    During the course of that call, did you say, "I ended up

16   coming out, going up there myself"?

17   A    Yes.

18   Q    What did you mean by that?

19   A    I ended up going to New York myself.

20   Q    Why did you go to New York?

21   A    To meet Na-Na.

22   Q    And later on in the call, did Mr. Santos say, "Somebody

23   going to take something from us, probably like 20"?

24   A    Yes.

25   Q    What did you understand him to mean by that?
```

1    A    That somebody wanted to buy, purchase, 20 grams of

2    heroin.

3            MR. SILVERMAN:  This is Government's Exhibit 57.1,

4    also on October 18th, 2011.

5            (Government's Exhibit 57.1, an audio recording,

6    played.)

7    Q    Do you recognize the voices, the participants, in that

8    call?

9    A    Yes.

10   Q    Who is it?

11   A    Me and Na-Na.

12   Q    Did you state, "Hello, Na-Na, I'm here parked out on the

13   street"?

14   A    Yes.

15   Q    Did you meet with Mr. De Los Santos on October 18, 2011?

16   A    Yes.

17           MR. SILVERMAN:  This is Government's Exhibit 57.2,

18   same date, October 18th, 2011, about two hours later.

19           (Government's Exhibit 57.2, an audio recording,

20   played, and paused.)

21   Q    Do you recognize the voices of the participants in this

22   call?

23   A    Yes.

24   Q    Who are they?

25   A    Me and Na-Na.

1   Q    And during this call, did you indicate that "It's only

2   110"?

3   A    I believe I said that.

4   Q    And then did you clarify with Mr. De Los Santos it was

5   112?

6   A    Yes.

7   Q    Did you state, "Yeah, okay, okay, 112, then I'm left with

8   92, it's 92"?

9   A    Yes.

10  Q    Later in the call, did you state, "No, but I got to give

11  the 20 to the, to this kid"?

12  A    Yes.

13          MR. SILVERMAN:  This is Government's Exhibit 57.3,

14  same date, October 18th, 2011, just two minutes later.

15          (Government's Exhibit 57.3, an audio recording,

16  played, and paused.)

17  Q    Do you recognize the voices of the participants in that

18  call?

19  A    Yes.

20  Q    Who are they?

21  A    Me and Na-Na.

22  Q    Did you say "57 times 112"?

23  A    Yes.

24  Q    You were paying $57 per gram at this time, right?

25  A    Yes.

```
1    Q     And you just obtained 112 grams?

2    A     Yes.

3    Q     So were you calculating the amount you would owe?

4    A     Yes.

5          MR. SILVERMAN:  This is Government's Exhibit 58.

6    It's the next morning, October 19th, at 9:23 a.m.

7          (Government's Exhibit 58, an audio recording,

8    played, and paused.)

9    Q     Do you recognize the voices of the participants in that

10   call?

11   A     Yes.

12   Q     Who are they?

13   A     Me and Scooter.

14   Q     Did you indicate to Scooter, "It's, it's there, I'm just

15   at work"?

16   A     Yes.

17   Q     What did you mean by that?

18   A     The drugs were at my house, but I was at work so I

19   couldn't get to them.

20   Q     Did he ask, "Any way I could get to it"?

21   A     Yes.

22   Q     What did you understand him to mean by that?

23   A     Is there any way he could get it while I was at work.

24   Q     What was the answer?

25   A     No.  I'm -- I think I said no.  Yeah.  I believe I said
```

1    no.

2    Q    Did you say that your shorty was going to have the key

3    but she also went to work?

4    A    Yes, I did.

5    Q    Okay.  What's a shorty?

6    A    Shorty, use the phrase, it's my girlfriend.

7    Q    Who were you thinking of at the time, October 19, 2011,

8    when you referred to shorty?

9    A    I believe it was Alexis.

10         MR. SILVERMAN:  This is an excerpt, a clip, of

11   Government's Exhibit 253.  It's also from October 19, 2011.

12         (Government's Exhibit 253, a video recording,

13   playing.)

14   Q    Do you recognize the person exiting that door right now?

15   A    Scooter.

16   Q    Someone else walk out with Scooter?

17   A    Myself.

18   Q    What building were you exiting?

19   A    The building on 139 Day.

20   Q    That's where you were living at the time?

21   A    Yes.

22   Q    So did you meet with Mr. Santos on October 19, 2011?

23   A    Yes.

24   Q    All right.

25         MR. SILVERMAN:  This is Government's Exhibit 59.  We

```
 1    already heard some of it this morning, so I'm only going to

 2    play the first part.

 3              (Government's Exhibit 59, an audio recording,

 4    played, and paused.)

 5    Q    This call is a couple of hours after the video that you

 6    just watched.  Who are the participants in the call?

 7    A    Me and Scooter.

 8    Q    And did you hear Mr. Santos state, "I'm trying to take

 9    everything off your hands"?

10    A    Yes.

11    Q    What did you understand him to mean by that?

12    A    Trying to take all the drugs I had.

13    Q    Everything you had left?

14    A    Yeah.

15              MR. SILVERMAN:  So that was a series of calls

16    starting October 17th, 2011, and ending October 19th, 2011.

17              I'm going to switch gears now, and we're going to

18    focus on October 26th, 2011, a new date.  This is Government's

19    Exhibit 144.  It's at 10:22 a.m. on October 26, 2011.

20              (Government's Exhibit 144, an audio recording,

21    played.)

22    Q    Based on the voices, who are the participants in that

23    call?

24    A    Me and Scooter.

25    Q    When Mr. Santos said, "When you leave there, come to my
```

1    crib so he could get us from here because I'm waiting on

2    somebody," what did you understand him to mean?

3    A    Go to his house so we can wait for our ride there.

4    Q    Where were you going?

5    A    We were going to New York.

6    Q    Okay.

7              MR. SILVERMAN:  This is Government's Exhibit 145,

8    it's also October 26th, and it's about 30 minutes later.

9              (Government's Exhibit 145, an audio recording,

10   played, and paused.)

11   Q    Based on the voices, who are the participants in that

12   call?

13   A    Me and Scooter.

14   Q    Was Mr. Santos providing you with directions to his

15   residence?

16   A    Yes.

17             MR. SILVERMAN:  This is Government's Exhibit 65.3,

18   same day, but 5:21 p.m.

19             (Government's Exhibit 65.3, an audio recording,

20   played, and paused.)

21   Q    Based on the voices, who are the participants in that

22   call?

23   A    Me and Na-Na.

24   Q    When you said, "I'm at the door," what did you mean?

25   A    I'm outside of his house.

```
 1   Q    Did you meet with Mr. De Los Santos on October 26th,

 2   2011?

 3   A    Yes.

 4             MR. SILVERMAN:  This is an excerpt of Government's

 5   Exhibit 256, also on October 26, 2011.

 6             (Government's Exhibit 256, a video recording,

 7   playing.)

 8   Q    Do you see people exiting a minivan or a car?

 9   A    A minivan, yes.

10   Q    I know it's dark.  Do you recognize any of the people in

11   the video?

12   A    Not so far.

13   Q    Okay.  Can you see the letter on that apartment door?

14   A    It's H.  I see myself.

15   Q    Who lived in apartment H?

16   A    Scooter's girlfriend, I believe.

17   Q    Is that the location that Mr. Santos had described to you

18   earlier in Government's Exhibit 145?

19   A    Yes.

20   Q    And who drove -- strike that.  Did you go to New York

21   that day with Mr. Santos?

22   A    Yes.

23   Q    Who drove you and Mr. Santos to New York that day?

24   A    His cousin.

25   Q    Who is that?
```

1    A    Brittany.

2          MR. SILVERMAN:  I'm going to put a picture on the

3    screen.  This is Government's Exhibit 206.

4    Q    Who is that?

5    A    Brittany.

6    Q    Is that the person that drove you and Mr. Santos to New

7    York on October 26th?

8    A    Yes.

9    Q    Okay.  The surveillance that you just saw was about 7:30

10   p.m.

11         MR. SILVERMAN:  This is Government's Exhibit 65.4,

12   7:33 p.m. that same day, October 26th.

13         (Government's Exhibit 65.4, an audio recording,

14   played.)

15   Q    Based on the voices, who are the participants in that

16   call?

17   A    Me and Na-Na.

18   Q    When you said, "This isn't 150," what did you mean?

19   A    This isn't 150 grams.

20   Q    When you said later, "There's like 120 here," what did

21   you mean?

22   A    There's only 120 grams.

23   Q    And when Mr. De Los Santos said, "If not, weigh it again,

24   my brother," what did you understand him to mean?

25   A    To make sure to check the weight again.

```
 1              MR. SILVERMAN:  This is Government's Exhibit 65.5,
 2    it's about three minutes later.
 3              (Government's Exhibit 65.5, an audio recording,
 4    played.)
 5    Q    Based on the voices, did you recognize the two
 6    participants in that call?
 7    A    Me and Na-Na.
 8    Q    Did you say "120"?
 9    A    Yes.
10    Q    When you returned from New York, what did you and Mr.
11    Santos do on October 26th, 2011?
12    A    Weighed the drugs.
13    Q    What kind of drugs?
14    A    The heroin.
15    Q    And it weighed 120 grams?
16    A    Yes.
17    Q    Did you do that in Mr. Santos's apartment?
18    A    Yes.
19    Q    Or apartment H that he was using?
20    A    His girlfriend's apartment.
21    Q    Okay.
22              MR. SILVERMAN:  This is Government's Exhibit 256
23    again, it's another clip from about 8:10 p.m.
24              (Government's Exhibit 256, a video recording,
25    playing.)
```

1    Q    Is that the same door, apartment H?

2    A    Yes.

3    Q    Who is exiting apartment H at that time?

4    A    Me and Scooter.

5    Q    I want to fast-forward again to the dates of November 6,

6    2011, through November 8, 2011.

7              MR. SILVERMAN:  And we'll start with Government's

8    Exhibit 73.1.

9              (Government's Exhibit 73.1, an audio recording,

10   played.)

11   Q    This call is November 6, 2011, at 12:26 p.m.  Do you

12   recognize the voices of the participants in that call?

13   A    Yes.

14   Q    Who were they?

15   A    Me and Na-Na.

16   Q    When you stated, "Listen, and, and I'm going to give him

17   37 but tell him to move over next to the van," what did you

18   mean?

19   A    I was telling Na-Na, I was going to give his friend

20   $3,700 but to tell him to go by the van so I can know who he

21   is.

22   Q    So you were meeting with Mr. De Los Santos's associate on

23   that date?

24   A    Yes.

25   Q    And you were going to give him $3,700?

```
1    A    Yes.

2    Q    Okay.

3              MR. SILVERMAN:  This is Government's Exhibit 74.

4    It's about 20 minutes later.

5              (Government's Exhibit 74, an audio recording,

6    played.)

7    Q    Based on the voices, who are the participants in this

8    call?

9    A    Me and Scooter.

10   Q    When you said, "He left already," who were you referring

11   to?

12   A    Na-Na's associate.

13   Q    And when you said, "Gave him 37 and he just, like, tell

14   me when you get the rest of the bread and I'll tell you when

15   I'm going to bring you," what were you intending to say, what

16   did you mean?

17   A    That I gave, I gave him the money, the $3,700, and that

18   they said that when I had the rest of the money, that they

19   would bring more drugs, more heroin.

20   Q    And when Mr. Santos replied, "Aight, bring it out to him,

21   my nigga, it ain't that serious," what did you understand him

22   to mean?

23   A    That we would bring the money to New York that I had.

24             MR. SILVERMAN:  This is Government's Exhibit 74.1,

25   it's two minutes later.
```

1              (Government's Exhibit 74.1, an audio recording,

2    played.)

3    Q    Based on the voices, who are the participants in that

4    call?

5    A    Me and Na-Na.

6    Q    When you said, "That guy called me right now and that if

7    you want, we can bring it to you," what did you mean?

8    A    That Scooter called me and if he wants, we could bring

9    him the money right now.

10   Q    If who wants?

11   A    Yeah.

12   Q    If who wants?

13   A    If Na-Na wants, we could bring him the money now to New

14   York.

15   Q    That's Scooter's money?

16   A    Yes.

17   Q    And later on, when Mr. De Los Santos asked, "And so how

18   much are you going to do with him, two or one-and-a-half,"

19   what did you understand him to mean?

20   A    Sorry, say that again.

21   Q    Yes.  Later on in the call when Mr. De Los Santos asked,

22   "How much you going to do with him, the two or

23   one-and-a-half," what did you understand him to mean?

24   A    Was I going to get 200 grams of heroin or 150.

25   Q    And did you say, "150 in one and 50 in the other?

```
 1   A    Yes.

 2   Q    What did you mean by that?

 3   A    To give me 150 in one bag and 50 grams in another.

 4        MR. SILVERMAN:  This is Government's Exhibit 74.2.

 5   It's the next day, at 8:14 p.m.

 6        (Government's Exhibit 74.2, an audio recording,

 7   played.)

 8   Q    Based on the voices, who are the participants in that

 9   call?

10   A    Me and Na-Na.

11   Q    And when Mr. De Los Santos asked you, "When will you be

12   here," what did he mean?

13   A    When, when would I reach New York, to his house.

14   Q    You were going to New York?

15   A    Yes.

16   Q    On November 7, 2011?

17   A    Yes.

18   Q    Okay.

19        MR. SILVERMAN:  This is 74.3.  It's a little over an

20   hour later.

21        (Government's Exhibit 74.3, an audio recording,

22   played.)

23   Q    Based on the voices, who are the participants in that

24   call?

25   A    Me and Na-Na.
```

1   Q    When you stated, "I don't, I'm here downstairs, bro,"

2   what were you indicating to Mr. De Los Santos?

3   A    That I was downstairs at his house.  Front door.

4           MR. SILVERMAN:  This is Government's Exhibit 75,

5   it's the next morning, November 8th, 2011, at 9:46 a.m.

6           (Government's Exhibit 75, an audio recording,

7   played, and paused.)

8   Q    Based on the voices, who are the participants in this

9   call?

10  A    Me and Scooter.

11  Q    And when you said, "I broke it 77, 73," what did you mean

12  by that?

13  A    I split the heroin in half, 77 grams and 73 grams.

14  Q    So you had gotten 150 grams?

15  A    Yes.

16  Q    And you split it into 77 and 73?

17  A    Yes.

18  Q    And when you said, "He said Friday he's going to come

19  through.  He was like he really ain't expected nothing heavy

20  but we got a little something to throw at him because he's

21  swinging, he's swinging by here."  What were you indicating to

22  Mr. Santos?

23  A    Na-Na was saying he was going to swing by, and if we had

24  any money for him, to give it to him, that he wanted.

25           MR. SILVERMAN:  This is later on November 8, 2011,

1    in the afternoon, Government's Exhibit 146.

2            (Government's Exhibit 146, an audio recording,

3    played.)

4    Q    Based on the voices, who are the participants in that

5    call?

6    A    Me and Scooter.

7    Q    Did Scooter actually identify himself as Scoot in that

8    call?

9    A    I believe he did.

10   Q    And when Scooter said, "Baby girl outside," what did you

11   understand him to mean?

12   A    That girl was outside, his cousin.

13   Q    That's the same person we looked at her picture before,

14   Brittany Odom?

15   A    Yes.

16           MR. SILVERMAN:  This is a clip from Government's

17   Exhibit 257, surveillance taken that same afternoon, November

18   8th.

19           (Government's Exhibit 257.1, a video recording,

20   playing.)

21   Q    What address is this surveillance taken at?

22   A    139 Day Street.

23   Q    Do you recognize the vehicle that the camera's focused on

24   right now?

25   A    I don't.

1    Q     How about now, do you recognize that vehicle?

2    A     Looks like, it looks like Brittany's minivan.

3    Q     Okay.  Who just exited 139 Day Street?

4    A     I did.

5    Q     Did the car just pull away?

6    A     Yes.

7    Q     On November 8, 2011, did you meet with Brittany Odom for

8    a minute or two?

9    A     Yes.

10   Q     Did you give her Mr. Santos's portion of the 150 grams of

11   heroin?

12   A     Yes.

13          MR. SILVERMAN:  Your Honor, I have more questions

14   related to Mr. Santos, but it's 11:00 o'clock, so if the Court

15   would like to take the morning break, this would be a good

16   time.

17          THE COURT:  We'll take a recess for 15 minutes,

18   ladies and gentlemen.

19          (Recess:  11:02 o'clock a.m. to 11:20 o'clock a.m.,

20   in the presence of the jury.)

21          MR. SILVERMAN:  May I resume, your Honor?

22          THE COURT:  Please.

23   Q    Mr. Wilson, I want to go back for a minute to

24   Government's Exhibit 70.  That's the call where you said "the

25   morphine," you were talking about the morphine pills?

1    A    Yes.

2    Q    What would you actually do with the morphine pills to add

3    them to the heroin?

4    A    Put it in the grinder and make it into powder.

5    Q    And then what would you do with the powder?

6    A    Put the powder on the heroin and then grind it up all

7    together again.

8    Q    In the grinder?

9    A    Yes.

10   Q    Okay.  I'm going to turn us now to November 27, 2011,

11   this is Government's Exhibit 79, a call that day at 10:40 p.m.

12           (Government's Exhibit 79, an audio recording,

13   played, and paused.)

14   Q    Based on the voices, do you recognize the participants in

15   that call?

16   A    Me and Scooter.

17   Q    And in that call, did Mr. Santos state, "I've been

18   getting bad reviews, bro"?

19   A    Yes.

20   Q    What did you understand him to mean by that?

21   A    That his customers were complaining to him.

22   Q    About what?

23   A    About the heroin.

24   Q    And later, you stated, "I ain't been touching it," what

25   did you mean?

```
1   A     I hadn't been putting any cut on it.

2   Q     You asked, when you asked, "Look real light, right?"

3   What did you mean by that?

4   A     I was meaning the color of the heroin.

5   Q     What could you tell by the color of the heroin?

6   A     Usually it was a darker color, and since we had a lighter

7   color, since we had a lighter color, it lookeded (sic) like it

8   was already mixed with something before we got it.

9   Q     So you didn't want to cut it any further?

10  A     Exactly.

11  Q     All right.  When Mr. Santos asked, "So what's the tab, a

12  buck 50?"  What did you understand him to mean?

13  A     How much, how much grams we had to -- how much was the

14  bill.

15  Q     So the weight, so that you could figure out how much

16  money you would owe?

17  A     Yes.

18  Q     And later, when you said, "I gave you what, 7, I think I

19  had 83 so I think that was like 170, whatever that is.  I gave

20  you 87 and I had 83."  What did you mean?

21  A     I was talking about the buy, the grams.

22  Q     So how many did you start with?

23  A     170, I thought it was.

24  Q     You divided it into 87 grams and 83 grams?

25  A     Yes.
```

1    Q     What portion of that went to Mr. Santos?

2    A     I don't remember what portion but half -- not half, one

3    portion went to him and I kept a portion.

4    Q     Okay.  And then later when Mr. Santos told you, "What you

5    got left, I got like 30," what did you understand him to mean?

6    A     That he had 30 grams left over.

7    Q     And when he said, "30 that I didn't put together, he

8    could take all that back," what did you understand him to

9    mean?

10   A     That he wanted to return the drugs.

11   Q     The heroin?

12   A     Yes.

13   Q     To who?

14   A     To Na-Na.

15   Q     That's Mr. De Los Santos?

16   A     Yes.

17          MR. SILVERMAN:  Okay.  That call was at 10:40 p.m.

18   I'm going to play now Government's Exhibit 79.1, same day,

19   four minutes later.

20          (Government's Exhibit 79.1, an audio recording,

21   played, and paused.)

22   Q     Based on the voices, who are the participants in that

23   call?

24   A     Me and Na-Na.

25   Q     That's Mr. De Los Santos?

1    A    Yes.

2    Q    All right.  In the call, when you said, "It's like

3    really, it's really light, you see there's people that like it

4    and there's people who don't like it," what were you conveying

5    to Mr. De Los Santos?

6    A    I was telling him that the heroin I got was lighter than

7    usual, and that only certain customers liked it.

8    Q    Later, when you said, "He's going to bring, he was

9    supposed to bring, he was supposed to bring 52 but now he

10   tells me he still has some, that he's going to bring me back

11   the 30 because no, no, the people that he deals with don't

12   like it so he's going to bring me back the 30."  What did you

13   mean?

14   A    That Scooter was going to have $5,200, was supposed to,

15   and because the heroin was bad, he decided to bring back 30

16   grams, and -- I'm sorry, that's all I remember.  He wanted to

17   bring back 30 grams.

18   Q    At the end, you said, the end of that portion you said,

19   "I'm gonna say the least he's going to bring is 3, 3, but I

20   can't say exactly because he's not here, he hasn't told me

21   exactly."  What did you mean by that?

22   A    I was telling Na-Na that the least Scooter should give me

23   was 3,000.

24   Q    But you didn't know for sure?

25   A    No, I didn't.

1    Q    We played a lot of calls where you're talking about money

2    that Scooter's going to bring you, right?

3    A    Yes.

4    Q    And did he follow through on those calls?  Did he bring

5    you money?

6    A    Yeah.

7    Q    On multiple occasions, did you give you thousands of

8    dollars?

9    A    Yes.

10   Q    And the calls that we've listened to so far -- strike

11   that.  Are the only conversations that you had with Mr. Santos

12   over the phone?

13   A    No.

14   Q    You also met in person sometimes, right?

15   A    Yes.

16   Q    For example, you took a ride to New York City together on

17   October 26, 2011?

18   A    Yes.

19   Q    And were there other times that you met at your home, 139

20   Day Street?

21   A    Yes.

22   Q    And maybe other times that you met at his home?

23   A    Yes.

24   Q    And on those occasions, did you also talk about heroin

25   trafficking?

1    A    Yes.

2    Q    And money?

3    A    Yes.

4    Q    I want to turn now to a name that came up in one of the

5    earlier calls that we listened to, Fresh.  Do you know the

6    nickname Fresh?

7    A    Yes.

8    Q    Do you know that person's real name?

9    A    Jeffrey Benton.

10        MR. SILVERMAN:  This is Government's Exhibit 204.

11    Q    Do you recognize that picture?

12    A    Yes.

13    Q    Who is that?

14    A    Fresh.

15    Q    At any point, did you provide heroin to Mr. Benton?

16    A    Yes.

17    Q    And did it go as planned?

18    A    No.

19    Q    What happened when you provided heroin to Mr. Benton?

20    A    The heroin that I gave him was poor quality and his

21    customers didn't like it.

22    Q    So then what happened?

23    A    He had to bring it back to me.

24    Q    Where were his customers?

25    A    In Maine, I believe.

1    Q    And how did you deal with the quantity of heroin Mr.

2    Benton brought back to you?

3    A    I had to -- he brung it back, I put it to the side, and I

4    believe I waited until I got more to mix it in, mix the bad

5    heroin with the good heroin.  Tried to make it better, I

6    guess.

7    Q    Did Mr. Santos assist you at all in that process?

8    A    He gave me advice.  I don't remember him actually, like,

9    packaging it with me.

10   Q    Okay.

11         MR. SILVERMAN:  This is Government's Exhibit 81.

12   It's on November 30th, 2011.

13         (Government's Exhibit 81, an audio recording,

14   played, and paused.)

15   Q    I'm going to pause there.  Based on the voices, do you

16   know the participants in this call?

17   A    Me and Scooter.

18   Q    And we just showed the picture of Jeffrey Benton.  Did he

19   have another name besides Fresh?

20   A    Tall Man.

21   Q    You're talking about Jeffrey Benton in this conversation?

22   A    Yes.

23   Q    When you said, "I sent Tall Man up there with, with 100

24   bands, what did you mean?

25   A    A hundred bundles.

1   Q    Later you corrected, "I sent him up there with 75 bands"?

2   A    Yes, it was supposed to be a hundred bands.

3        MR. REEVE:  I'm going to object to the term

4   "corrected" because it assumes the first is accurate, and

5   there's no evidence to that.

6        MR. SILVERMAN:  I'll withdraw the question and ask

7   it a different way.

8   Q    Is 100 bundles accurate?

9   A    No.

10  Q    How many bundles did you actually provide to Mr. Benton?

11  A    75.

12  Q    Did you correct yourself in this conversation?

13  A    Yes.

14  Q    When you said, "He said them shits ain't talking about

15  nothing," what did you mean by that?

16  A    That they were no good.  Poor quality.

17       MR. SILVERMAN:  I'm going to continue this call.

18       (Government's Exhibit 81, an audio recording,

19  continued, and paused.)

20  Q    When Mr. Santos said, "So let him bring them back and

21  I'll flush them," what did you understand him to mean?

22  A    That, let Fresh bring the drugs back in and he'll sell

23  them.

24  Q    "Flush," is that Mr. Santos would sell those drugs?

25  A    Yes.

1    Q     When you stated, "Gave me 15 up front," what did you

2    mean?

3    A     He gave me $1,500 up front.

4              MR. SILVERMAN:  I'm going to continue this call.

5              (Government's Exhibit 81, an audio recording,

6    continued, and paused.)

7    Q     When Mr. Santos stated, "Cuz coming tomorrow, so tell him

8    we will replace it tomorrow and then the other 45, we just

9    gonna take back."  What did you understand him to mean?

10   A     That we would replace the amount of drugs that he was

11   bringing back.  I'm sorry, you have to say it again.

12   Q     Do it part by part.  When Mr. Santos stated, "Cuz coming

13   tomorrow," what did you understand him to mean by "cuz"?

14   A     That Na-Na was coming down.

15   Q     Then when he stated, "So tell him we will replace it

16   tomorrow," what did you understand him to mean?

17   A     That we were going to replace -- to tell Fresh that we

18   will replace -- the bad drugs tomorrow.

19   Q     With new drugs that Mr. De Los Santos would bring?

20   A     Yes.

21   Q     And then when Mr. Santos stated, "Then the other 45 we

22   just gonna take back," what did you understand him to mean?

23   A     The other -- I really don't -- cause I thought it was 75

24   bands, so I don't know, that kind of throws me up.

25   Q     There's some confusion about the numbers?

1   A    Yeah, to me.

2   Q    Okay.

3        MR. SILVERMAN:  This is the next call, Government's

4   Exhibit 83.  It's the next day, December 1st, 2011.

5        (Government's Exhibit 83, an audio recording,

6   played, and paused.)

7   Q    Based on the voices, who are the participants in that

8   call?

9   A    Me and Scooter.

10  Q    And in the course of that conversation, when you stated

11  "I feel I owe this nigga Fresh 1500," what did you mean by

12  that?

13  A    That I owed Fresh $1,500.

14  Q    Was there some confusion about how many rubber bands you

15  had supplied to Fresh earlier in this conversation?

16  A    Yes.

17  Q    Did it eventually come out that you were talking about

18  the number 80?

19  A    It was actually 75 bundles and five grams because it was

20  supposed to be 100.

21  Q    The five grams hadn't been broken down into bundles yet?

22  A    He did that himself.

23  Q    Mr. Benton did that himself?

24  A    (Nodding head.)

25  Q    Okay.  At some point, you said, "Fresh brought back the

1  whole 80"?

2  A    Yeah.  He asked me, did he bring back the whole 80?  I

3  said he brung back everything.

4  Q    I misspoke.  Mr. Santos asked you if Fresh brought back

5  the whole 80, and you said yes, he brought back everything?

6  A    I said he brought back everything.

7  Q    When Mr. Santos stated, "Is cuz bringing us some today

8  because we can replace that," what did you understand him to

9  mean?

10  A    Is Na-Na bringing us some more heroin today so we can

11  replace the bad.

12  Q    Later on in the conversation, did you discuss mixing the

13  poor quality that Mr. Benton was bringing you back, that

14  heroin, with new stuff?

15  A    Yes.

16  Q    What ratio, or proportions, were you going to use for the

17  mixing?

18  A    Three, three grams of the new, the new heroin I was

19  getting with two, two grams or two bundles of the old that I

20  had, the bad.

21        MR. SILVERMAN:  I'm going to continue this call.

22        (Government's Exhibit 83, an audio recording,

23  continued, and paused.)

24  Q    When Mr. Santos referred to, "You still got the same

25  label, right"?  What did you understand him to be asking you

1    about?

2    A    The stamp that I put on the bags of heroin.

3    Q    And when he stated, "The shit we replace with Fresh he

4    got to put a new label on it," what did you understand him to

5    be telling you?

6    A    We can't send the same, the same label back to him,

7    because he'll probably think it's the same drugs, or they

8    won't want it because the label was already bad.

9              MR. SILVERMAN:   I'm going to move ahead to

10   Government's Exhibit 85, December 2nd, 2011, so the next day.

11             (Government's Exhibit 85, an audio recording,

12   played, and paused.)

13   Q    Based on the voices, who are the participants in that

14   call?

15   A    Me and Scooter.

16   Q    And when Mr. Santos stated, "Blend them shits in three to

17   two," what did you understand him to be saying?

18   A    To mix in the old with the new, the old heroin with the

19   new heroin.

20   Q    It's the same day now.  This call was on December 2nd,

21   2011, but I'm going to ask you about something different that

22   happened that day.  At any point, did Brittany Odom travel to

23   New York on behalf of you and Mr. Santos?

24   A    Yes.

25   Q    What was the purpose of her travel?

1    A    To bring back the heroin, heroin, and to get some new

2    heroin.

3    Q    What heroin was she bringing back?

4    A    The bad heroin.

5    Q    The bad heroin, you said?

6    A    Yeah.

7    Q    The poor quality heroin?

8    A    Yeah.

9    Q    Who was she bringing the heroin back to?

10   A    Na-Na.

11         MR. SILVERMAN:   This is Government's Exhibit 86,

12   December 2nd, 2011, at 6:51 p.m.

13         (Government's Exhibit 86, an audio recording,

14   played, and paused.)

15   Q    Based on the voices, who are the participants in that

16   call?

17   A    Me and Brittany.

18   Q    And were you supplying her with directions?

19   A    Yes.

20   Q    To where?

21   A    To Na-Na's house.

22   Q    Okay.   I want to clarify something from earlier.   Before

23   I started this call, you mentioned that Ms. Odom went to New

24   York with the bad heroin.   Is that the same heroin that

25   Jeffrey Benton returned to you or was that a different batch

1   of poor quality heroin?

2   A    I don't remember at this time.  I don't remember at the

3   time which one it was.

4   Q    Okay.

5        MR. SILVERMAN:  This is Government's Exhibit 87.

6   It's about an hour later after this call on December 2nd.

7        (Government's Exhibit 87, an audio recording,

8   played.)

9   Q    Based on the voices, who are the participants in that

10  call?

11  A    Me and Brittany.

12  Q    When she stated, "Tell him I'm outside," what did you

13  understand her to mean?

14  A    That she was outside of Na-Na's house.

15       MR. SILVERMAN:  This is Government's Exhibit 147,

16  same day, December 2nd, 2011, one minute later, at 7:44 p.m.

17       (Government's Exhibit 147, an audio recording,

18  played.)

19  Q    Based on the voices, who are the participants in that

20  call?

21  A    Me, Na-Na, and Brittany.

22  Q    Did you answer call waiting in the course of that

23  recording we just listened to?

24  A    Yes.

25  Q    So who was the first person that you were speaking to?

1  A    Na-Na.

2  Q    And who was the second person?

3  A    Brittany.

4  Q    When Mr. De Los Santos stated, "I already weighed that

5  shit, it was only like 80 pesos there," what did you

6  understand him to mean?

7  A    There was only 80 grams there.

8  Q    On December 2nd, 2011, did Brittany Odom pick up new

9  heroin from Mr. De Los Santos?

10  A    Yes.

11  Q    Did she bring it back to New Haven for you and Mr.

12  Santos?

13  A    Yes.

14        MR. SILVERMAN:   This call is ten days later on

15  December 12, 2011.   It's Government's Exhibit 88.

16        (Government's Exhibit 88, an audio recording,

17  played.)

18  Q    Based on the voices, who are the participants in that

19  call?

20  A    Me and Brittany.

21  Q    There's two different things that I want to talk to you

22  about related to this conversation, so let's start with the

23  second one.   When you said, "Tell him, tell him that, tell him

24  that Santana just took something from my cousin, like took

25  something, took a lot, send him a message, Santana took a

```
 1    whole one from my cousin," what did you mean?

 2    A    That Santana had robbed my cousin for 1,000 grams.

 3    Q    So when we're talking about Santana, is that Michael

 4    Santana?

 5    A    Yes.

 6    Q    What happened on December 12th, 2011, involving Mr.

 7    Santana and your cousin?

 8    A    Santana drove to New York.  He was under the impression

 9    that he was going to buy a key, a thousand grams.

10    Q    Amaury is Mr. P'Dilla?

11    A    The person I call my cousin, yes.

12    Q    Amaury was under the impression that Mr. Santana was

13    going to buy a thousand grams?

14    A    Yes.

15    Q    Okay, I interrupted you.  Go on.

16    A    And he ended up robbing him.

17    Q    Did Mr. P'Dilla call you after that incident?

18    A    Yes, he did.

19    Q    What did he tell you about it?

20    A    He told me that Santana pulled out a gun, and robbed him.

21    Q    Where was the robbery?  Where did it take place?

22    A    In his house.

23    Q    Whose house?

24    A    Amaury's house.

25    Q    As a result of you learning of that robbery, what did you
```

1  do?

2  A    I was upset.  I contacted people.  Tell them what

3  happened.  Complained about what happened.  I was upset.

4  Q    Did you take any steps to locate Mr. Santana?

5  A    Yes, I did.

6          MR. REEVE:  I'm sorry, your Honor, we couldn't hear

7  the last two answers.  He just started talking quickly for a

8  minute.  He's been doing well, but the last few we just

9  haven't been able to hear, with respect to -- could you ask,

10 just go back?

11         MR. SILVERMAN:  Sure.  Why don't I ask the court

12 reporter?

13         (The above-described testimony was read by the

14 reporter.)

15         MR. REEVE:  Great.  Thank you very much.

16 Q    What steps did you take to locate Mr. Santana?

17 A    I asked people, did they know his whereabouts, and I went

18 looking for him.

19 Q    You personally went looking for him?

20 A    Yes.

21 Q    When you did that, did you bring anything with you?

22 A    Yes, I brought my firearm with me.

23 Q    What was your intention?

24 A    To find him.  To find Santana.

25 Q    Why did you bring a firearm with you?

1    A    Because I didn't want him to pull out his firearm on me.

2    Q    Did you intend to harm him in retaliation for the robbery

3    of your cousin, Mr. P'Dilla?

4    A    If it came to it, yes.

5    Q    Did that end up happening?

6    A    No.

7    Q    Did you ever locate Mr. Santana?

8    A    I personally didn't, no.

9    Q    Did any of the people that you talked to about the

10   robbery locate Mr. Santana?

11   A    To my knowledge, somebody did find Mr. Santana.

12   Q    Who was that person?

13   A    Chewy.

14   Q    Do you know Chewy's real name?

15   A    No, I do not.

16   Q    What did you tell Chewy about the robbery?

17   A    I just told him that he, Santana, robbed my cousin, and I

18   need to find him.

19   Q    Why did Chewy go looking for Santana after that?

20   A    Because I asked him to.

21   Q    What did you ask Mr. -- what did you ask Chewy to do if

22   he located Mr. Santana?

23   A    To call me.

24   Q    Did he call you?

25   A    Yes, he did.

```
1    Q    What happened?

2    A    He called me.  He was giving me a description of his

3    girlfriend.

4    Q    I'm sorry, whose girlfriend?

5    A    Santana's girlfriend.

6    Q    Okay.

7    A    I was under the impression that he saw Santana and his

8    girlfriend.

9    Q    At the time, did you have the impression that Chewy was

10   armed?

11   A    Yes.

12   Q    Did you authorize Chewy to hurt or harm Mr. Santana or

13   Mr. Santana's girlfriend?

14   A    No.

15   Q    Why not?

16   A    I told him don't do anything.  I told him because I

17   didn't have any money for him, something like that.

18   Q    Was it your understanding that Chewy would have harmed

19   Mr. Santana if you asked him to?

20   A    Yes.

21   Q    Was it your understanding that Chewy would have wanted to

22   be paid for that action?

23   A    Yes.

24   Q    Why weren't you willing to pay him?

25   A    I don't know if I didn't have the money on me at the
```

```
 1  time, or if I was just hoping that he really didn't find him.
 2  Q    Had you connected Mr. Santana to Mr. P'Dilla to conduct
 3  drug business?
 4  A    No, he was conducting -- he was introduced through
 5  somebody else.
 6  Q    Did you feel responsible for the loss of that kilogram of
 7  powder cocaine?
 8  A    In a way I did, but it wasn't my debt to pay back.
 9  Q    Okay.  I told you that there were two things I wanted to
10  talk to you about about this call, so I'm going to move to the
11  second thing.  During the call, when you told Ms. Odom, "I
12  know that he been ignoring you and shit or whatever but if you
13  know somebody he be around that you could, you know, get a
14  message to him," what did you mean?
15  A    That if she knew somebody that Scooter hung around that
16  she could probably relay a message to them and they could
17  relay the message to Scooter.
18  Q    Why couldn't you just reach out to Scooter yourself?
19  A    At the time, he wasn't answering my calls.
20  Q    What did you think had happened that he wasn't answering
21  your calls?
22  A    I wasn't sure.  I think, I thought, he just did the same
23  thing Nu-Nu did, took off with the money.
24  Q    That's Vincent Clark took 100 grams of powder from you
25  and a hundred grams of heroin from you?
```

```
1    A    Yes.

2    Q    You thought Mr. Santos did the same thing?

3    A    Yes.

4    Q    Did you later learn there was another reason Mr. Santos

5    was not returning your calls?

6    A    Yes.

7    Q    What was that?

8    A    Because he was in jail.

9    Q    You learned that he was in prison in December 2012?

10   A    Yes.

11   Q    At the time that you learned that he was in prison --

12   strike that.  At any point, did you have Mr. Santos's contact

13   information in your cellular telephone?

14   A    Yes, I did.

15   Q    It was saved in the directory?

16   A    Yes.

17   Q    When you learned that he was in prison, did you take any

18   steps with respect to his phone number entry?

19   A    I deleted it.

20   Q    Why did you do that?

21   A    Because he was in jail.  He wouldn't be calling me.

22   Q    Did you intend to carry on your drug distribution

23   business with him after he got out of prison?

24   A    Yeah.

25   Q    So why not save his number?
```

 1    A    Because he could have got a new number when he got out.

 2         MR. SILVERMAN:  May I have one moment, your Honor?

 3    Q    I just want to return to the Michael Santana issue for a

 4    moment before we move on.  Did Mr. P'Dilla or Mr. De Los

 5    Santos ask you any questions about whether you were able to

 6    locate Mr. Santana after the December 12th robbery?

 7    A    They both asked me.

 8    Q    Did you have conversations with both of them then?

 9    A    Yes.

10    Q    In those conversations, what did you represent to them?

11    A    I'm sorry, I don't really get that.

12    Q    I'll ask it a different way.  What did you say to them

13    when they asked you what was going on?

14    A    That I was going to try to locate him, I was going to try

15    to find him, find out some information about him.

16    Q    Did you respond to them truthfully?

17    A    No, not all the time.  No.

18    Q    Did you ever embellish what you were doing?

19    A    Yes.

20    Q    Why did you do that?

21    A    To get them off my back.

22    Q    So you made it seem like you were doing more to find Mr.

23    Santana than you were actually doing?

24    A    Yes.

25    Q    Why?

1    A    Cause I had my own problems to deal with, and if he went

2    to New York and robbed him, I mean, he didn't really care.

3    Q    Well, you did take some steps to locate Mr. Santana?

4    A    Yeah, I did, but I had to think about myself also.

5    Q    Okay.  All right.  Before we turn to the other two

6    defendants here on trial, I want to talk with you about some

7    other people who were charged and arrested in connection with

8    this case.

9            MR. SILVERMAN:  I want to start with Government's

10    Exhibit 205.

11    Q    Do you recognize the person whose picture is displayed on

12    the screen?

13    A    Yes.

14    Q    Who is that?

15    A    Alexis.

16    Q    Do you know her last name?

17    A    Sutton.

18    Q    Who was Alexis Sutton to you?

19    A    My girlfriend.

20    Q    Did she assist you in any way with your drug trafficking

21    activities?

22    A    Drove me around, served a customer for me.

23    Q    You said she served customers for you?

24    A    Yes.

25            MR. SILVERMAN:  This is Government's Exhibit 208.

1    Q    Do you recognize the picture of the person on the screen

2    right now?

3    A    Yes.

4    Q    Who is that?

5    A    Jackie.

6    Q    That's Ms. Valentine, who you spoke about earlier?

7    A    Yes.

8    Q    Did she assist you in any way with your drug distribution

9    activities?

10   A    Yes.

11   Q    What did she do?

12   A    Drive me around, serve customers.

13   Q    Did she ever go to New York with you?

14   A    Yes.

15   Q    On more than one occasion?

16   A    Yes.

17   Q    You said she served customers as well?

18   A    Yes.

19   Q    Did she ever help you package drugs for distribution?

20   A    Yes.

21   Q    All right.

22        MR. SILVERMAN:   This is Government's Exhibit 210.

23   Q    Do you recognize the picture of that person?

24   A    Yes.

25   Q    Who is that?

```
 1   A    Christina.

 2   Q    Do you know Christina's last name?

 3   A    Palluoto.

 4   Q    Did Ms. Palluoto assist you in the distribution of drugs?

 5   A    Yes.

 6   Q    What did she do?

 7   A    Held my drugs for me and let me use her car.

 8   Q    When you say she held your drugs for you, what do you

 9   mean?

10   A    Stashed them in her house, kept hem in her house.

11   Q    Did she store anything else for you in her home?

12   A    Firearm.

13   Q    I just showed you pictures of three different women.

14   Were you romantically involved with any of them?

15   A    With two of them.

16   Q    Which two?

17   A    Christina and Alexis.

18   Q    Not Ms. Valentine?

19   A    No.

20   Q    All right.

21        MR. SILVERMAN:  This is Government's Exhibit 212.

22   Q    That's sort of a dark photo.  Can you make out who that

23   person is?

24   A    Gilbert Galan.

25        MR. SILVERMAN:  This is Government's Exhibit 215.
```

1   Q    That one's kind of light.  Can you make out who that

2   person is?

3   A    Pierre Galan.

4   Q    Were Gilbert Galan and Pierre Galan brothers?

5   A    Yes.

6   Q    Did they assist you in your drug distribution activities?

7   A    Yes.

8   Q    What did they do?

9   A    Served customers for me.

10  Q    Where did they live?

11  A    139 Day.

12  Q    Do you know what apartment?

13  A    I'm not sure of the apartment number.

14  Q    Which apartment number were you living in in 139 Day

15  Street?

16  A    8.

17  Q    Were they on the same floor as you?

18  A    No.

19  Q    Where was their apartment relative to your apartment?

20  A    My apartment was on the third floor, theirs was on the

21  second.

22  Q    Did you socialize with the Galan brothers?

23  A    Yes.

24  Q    How frequently?

25  A    At night, I would drink with them sometimes.

1    Q    Once a week, couple times a week?

2    A    At one point, it was a couple times a week.

3    Q    And you said before that they served your customers?

4    A    Yes.

5    Q    Why weren't, with all these people, why weren't you

6    serving your own customers?

7    A    I was at work.

8    Q    So you relied on other people to serve your customers

9    while you were working at Dunkin' Donuts?

10   A    Yes.

11   Q    I see.  Okay.  I want to talk to you about January 3rd,

12   2012, in relation to the Galan brothers.  That date came up

13   earlier in the trial.  What happened on January 3rd, 2012?

14   A    I was arrested.

15   Q    And where did the arrest happen?

16   A    In front of 139 Day.

17   Q    Why don't you walk us through what happened on January

18   3rd, prior to your arrest and after your arrest?

19   A    I was waiting for Na-Na to bring me some heroin that day.

20   I got the call.  He told me to meet him at a hotel.  I met

21   with one of his associates.  They gave me the heroin.

22   Q    How much heroin was it?

23   A    I believe it to be 200 grams.

24   Q    It was supposed to be 200 grams?

25   A    Yes.

```
 1   Q    All right.  Then what happened?

 2   A    So I headed towards my house.

 3   Q    That's 139 Day Street?

 4   A    Yes.

 5   Q    Were you in a car or by foot?

 6   A    I was in a car.

 7   Q    Was there anyone else with you?

 8   A    Yes, there were, say --

 9   Q    You don't have to give me their names, but roughly how

10   many people?

11   A    Like five people, I think it was.

12   Q    Five people total?

13   A    It would be six total, me.  I think it was five.

14   Q    All right.  So there were a handful of people in the car?

15   A    Yes.

16   Q    What happened as you approached 139 Day Street?

17   A    The police saw my vehicle, started jumping out, pulled me

18   over, started jumping out.  I don't know, I just saw a lot of

19   commotion.

20   Q    Were you driving the car that you were in?

21   A    No, I was not.

22   Q    Were you the only person who got pulled out of your car?

23   A    Everything happened so fast, man, I don't believe I was.

24   I believe everybody was pulled out.

25   Q    At the time you were pulled out, where was the heroin
```

```
1    that you just picked up from Mr. De Los Santos's associate?

2    A    In my groin area.

3    Q    You hid it down your pants?

4    A    Yes.

5    Q    Did the law enforcement officers recover it?

6    A    Yes.

7    Q    Then what happened?

8    A    I was put inside of a cop car.

9    Q    What happened next?

10   A    Can't really recall.

11   Q    At any point, were you brought inside your apartment, 139

12   Day Street?

13   A    Yes, I was.

14   Q    Did you provide the law enforcement officers with consent

15   to search your apartment?

16   A    Yes.

17   Q    Did they find anything?

18   A    A .45.

19   Q    When you say a .45, what do you mean?

20   A    A handgun.

21   Q    .45 caliber handgun?

22   A    Yes.

23   Q    I'm going to show you Government's Exhibit 216.  What is

24   that picture?

25   A    It's a handgun.
```

1    Q    That's the one that was recovered from your apartment?

2    A    Yes.

3    Q    Was anything else recovered from your apartment, that

4    you're aware of?

5    A    That I remember, no.

6    Q    Okay.  I'm going to show you a few other pictures of

7    items recovered at 139 Day Street.  If you recognize the item,

8    you can just explain what it is to the jury, okay?

9    A    Yes.

10            MR. SILVERMAN:  This is Government's Exhibit 217.

11   I'll blow this one up.

12   Q    Do you recognize that item?

13   A    Yeah, it's the grinder top, alcohol pad, and the little

14   box I kept the wax bags in.

15   Q    The wax bags?

16   A    Yes.

17   Q    So those are the bags that you use to package heroin?

18   A    Yes.

19   Q    All right.

20            MR. SILVERMAN:  This is Government's Exhibit 218.

21   Blow that one up as well.

22   Q    Do you recognize what's in the toilet in this picture?

23   A    Yes.

24   Q    What is that?

25   A    Bundles of heroin.

1          MR. SILVERMAN:  This is Government's Exhibit 220.

2    Q    Do you recognize what's in that bathtub?

3    A    Yes.

4    Q    What is it?

5    A    A scale, stamp pad, and the box with, that wax bags come

6    in.

7    Q    The stamp pad is what you were talking about before, that

8    you would use to label the packets of heroin?

9    A    Yes.

10          MR. SILVERMAN:  This is Government's Exhibit 221.

11   Q    What is that?

12   A    The grinder I used.

13   Q    Did you keep all these items in your apartment, apartment

14   8?

15   A    Yes.

16   Q    If they were found in apartment 4 -- I'm sorry, strike

17   that.  If they were found in the Galans' apartment, what might

18   have happened?

19   A    Somebody moved it.

20   Q    Those were all your items, everything we just looked at?

21   A    Yes.

22   Q    After your arrest on January 3rd, 2012, did you give a

23   post arrest statement to law enforcement officers?

24   A    Yes, I did.

25   Q    In that post arrest statement, did you admit to having

```
 1   been involved in drug trafficking activities?

 2   A    Yes, I did.

 3   Q    Did you talk about other people in New Haven who were

 4   involved in drug trafficking activities?

 5   A    Yes, I did.

 6   Q    Did you tell the law enforcement officers everything you

 7   knew about drug trafficking?

 8   A    No, I didn't.

 9   Q    Did you hold back information?

10   A    Yes, I did.

11   Q    Why did you do that?

12   A    I really can't explain it why.  I just did it.

13   Q    Why would you give information about some people and not

14   others?

15   A    I really can't explain it.  I just did.

16   Q    At the time of your interview by the law enforcement

17   officers, did you identify your sources of supply?

18   A    No, I did not.

19   Q    Why not identify them?

20   A    I looked at them as somebody that could help me, probably

21   the only people that was going to help me.

22   Q    What do you mean by that?

23   A    That would help me try to get out of the situation.

24   Q    Did you think you were going to potentially have a bond?

25   A    Yes.
```

1    Q    And did you think anybody was going to be able to put up

2    money for your bond?

3    A    I thought that the people I call my cousins, my source of

4    supply, would.

5    Q    That's Mr. De Los Santos and Mr. P'Dilla?

6    A    Well, really, really Na-Na.

7    Q    Mr. De Los Santos?

8    A    Yes.

9    Q    In particular, okay.  So you didn't identify him as your

10   source of supply to law enforcement officers?

11   A    No.

12   Q    During the course of your interview, did the law

13   enforcement officers look at the directory of your cell phone?

14   A    Yes, they did.

15   Q    And did they ask you about the contacts listed in your

16   cell phone?

17   A    Yes, they did.

18   Q    With some of them, did you deny or withhold information

19   about those people?

20   A    Yes, I did.

21   Q    Did you deny knowing Jameel Wilkes at the time of your

22   post arrest interview?

23   A    I don't remember denying.  I could have; I don't remember

24   doing it, though.

25   Q    We're jumping ahead now from your post arrest interview

1    after your January 3rd, 2012, arrest to August 9th, 2012.  I

2    don't know where it is on the easel.  August 9, 2012, was the

3    date of your first proffer session with law enforcement

4    officers, is that right?

5    A    Yes.

6    Q    And on that date, did you sit down with your attorney,

7    people associated with the DEA, and assistant United States

8    attorney?

9    A    Yes.

10   Q    And did you tell them about your criminal activities?

11   A    Yes.

12   Q    Did you tell them about other people's criminal

13   activities?

14   A    Yes, if I was asked, I told them.

15   Q    Did you continue to meet for these proffer sessions

16   periodically over the next several months?

17   A    Yes.

18   Q    And at those meetings, did you continue to talk about

19   your criminal activities?

20   A    Yes, what I was asked, I answered.

21   Q    Did you also talk about other people's criminal

22   activities?

23   A    Yes.

24   Q    During those proffer sessions, did you withhold

25   information from the people asking you questions?

```
 1   A    No, everything that I remembered and knew, I spoke.

 2   Q    Did you do your best to tell the truth?

 3   A    Yes.

 4   Q    Did you do your best to tell the whole truth?

 5   A    Yes.

 6   Q    What changed from your arrest on January 3rd, 2012, to

 7   the start of those proffer sessions on August 9th, 2012?

 8   A    I was indicted, and I signed an agreement.

 9   Q    That's a proffer agreement?

10   A    Yes.

11   Q    All right.  We'll talk more about that later, but I want

12   to get at why you withheld information, denied knowing people,

13   after your arrest on January 3rd, 2012, and why something

14   changed as of August 9th, 2012.

15   A    When I was indicted, I found out that my phone, I found

16   out that my phone was tapped for five months, and I also found

17   out that there was video of me.

18   Q    At the time of your arrest on January 3rd, 2012, you

19   weren't aware of the federal investigation of you?

20              MR. REEVE:  I object.  That's leading.

21              MR. SILVERMAN:  I'll rephrase the question.

22   Q    On January 3rd, 2012, what did you know about the people

23   arresting you?

24   A    On January 3rd?  I thought they were the New Haven PD,

25   detectives from the New Haven PD, SIU.
```

1   Q     Did anyone identify themselves as federal law

2   enforcement?

3   A     No, they never did.

4   Q     Did anyone disclose that there had been a wiretap?

5   A     No.

6   Q     At that point, how much time did you think you were

7   looking at, based on the drugs they found in your groin area

8   and the gun they found in your apartment?

9   A     Well, I owed 12 years at the time, so somewhere around

10  there.

11  Q     Let's unpack that.  You said you owed 12 years?

12  A     I was on -- I was sentenced to six years -- 12 years

13  suspended, 12 suspended after six, with three years probation,

14  and if I violated that, I could be facing 12 years.

15  Q     Let's go back to where we started yesterday afternoon.

16  You were released from prison in July 2010, right?

17  A     Yes.

18  Q     Is that the sentence you were just talking about?

19  A     Yes.

20  Q     You served a period of time.  It wasn't actually six

21  years, was it?

22  A     No, I served three years and like eight months.

23  Q     All right.  After you served those three years and eight

24  months, you had time still hanging over your head?

25  A     Yes.

```
 1    Q    And it was your understanding that if you committed

 2    another crime, or violated conditions the court imposed, you

 3    would go back to jail?

 4    A    Yes.

 5    Q    You thought at the time it was about 12 years?

 6    A    Yes.

 7    Q    That's a long time, isn't it?

 8    A    Yes.

 9    Q    By talking in part about your criminal activities on

10    January 3rd or after your January 3rd arrest, were you hoping

11    to help yourself a little bit?

12    A    Yes, I was.  It never crossed my mind before, but I was

13    facing a lot of time, and I was just nervous.

14    Q    If you were trying to help yourself, why weren't you

15    fully honest on January 3rd, 2012?

16    A    I was holding back to see, like, what was going to happen

17    with the information, to see if I can use it later on.

18    Q    Did you become aware of the federal charges against you

19    in May 2012?

20    A    Yes.

21    Q    At that point, did you get a chance to review the

22    indictment against you and your co-defendants?

23    A    Yes.

24    Q    At that point, did you learn about the evidence against

25    you?
```

```
 1   A     Yes.

 2   Q     Were you appointed a lawyer to represent you on the

 3   federal charges at that time?

 4   A     Yes.

 5   Q     Did you talk with the lawyer about what sentence you

 6   might be looking at?

 7   A     Yes.

 8   Q     What was your sense, your understanding, having spoken to

 9   your attorney, about what kind of time you were looking at on

10   those federal charges?

11   A     I'm sorry, could you repeat that?

12          MR. SILVERMAN:  Your Honor, may we approach?

13          (At the side bar.)

14          MR. SILVERMAN:  Your Honor, Attorney Vatti stopped

15   me before the witness could answer the question out of fear

16   that the way I phrased the question might open the door to

17   attorney-client privileged communications, so I'm going to

18   withdraw and ask to strike that question, and I'm going to ask

19   it in a way that doesn't involve Mr. Wilson's communications

20   with his attorney.  I just want to know what was his

21   understanding of how much time he was looking at on the

22   federal charges.

23          MR. REEVE:  That's fine, Judge.  We have no problem

24   with that at all.

25          THE COURT:  Okay.
```

```
 1              (In open court.)
 2              MR. SILVERMAN:  Your Honor, pursuant to our
 3    discussion, I'm going to withdraw and ask to strike my last
 4    question.  I'm going to ask it in a different way.
 5              THE COURT:  All right.
 6    Q    Mr. Wilson, what was your understanding of how much time
 7    you were looking at on the federal charges?
 8    A    Around 30 years.
 9    Q    Thirty years?
10    A    Yes.
11    Q    That's almost three times more than what you thought you
12    were looking at when it was just state charges?
13    A    Yes.
14    Q    So when you sat down with the government on August 9,
15    2012, were you prepared to tell them about all the criminal
16    activity that you were involved in?
17    A    Yes, what they asked me, what I remembered.
18    Q    Were you prepared to talk about other people's criminal
19    activity?
20    A    Yes, what they asked me, what I remembered.
21    Q    So you were answering all of their questions?
22    A    Yes.
23    Q    Did you talk to the government, over the course of your
24    proffer sessions, about all of the people who were charged in
25    your indictment?
```

```
1    A     Yes.

2    Q     Did you talk about people who weren't charged in your

3    indictment?

4    A     Yes.

5    Q     Did you come clean?

6    A     Yes.

7    Q     I want to move on now to Philip Bryant.  How did you know

8    Philip Bryant?

9    A     Childhood friend of mine.  We went to middle school

10   together.

11   Q     Where was that?

12   A     Troup Middle School.

13   Q     Did you reconnect with Mr. Bryant after you were released

14   from prison in July 2010?

15   A     Yes.

16   Q     How did that come about?

17   A     If I'm not mistaken, he came to visit me in the halfway

18   house, the first time I remember speaking to him.

19   Q     Then what happened after that?

20   A     I would go by his house when I was out in the halfway

21   house, to play PlayStation with him.

22   Q     Where was he living at the time?

23   A     On Judson.

24   Q     Do you remember the number?

25   A     I believe it was 24 or 22.  I'm not absolutely sure.
```

```
 1    Q    Did you have a name that you used to refer to that

 2    location?

 3    A    The yard.

 4    Q    What did that actually refer to?

 5    A    Really like his house.

 6    Q    Did you hang out with him in that home?

 7    A    Yes.

 8    Q    Did you also hang out with him in the backyard?

 9    A    Yes.

10    Q    Were there a group of people who hung out at the yard?

11    A    Yes.

12    Q    Who were some of the other people that hung out there?

13    A    Me, Nu-Nu, Phizzy, HE, Gunz, couple more people.

14    Q    By Nu-Nu, you're referring to Vincent Clark?

15    A    Yes.

16    Q    By Phizzy, you're referring to Philip Bryant?

17    A    Yes.

18    Q    By HE, you're referring to Daquon Hudson?

19    A    Yes.

20    Q    By Gunz, you're referring to William Hines?

21    A    Yes.

22    Q    Are you aware of whether all those people were arrested

23    and charged in connection with this investigation?

24    A    Some of them were charged with this investigation.

25    Q    Mr. Hudson wasn't charged in your indictment, was he?
```

```
1    A    No.

2    Q    What happened in the yard?

3    A    Used to hang out there, joke around, wait for drug sales.

4    Pretty much hang out, play the game.

5    Q    What's the game?

6    A    The PlayStation.

7    Q    Were all of the people that you mentioned, were they all

8    involved in drug trafficking?

9    A    Yes.

10   Q    You said you'd wait around for drug sales, right?

11   A    Yes.

12   Q    That was everyone who hung out at that location?

13   A    Yes.

14   Q    Okay.  I want to turn your attention to May 10th, 2011.

15   Did you sell drugs on that date?

16   A    Yes, I did.

17   Q    All right.  What happened on that occasion that kicked

18   off the drug sale?

19   A    I was contacted by somebody that I had met in jail,

20   Lynnwood, who told me he wanted to purchase a ounce of crack.

21   Q    Did you have an ounce of crack on May 10, 2011, to sell

22   to this person?

23   A    No, I did not.

24   Q    So what did you do?

25   A    I called Philip, I called Phizzy, to find out if he had
```

1    it.

2    Q    That's Philip Bryant?

3    A    Yes.

4    Q    Out of all the people you could have called, why did you

5    call Phizzy?

6    A    Because I knew he was selling drugs.

7    Q    How did you know that?

8    A    Been around him.  Seen, seen the drugs around him.

9    Q    Had you ever seen him with drugs prior to May 10th, 2011?

10   A    Yes.

11   Q    What did you see?

12   A    A plastic bag with eight balls in it.

13   Q    Eight balls we talked about before, 3.5 grams?

14   A    Yeah.  Dimes.

15   Q    Dimes also?

16   A    Yes.  Dimes, 20s.

17   Q    Those are 10 and 20 dollar bags?

18   A    Yeah.

19   Q    Of what substance?

20   A    Of crack.

21   Q    How many times had you seen Mr. Bryant with crack prior

22   to May 10th, 2011, but after your release from prison in July

23   2010?

24   A    It's hard to put a number on it.  It's hard to remember

25   exactly how many times.

```
 1   Q    Multiple occasions?

 2   A    I would say multiple occasions, yeah.

 3   Q    Was there anything else about Mr. Bryant that led you to

 4   believe he was dealing crack?

 5   A    Clothes, money.  That's about it.

 6   Q    You mean he had money?

 7   A    He had money, yeah.

 8   Q    What about his clothes?

 9   A    He had clothes.  I mean, everybody has clothes, but he

10   was buying clothes.

11   Q    Did he have a job?

12   A    No, he didn't.

13   Q    He didn't work at Dunkin' Donuts?

14   A    No.

15   Q    So did you believe that his money was from drug

16   trafficking?

17   A    Yes.

18           MR. SILVERMAN:  I'm going to play a clip of

19   Government's Exhibit 120 right now.

20           (Government's Exhibit 120, a video recording,

21   played, and paused.)

22   Q    Who just got in the car?

23   A    I did.

24   Q    All right.  You mentioned before there was someone named

25   Lynnwood involved.  Do you see Lynnwood on the screen?
```

```
 1    A    Yes.

 2    Q    Where's Lynnwood?

 3    A    In the back seat.

 4    Q    There's another individual in the car, right?

 5    A    Yes.

 6    Q    Do you know that person's name?

 7    A    No, I don't remember his name.

 8    Q    Okay.

 9             (Government's Exhibit 120.5, a video recording,

10    played, and paused.)

11    Q    Did you go by the name Nature?

12    A    Yes, I did.

13             (Government's Exhibit 120.5, a video recording,

14    played, and paused.)

15    Q    Were you actually going to Scranton and Winthrop?

16    A    No, it was in that area.

17    Q    Where were you going?

18    A    To Judson.

19    Q    Why?

20    A    To go meet up with Phizzy.

21    Q    Did you have the drugs with you right now?

22    A    No, I did not.

23    Q    This was for an ounce of crack?

24    A    Yes.

25             (Government's Exhibit 120.5, a video recording,
```

```
 1   continued.)

 2   Q    All right.  So a couple of questions.  Did you know that

 3   your conversation was being audio recorded while you traveled

 4   in this car on May 10th, 2011?

 5   A    No, I did not.

 6   Q    Did you know there was a video recording being made while

 7   you traveled in this car on May 10th, 2011?

 8   A    No, I did not.

 9   Q    Where did you direct the operator of the vehicle to drive

10   to?

11   A    To Scranton and Winthrop first, and then to Judson.

12   Q    And when you got out of the car, were you carrying

13   anything?

14   A    My book bag.

15   Q    What was in the book bag?

16   A    School, school stuff.

17   Q    Were you attending school at the time?

18   A    Yes, Gateway.

19   Q    What were you doing in school?

20   A    Classes.

21   Q    What kind of classes?

22   A    English class, math class, I think a computer class.

23   Q    Did that get arranged through -- withdrawn.  Were you

24   staying at the halfway house at the time?

25   A    Yes.
```

1    Q    Did your classes get arranged through the halfway house?

2    A    Yes.

3    Q    Okay.  Had you arranged or confirmed with Philip, Bryant

4    before you were driving there, that he would have the ounce of

5    cocaine base?

6    A    Yes.

7    Q    Before I play this, what did you do after you got out of

8    the car?

9    A    Got out of the car, I walked towards the yard.

10   Q    Were you parked across the street from it?

11   A    Yes.

12   Q    So you crossed the street.  Then what did you do?

13   A    Crossed the street, and I continued walking to the

14   backyard, and went in, met up with Philip Bryant.

15   Q    You went through the back entrance?

16   A    Yes.

17   Q    Why didn't you go through the front door?

18   A    I don't know why I didn't go through the front door.

19   Just went to the back door.  Usually hang out back there, so

20   maybe I just thought he was outside already.

21   Q    So you walked around to the back, and you went in through

22   the back door?

23   A    Yes.

24   Q    Then what happened?

25   A    He gave me the plastic, the sandwich bag, with eight

1    eight balls in it.

2    Q    Where did he hand that to you?

3    A    In the hallway, I believe it was.

4    Q    What floor did Mr. Bryant live on?

5    A    On the first floor.

6    Q    So you didn't have to go up any stairs?

7    A    It's like three little stairs.

8    Q    To enter the back door?

9    A    Yeah.

10   Q    Okay.  And then he met you in the hallway?

11   A    Yes.

12   Q    Did you have to knock on his apartment door?

13   A    I don't remember if I knocked on his apartment door.

14   Q    You said he handed you one bag with eight eight balls in

15   it?

16   A    Yeah, a sandwich bag, but the eight balls were individual

17   sandwich bags.

18   Q    So there were eight eight balls, each in its own bag, all

19   in one bigger bag?

20   A    Yes.

21   Q    Did you think you were going to get eight eight balls or

22   did you think you were going to get one solid ounce?

23   A    I thought it was going to be a solid ounce.

24   Q    What did you do after Mr. Bryant handed you the eight

25   eight balls?

1    A    I turned around and went to go give it to the guy that

2    was waiting.

3    Q    Did you go through the backyard again?

4    A    Yes.

5    Q    And then what happened?

6    A    I walked up to the driver's side and tried to give it to

7    the man sitting in the front seat.

8    Q    Then what happened?

9    A    He told me to get in the car.  I don't know if he

10   actually said "get in the car," but I believe he said "get in

11   the car."

12   Q    Did you push back on that?

13   A    I don't think I argued with him.

14   Q    So you got in the car?

15   A    Yeah.

16   Q    All right.

17        MR. SILVERMAN:  I'm going to play now another clip

18   from Government's Exhibit 120.

19        (Government's Exhibit 120.6, a video recording,

20   played, and paused.)

21   Q    Are you in the car at this point?

22   A    No, I'm not.

23        (Government's Exhibit 120.6, a video recording,

24   continued.)

25        MR. SILVERMAN:  Let's go on to the next clip in

```
1    Government's Exhibit 120.
2              (Government's Exhibit 120.7, a video recording,
3    played, and paused.)
4    Q    Did you just get back in the car?
5    A    Yes.
6    Q    Is that after the operator of the vehicle told you to get
7    in?
8    A    Yes.
9              MR. MORAGHAN:  Objection.  Nothing on the tape would
10   indicate that.  If you want to rephrase the question.
11             MR. SILVERMAN:  The witness has already testified
12   that the operator of the vehicle told him to get inside.  I
13   didn't ask if it was relative to the tape or not.
14             THE COURT:  I'll overrule the objection.
15   Q    Did you hear on the tape the operator tell you to get
16   inside?
17   A    No.
18   Q    But based on your recollection of what happened that day,
19   did he tell you to get in the car?
20   A    Yes.
21   Q    And did you get in the car?
22   A    Yes.
23             (Government's Exhibit 120.7, a video recording,
24   played, and paused.)
25   Q    Did you just state, "All them balls though, I didn't want
```

1    to rip them all up"?

2    A     Yes.

3    Q     What did you mean by that?

4    A     That they were all in individual bags.  It wasn't one

5    solid ounce.

6    Q     What about the use of the word "balls"?

7    A     Eight balls.

8    Q     That's 3.5 grams?

9    A     Yes, or supposed to be.

10           (Government's Exhibit 120.7, a video recording,

11    continued, and paused.)

12    Q     Did you just refer to "getting got with sheetrock"?

13    A     Yes.

14    Q     What did you mean by that?

15    A     Somebody put sheetrock in a plastic, plastic sandwich

16    bag, and I thought it was coke.

17    Q     So someone sold you something that wasn't actually coke

18    or crack?

19    A     Yes.  Well, it was, it was actually a trade.

20    Q     I see.  You acquired at some point something that you

21    thought was cocaine or crack cocaine, and it wasn't?

22    A     Yes.

23           (Government's Exhibit 120.7, a video recording,

24    continued, and paused.)

25    Q     Did you hear the operator of the vehicle counting one,

```
 1    two, three, four, five, six, seven, eight, nine, ten -- sorry,

 2    I know that was very fast for our court reporter?

 3    A    Yes, I heard him counting.

 4    Q    What was he doing?

 5    A    Counting out the money.

 6    Q    How much did the operator of the vehicle pay for the

 7    crack cocaine?

 8    A    $1,200.

 9    Q    $1200?

10    A    Yes.

11    Q    And did you hear the other person in the vehicle, the

12    rear seat passenger, talk about getting that other shit?

13    A    Yes.

14    Q    What did you understand him to be talking about?

15    A    When he said other shit, I think he ended up

16    clarifying -- I don't know what he meant when he said other

17    shit.

18              MR. SILVERMAN:  Okay, let's keep going.

19              (Government's Exhibit 120.7, a video recording,

20    continued, and paused.)

21    Q    Is that your phone number?

22    A    Yes.

23    Q    Is that the same phone that was tapped for eight months

24    during this investigation?

25    A    Yes.
```

```
 1              (Government's Exhibit 120.7, a video recording,
 2    continued, and paused.)
 3    Q    Did you hear someone refer to a strap?
 4    A    Yes.
 5    Q    What's a strap?
 6    A    A gun.
 7    Q    Were they asking you to acquire a firearm for them?
 8    A    Yes.
 9              (Government's Exhibit 120.7, a video recording,
10    continued.)
11    Q    After you got out of the car, what did you do?
12    A    I went to the backyard, to meet up with Phizzy.
13    Q    So how did you -- where did you meet with Phizzy?
14    A    In his hallway, I believe.
15    Q    All right.  You did meet with him?
16    A    Yes, yes.
17    Q    What happened when you met with him?
18    A    I gave him the money, and my hand was shaking, and he
19    asked me what was wrong with me?  And I told him I was nervous
20    because I felt funny.  I felt like I had served a undercover.
21    Q    Why did you feel that way?
22    A    I don't know.  I just had a bad feeling.
23    Q    So then what happened?
24    A    I can't really remember too much of our conversation
25    after that.
```

```
 1    Q    Did you give Phizzy the $1200?

 2    A    Yes, I did.

 3    Q    Did he give you any money for your role as a middle man

 4    in the transaction?

 5    A    I didn't ask him for any money.  I was networking.

 6    Q    You were networking?

 7    A    Yes.

 8    Q    You were building up your connections?

 9    A    Yes.

10    Q    What happened after --

11    A    Well, excuse me, I wasn't building up my connection; I

12    was building up my clientele.  I already had a relationship

13    with Bryant.

14    Q    You were building up your relationship with the buyers,

15    in this case, not the seller?

16    A    Yes.

17    Q    Because you already knew Philip Bryant?

18    A    Yes.

19         MR. SILVERMAN:  I'm going to do one last clip from

20    this video, Government's Exhibit 120.

21         (Government's Exhibit 120.8, a video recording,

22    played, and paused.)

23    Q    Did you hear the person in the passenger seat say he felt

24    kind of funny?

25    A    Yes.
```

1    Q    After the transaction had finished, did you call Lynnwood

2    at some point later?

3    A    Yes.

4    Q    Why?

5    A    Just to tell him that I felt funny about the whole

6    transaction for some reason.

7    Q    Is that related to what you told Mr. Bryant, you felt

8    like it might have been an undercover sale?

9    A    Yes.

10   Q    Did Lynnwood reassure you?

11   A    Kind of.  I still had my suspicions, but, I still had my

12   suspicions but, I didn't have any proof.

13   Q    Okay.  How many times did you arrange an ounce purchase

14   of crack cocaine involving Philip Bryant?

15   A    One time.

16   Q    Just this one time that we've been discussing?

17   A    Yes.

18   Q    No other times?

19   A    Yes.

20   Q    All right.  On this occasion, did Mr. Bryant participate

21   directly in the transaction in any way?

22   A    I'm sorry, can you say that?

23   Q    Yes.  Did Mr. Bryant participate directly in the

24   transaction?

25   A    Directly, no.

1    Q     What was the extent of his participation?

2    A     Handing the stuff to me, handing the crack to me.

3    Q     And then what afterwards?

4    A     Getting the money.

5    Q     That's it, right?

6    A     Yeah.

7    Q     He didn't meet the other two passengers of this vehicle,

8    did he?

9    A     No.

10   Q     He didn't see them, did he?

11   A     No.

12         MR. SILVERMAN:  Your Honor, I'm sensitive to the

13   time.  I have just a couple of final questions on this

14   subject, and then it would be a good time to take our luncheon

15   break, if that's okay with the Court.

16         THE COURT:  Yes.

17   Q     On May 10th, 2011, prior to arriving on Judson, did Mr.

18   Bryant know that you were coming?

19   A     Yes, I had spoke to him.

20   Q     How did you talk to him?

21   A     On the phone.

22   Q     Did you speak to him more than once on May 10, 2011?

23   A     Yes, I believe so.

24   Q     Do you know where Philip Bryant got the crack cocaine on

25   May 10th, 2011, from?

1   A     The crack from that date, actually, from his supplier.

2   Q     At any point, did you learn who his supplier was?

3   A     He told me his cousin.

4   Q     Did you learn a name or a nickname for his cousin?

5   A     Deuce.

6   Q     Deuce?

7   A     Yes.

8   Q     Do you know Deuce's real name?

9   A     No, I do not.

10  Q     Did Mr. Bryant ever give you a sense of how much crack he

11  was acquiring from Deuce?

12  A     At one point, he told me he was moving, like, a hundred

13  grams a week or so, something like that.

14  Q     A hundred grams a week?

15  A     Yes.

16         MR. SILVERMAN:  Your Honor, I think this would be a

17  good time to take the lunch break.

18         THE COURT:  Then that's what we'll do.

19         We'll be in recess for an hour, ladies and

20  gentlemen.  Please, during that time, don't discuss the case

21  with anyone, including among yourselves.  Enjoy your lunch.

22         (Luncheon recess:  12:54 o'clock p.m. to 2:12

23  o'clock p.m., in the absence of the jury.)

24         THE COURT:  Good afternoon.  Please be seated.

25         Are we ready for the jury?

1          MR. SILVERMAN:  Government's prepared to proceed.

2          MR. REEVE:  Yes, your Honor, great, thanks.

3          MR. ROGAN:  Yes, your Honor.

4          THE COURT:  May we have the jury, please?

5          (In the presence of the jury:  2:14 o'clock p.m.)

6          THE COURT:  Good afternoon, ladies and gentlemen.

7          Please be seated.

8          MR. SILVERMAN:  May I resume, your Honor?

9          THE COURT:  Please.

10          MR. SILVERMAN:  Thank you.

11    Q    Mr. Wilson, before we continue with our discussion about

12    Mr. Bryant, I want to tie up a couple of loose ends from

13    before the lunch break.

14          MR. SILVERMAN:  Your Honor, I've spoken with defense

15    counsel, and I move for the admission of Government's Exhibit

16    148.

17          MR. REEVE:  No objection, your Honor.

18          THE COURT:  Thank you.

19          MR. SILVERMAN:  This is a call on December 24th,

20    2011.

21          (Government's Exhibit 148, an audio recording,

22    played, and paused.)

23    Q    Do you recognize the voices in this call?

24    A    No, I don't.

25    Q    Do you recognize one of the voices?

```
 1    A    Mine.

 2    Q    Okay.  You don't recognize the voice of the other person?

 3    A    No.

 4    Q    Did the other person identify themselves?

 5    A    As Scoot's brother.

 6    Q    Scoot's brother?

 7    A    Yes.

 8    Q    Did you understand that to mean Robert Santos's brother?

 9    A    Yes.

10    Q    And did that other voice, the person who identified

11    themselves as Scoot's brother, did he say he turned himself in

12    on a technical?

13    A    Yes.

14              (Government's Exhibit 148, an audio recording,

15    continued, and paused.)

16    Q    Did the other voice just say he didn't want you to think

17    there was no funny shit going on?

18    A    Yes.

19    Q    What did you understand that to mean?

20    A    Like that he wasn't trying not to pay me, or not to see

21    me again.

22    Q    This goes back to our conversation earlier, where you

23    thought that Mr. Santos had stolen drugs or money from you,

24    the way Mr. Clark had, right?

25    A    Yes.
```

```
 1              (Government's Exhibit 148, an audio recording,
 2   continued.)
 3   Q    Did the other voice tell you that he should be in touch
 4   shortly?
 5   A    He said he should touch shortly, meaning he should be out
 6   shortly.
 7   Q    Meaning Mr. Santos would be out of jail shortly?
 8   A    Yes.
 9   Q    And after this call, were you confident that Mr. Santos
10   had not tried to rip you off?
11   A    Yes, that's what made me believe that he wasn't.
12   Q    After this call, what did you believe happened in terms
13   of Mr. Santos falling out of touch with you?
14   A    Something happened where he had to turn himself in on a
15   technical, technical violation.
16   Q    That he was in jail?
17   A    Yeah.
18   Q    I want to turn back now to our discussion about the Galan
19   brothers.  We talked about them before the lunch break, right?
20   A    Yes.
21   Q    Did the Galan brothers have access to your apartment at
22   139 Day Street?
23   A    Yes, they did.
24   Q    Did they have a key to your apartment?
25   A    I don't believe it was their personal key, but they had
```

```
1    access to a key to my apartment, yes.

2    Q    How is that?

3    A    My roommate was their father.

4    Q    What's his name?

5    A    Gilbert Galan Sr.

6    Q    All right.  So you were living with Mr. Galan Sr at your

7    apartment at 139 Day Street, yes?

8    A    For a while, yes.

9    Q    At the time of your arrest on January 3rd, 2012, was Mr.

10   Galan Sr, their father, still living with you?

11   A    No, he was not.

12   Q    He had moved out?

13   A    Yes.

14   Q    And you said before that they had access to a key.  That

15   was Mr. Galan Sr's key?

16   A    I believe so.

17   Q    I want to go back to sort of where we finished up before

18   the lunch break with the May 10th, 2011, sale of the ounce of

19   crack, okay?

20   A    Yup.

21   Q    Okay.  All through your testimony this morning, there

22   were times every once in a while when you answered my question

23   with "I can't remember," or "I don't remember that."

24   A    Yes.

25   Q    How is it that on May 10th, 2011, of all the transactions
```

1  that you did, all the drug dealing you did from July 2010 when

2  you got out of jail to January 3rd, 2012, that you remember

3  who gave you that crack cocaine on May 10th, 2011?

4  A    How do I remember who gave it to me?

5  Q    Yes.

6  A    Because when -- just how afraid I was when I made the

7  transaction with the gentlemen I served the crack to.

8  Q    I'm sorry, before you go on, how afraid you were, you

9  mean that you thought it might have been a controlled buy by

10 law enforcement?

11 A    Yes.  And then the amount, the amount that it was for was

12 for ounces.  Only time I had served ounces to anyone during

13 this investigation.

14 Q    So most of the time during this time period, you were

15 selling less than an ounce?

16 A    Yes.

17 Q    Substantially less than an ounce?

18 A    Yes, seven, seven grams, ten grams.

19 Q    Okay.  We said an ounce is 28 grams earlier?

20 A    Yes.

21 Q    Was there anything else that made the events of May 10th,

22 2011, stand out in your mind?

23 A    It was the first time since I had got out that I

24 personally made a hand-to-hand transaction.  I had middled

25 deals while I was in the halfway house, but that was the first

1    time that I actually had the drugs in my hand, exchanging

2    money, I would say.

3    Q    Okay.  Before the break, I asked you why, of all the

4    people you could reach out to to obtain an ounce of crack

5    cocaine, you reached out to Mr. Bryant.  Do you remember that?

6    A    Yes.

7    Q    All right.  And you gave me an answer, but I want to

8    follow up on it.  You end up partnering with Vincent Clark

9    subsequent to the May 10th, 2011, buy, right?

10   A    Yes.

11   Q    On May 10th, 2011, why didn't you reach out to Vincent

12   Clark to provide you with the ounce of crack cocaine?

13   A    Could have been as simple as I didn't have his number at

14   that time or didn't know where he was.

15   Q    Okay.  The next person I want to ask you about, why not

16   reach out to William Hines, Gunz, instead of Phil Bryant?

17   A    I don't think Gunz would have had that amount of drugs.

18   He probably would have referred me to somebody else.

19   Q    Did you consider him a lower level drug dealer than Mr.

20   Bryant?

21   A    Yes.

22   Q    I'm trying to think of the people you listed who hung out

23   at the yard, and I remember Mr. Hines, Mr. Bryant, Mr. Clark,

24   and I think the other one you mentioned was Mr. Hudson?

25   A    Yeah, at the time around of the buy, I don't know if

```
1    everybody came back there just yet.  I don't even know if I
2    really knew HE at the time, Mr. Hudson.  I don't know if we
3    really had too much interaction with him at the time.
4    Q    Okay.  So now I want to ask you the flip question.  After
5    Mr. Bryant supplies you with an ounce of crack cocaine on May
6    10th, 2011, why don't you try to partner up with Mr. Bryant,
7    instead of Mr. Clark, who you end up partnering with?
8    A    Mr. Bryant doesn't really need me.
9    Q    What do you mean by that?
10   A    He, he has his own, he had his own source already.  Only
11   thing I can really bring to a table is sources of supply to
12   partner up with somebody.  Only thing I have, really.
13   Q    You don't know how to cook cocaine into crack cocaine,
14   right?
15   A    No, I don't.
16   Q    You didn't really know how to bag up heroin, right?
17   A    No, I didn't.
18   Q    After your release from prison in July of 2010, you
19   didn't have a wide customer base?
20   A    No.
21   Q    So the asset you would bring to a partnership was your
22   connections?
23   A    Yes.
24   Q    And that's Mr. De Los Santos and Mr. P'Dilla?
25   A    Yes.
```

```
1    Q     And tell me if this is right:  What you said is Mr.
2    Bryant didn't need that because he already had a source?
3    A     Yes.
4    Q     Okay.  We talked about Mr. Bryant moving crack cocaine,
5    and before the break you mentioned that you thought his source
6    of supply, he told you his source of supply, was Deuce, right?
7    A     Yes.
8    Q     And you talked about quantities that he was moving per
9    week, right?
10   A     Um hum.  Yes.
11   Q     Were there other substances besides the crack cocaine
12   that Mr. Bryant was selling during the time frame of this
13   conspiracy, that's January 2011 to January 2012?
14         MR. MORAGHAN:  Objection.  Your Honor, whatever's
15   being testified to has not been connected to the Wilson
16   conspiracy.  There's a separate conspiracy, separate source of
17   supply, separate entity going on out there, which is outside
18   the purview of this indictment.
19         MR. SILVERMAN:  Your Honor ruled on this pretrial,
20   this exact issue.
21         THE COURT:  Yes.  I'll overrule the objection.
22         MR. SILVERMAN:  Thank you, your Honor.
23         MR. MORAGHAN:  I'm just preserving for the record,
24   your Honor.
25         THE COURT:  Sure, absolutely.
```

1    Q     During the time frame of January 2011 to January 2012,

2    was Mr. Bryant involved in the sale of other controlled

3    substances, besides crack cocaine?

4    A     Yes.

5    Q     What else?

6    A     Weed, Ecstasy, and coke.

7    Q     By coke, you mean powder cocaine?

8    A     Yes.

9    Q     How do you know that?

10   A     From hanging around him, and I sold it for him on one

11   occasion or two maybe, I think it was.

12   Q     I want to play for you Government's Exhibit 109.

13              MR. SILVERMAN:  This is on December 15, 2011.

14              (Government's Exhibit 109, an audio recording,

15   played.)

16   Q     Based on the voices, who are the participants in that

17   conversation?

18   A     Me and Phizzy.

19   Q     By Phizzy, you mean Philip Bryant?

20   A     Yes.

21   Q     When you said, "Hell yeah I want to play the game," what

22   did you mean?

23   A     The PlayStation game, I guess.

24   Q     That was at Philip Bryant's residence?

25   A     Yes.

1   Q    When he said, "All right, yo, I'm going to leave my

2   phone, make my traps for me," what did you understand him to

3   mean?

4   A    He was going to leave his cell phone with me and if

5   somebody calls for drugs, to sell it for him.

6   Q    That's if a drug customer calls?

7   A    Yes.

8   Q    That's the word "traps" that you explained earlier today?

9   A    Yes.

10  Q    All right.  What happened on this occasion?

11  A    He went to eat, I played the game, and when somebody

12  called, I served them.

13  Q    Did somebody call?

14  A    Yes.

15  Q    What did you serve that person?

16  A    Weed.  Weed and maybe a Ecstasy pill.  I know for sure it

17  was weed.

18        MR. MORAGHAN:  Objection.  Move to strike the rest

19  of that answer, your Honor.  He's not sure, he doesn't know,

20  he sold weed.

21        THE COURT:  All right, I'll grant that.

22        MR. SILVERMAN:  I'm sorry, your Honor?

23        THE COURT:  That portion of the answer shall be

24  stricken.

25        MR. SILVERMAN:  Okay.

1   Q    Did Philip Bryant on that occasion leave his drugs with

2   you?

3   A    Yes.

4   Q    And how was it packaged?

5   A    The weed was in dime, dime bags and 20s, I believe.  The

6   Ecstasy pills were like, they were all in one, they were all

7   in one sandwich bag, a big sandwich bag; and the individual

8   drugs were separated into groups and other sandwich bags,

9   small sandwich bags.

10  Q    What were the individual drugs that were in this bigger

11  bag?

12  A    There was weed, there was coke, cocaine, and Ecstasy

13  pills.

14  Q    When you say "weed," you mean marijuana?

15  A    Yes.

16              MR. SILVERMAN:  I'm going to play Government's

17  Exhibit 114, December 21st, 2011.

18              (Government's Exhibit 114, an audio recording,

19  played, and paused.)

20  Q    Based on the voices, who are the participants in the

21  call?

22  A    Me and Phizzy.

23  Q    When you asked, "Where the charger at for the trap

24  phone," what did you mean?

25  A    The charger to charge the phone.  The phone was dying.

```
 1   Q    When you say "trap phone," what do you mean by that?

 2   A    Drug phone.

 3   Q    Is that the phone that Philip Bryant's customers would

 4   call?

 5   A    Yes.

 6   Q    Did he have a phone specifically for his customers?

 7   A    Yes.

 8   Q    That was about a week after the previous call we just

 9   listened to.  Now I'm going to play for you Government's

10   Exhibit 90.

11        (Government's Exhibit 90, an audio recording,

12   played.)

13   Q    Based on the voices, who are the participants in that

14   call?

15   A    Myself and Phizzy.

16   Q    When you asked, when you stated, "You have a trap cooking

17   over here yo for you," what did you mean?

18   A    I didn't say cooking; I said coming.

19   Q    Okay, "you have a trap" --

20   A    Coming.

21   Q    -- "coming over here yo for you"?

22   A    Yes.

23   Q    What did you mean by that?

24   A    I had a sale, a drug sale, coming to his house for him.

25   Q    So you were referring to a drug customer to Philip Bryant
```

1    on that occasion?

2    A    Yes.

3    Q    Do you remember what drug it was for?

4    A    I believe it was weed.

5    Q    Did you ever accompany Mr. Bryant when he sold drugs to

6    one of his customers?

7    A    Yes.

8    Q    Could you describe that for the jury, please?

9    A    Took a ride to go serve one of his dime customers down

10   Winthrop.  We got in the car, got in the car together.

11         MR. MORAGHAN:  Your Honor, again I'm going to

12   object.  This is not part of the conspiracy alleged in the

13   indictment.  It's a separate endeavor.  And I do not believe

14   that this is appropriate testimony.

15         MR. SILVERMAN:  I think this goes back to the same

16   pretrial ruling that your Honor issued.

17         MR. MORAGHAN:  But at the time of your ruling, your

18   Honor, we didn't have Mr. Wilson's testimony that he had a

19   separate source of supply, that he was not partner with him,

20   it was a separate event.

21         MR. SILVERMAN:  Your Honor, I think this goes to a

22   level of trust between --

23         THE COURT:  I'll overrule the objection.

24         MR. SILVERMAN:  Thank you, your Honor.

25   Q    Given the Court's ruling, you can continue with your

1   answer.  You said you went to see a dime customer?

2   A    Yes.

3   Q    A dime of what?

4   A    Crack.

5   Q    Okay.  What happened on that occasion?

6   A    He served his customer.

7   Q    How much did he serve the customer?

8   A    I don't remember how much he served his dime customer.

9   Q    Were you ever with Mr. Bryant on another occasion when he

10  served a drug customer?

11  A    Yes.

12  Q    Please describe that occasion.

13  A    Went to the Dixwell area, and he served one of his

14  customers a eight ball.

15  Q    Of what substance?

16  A    Of crack.

17  Q    And you were present for that transaction?

18  A    Yes.

19  Q    You accompanied Mr. Bryant to that transaction?

20  A    Yes, I was in the passenger seat.

21  Q    The deal happened in the car?

22  A    He was in the car; the customer wasn't in the car.

23  Q    Mr. Bryant was in the car and the customer was outside of

24  the car?

25  A    Yes.

1    Q    All right.  I want to turn now to heroin as it relates to

2    Mr. Bryant, and we'll come back later to the other substances.

3    At any point, did Mr. Bryant become involved with your

4    distribution of heroin?

5    A    He helped me out by sending me customers.

6    Q    Okay.

7             MR. SILVERMAN:  This is Government's Exhibit 92.

8    It's on October 18th, 2011.

9             (Government's Exhibit 92, an audio recording,

10   played.)

11   Q    Based on the voices, who participated in that phone call?

12   A    Me and Phizzy.

13   Q    Phizzy's Mr. Bryant?

14   A    Yes.

15   Q    And when Mr. Bryant asked "that boy around," what did you

16   understand him to mean?

17   A    His heroin around, do I have any heroin.

18   Q    So "boy" was a term to refer to heroin?

19   A    Yes.

20   Q    And when Mr. Bryant stated later, "Damn I had like three

21   for you, quick 300," what did you understand that to mean?

22   A    He had a client with $300.

23             MR. SILVERMAN:  This is Government's Exhibit 94,

24   it's two days later, October 20th, 2011.

25             (Government's Exhibit 94, an audio recording,

1   played.)

2   Q    When Mr. Bryant -- I'm sorry, based on the voices, who

3   are the participants in that call?

4   A    Me and Phizzy.

5   Q    When Mr. Bryant asked, "Yo you got that boy," what did

6   you understand that to mean?

7   A    Did I have the heroin.

8   Q    When he later stated, "My boy got one five for you," what

9   did you understand that to mean?

10  A    That his boy had $150 for me.

11  Q    To use to purchase heroin?

12  A    Yes.

13  Q    Okay.

14       MR. SILVERMAN:  This is Government's Exhibit 95,

15  it's three days later, on October 23rd, 2011.

16       (Government's Exhibit 95, an audio recording,

17  played.)

18  Q    Based on the voices, who are the participants in that

19  call?

20  A    Me and Phizzy.

21  Q    When Mr. Bryant stated, "Shit yo I got a trap for you too

22  yo," what did you understand that to mean?

23  A    He had a customer for me.

24  Q    That's a heroin customer?

25  A    Yes.

1    Q    And when you later stated, "Well I'm going to put two,

2    I'm going to put two together then," what did you mean?

3    A    I was going to put two grams together.

4    Q    When Mr. Bryant stated, "Put like one and then one," what

5    did you understand him to mean?

6    A    Don't put two grams in one -- put two grams separately,

7    one gram in one bag and one gram in another bag.

8              MR. SILVERMAN:  This is Government's Exhibit 97,

9    it's on October 30th.

10             (Government's Exhibit 97, an audio recording,

11   played.)

12   Q    Based on the voices, who are the participants in that

13   call?

14   A    Me and Phizzy.

15   Q    When Mr. Bryant asked, "275 for four," what did you

16   understand him to mean?

17   A    $275 for four grams.

18   Q    You responded, "I told you they all in Bs, man," what did

19   you mean?

20   A    I was telling him they were all in bundles.  I didn't

21   have any grams at the time.

22   Q    What did you mean by "they all in buns"?

23   A    That they were all in bundles.  Bundle form.

24   Q    When you said, "Tell him I'll give him 250 for a brick,"

25   what did you mean?

1   A     I was saying I would give him five bundles for $250.

2   Q     And you typically charged $50 a bundle, right?

3   A     Yes.

4   Q     So five bundles would be $250?

5   A     Yes.

6   Q     All right.

7              MR. SILVERMAN:  This is Government's Exhibit 100,

8   it's on November 4th, about five days later.

9              (Government's Exhibit 100, an audio recording,

10  played, and paused.)

11  Q     Based on the voices, who are the participants in this

12  call?

13  A     Me and Phizzy.

14  Q     That's Philip Bryant?

15  A     Yes.

16  Q     Did you sometimes go by the nickname Rudy?

17  A     Yes.

18  Q     And when Mr. Bryant stated, "That ping moving for your

19  boy," what did you understand him to mean?

20  A     Ping means coke.

21  Q     Powder cocaine?

22  A     Powder cocaine, yes.

23  Q     When Mr. Bryant stated that, "The ping was moving for

24  your boy," what did you understand him to be saying?

25  A     Saying he was moving a lot of it, he was selling a lot of

1    it.

2    Q    A lot of cocaine?

3    A    Yes.

4    Q    Just prior to that, he said, "I'm trapping at 22K," what

5    did you understand that to mean?

6    A    I believe he might have said, "I'm trapping and playing

7    2K," as in he's waiting for phone calls for his drug sales and

8    he was playing the PlayStation game.

9    Q    There's a PlayStation game called 2K?

10   A    Yeah, NBA 2K.

11          MR. SILVERMAN:  Keep going.

12          (Government's Exhibit 100, an audio recording,

13   continued.)

14   Q    When you stated, "I'm trying to get a certain amount of

15   gold," what did you mean by that?

16   A    I must have been trying to say getting a certain amount

17   of money.  I don't know if I used the word "gold."  Maybe they

18   interpreted it wrong.

19   Q    Mr. Bryant responded, "You're trying to break down."

20   What did you understand him to mean?

21   A    Break down the grams of heroin to bundles.

22   Q    When Mr. Bryant stated, "I don't know, try to help you if

23   I could, you sell 50s, right," what did you understand him to

24   mean?

25   A    That he would help me out if he could, if he had any

1  heroin customers; how much did I sell the bundles for.

2  Q    And you responded, "Yup yup for the rubber bands."  What

3  did you mean by that?

4  A    The rubber bands were 50 bags of heroin.

5         MR. SILVERMAN:  This is Government's Exhibit 101,

6  the next day, November 5th, and I'm going to play just a

7  portion of it.  It's a very long call.

8         (Government's Exhibit 101.1, an audio recording,

9  played, and paused.)

10  Q    Based on the voices, who are the participants in this

11  call?

12  A    Me and Phizzy.

13  Q    When Mr. Bryant stated, "My phone was going so crazy for

14  the ping yesterday, man, I didn't have none, that shit picked

15  up for your boy quick," what did you understand him to mean?

16  A    That a lot of people were calling his phone for coke.

17  Q    Powder cocaine?

18  A    Powder cocaine, yes.

19  Q    And when you stated, "All you got to do is tell the D,

20  the D fiends that you got the rubber bands for 75 and I'm a

21  charge you 50," what do you mean?

22  A    All he has to do is tell anybody, dope customers, that he

23  has bundles for 75, and I'm a charge him $50.  So he would

24  make some money off of it.

25  Q    He would make $25 off each one?

```
 1   A     Yes.

 2   Q     "D," you said, is another word for heroin?

 3   A     Yes.

 4   Q     Or term for heroin?

 5   A     Yes.  Dope, D.

 6   Q     And when he said, "I'm a tell them 65," what did you

 7   understand him to be saying?

 8   A     That he was going to charge them $65 instead of $75.

 9   Q     So then he would make $15 profit off of each bundle?

10   A     Yeah.

11   Q     When you responded, "Oh shit ain't nothing, people be

12   selling them shits for 90 my nigga.  75, 75 is like the copee

13   (phonetic) price," what did you mean by that?

14   A     I was telling him 75 was a good price because people sell

15   them $90 or even more.

16   Q     What does the term "copee" mean?

17   A     Like all right, good.

18   Q     Good.

19   A     It depends on how you use it.

20   Q     Okay.  In this context, when you said "copee price," you

21   meant that's a good price?

22   A     Yeah.

23   Q     Then you went on, "Shit, you could say 65, it don't

24   matter, I'm a charge you 50 though."  What did you mean by

25   that?
```

1    A    Because $65, I'm still going to charge him $50.  Whatever

2    he told the people he would charge them for, it's fine, I'm

3    going to charge him $50.

4    Q    Whatever he sells it for over $50 is profit?

5    A    Yes.

6    Q    When he said, "I'm a definitely get on that shit," what

7    did you understand him to be saying?

8    A    He was going to try to sell to people, get customers for

9    me.

10        MR. SILVERMAN:  I'm going to skip ahead to

11   Government's Exhibit 110.  This is on December 17th, 2011.

12            (Government's Exhibit 110, an audio recording,

13   played.)

14   Q    Based on the voices, who are the participants in that

15   call?

16   A    Me and Phizzy.

17   Q    Mr. Bryant asked, "How much is it for a G?"  What did you

18   understand him to mean?

19   A    I believe he was saying how much is it for a gram.

20   Q    And when he asked, "One of them things for 50, right?"

21   What did you understand him to mean?

22   A    A bundle for 50.

23   Q    That's what you charged?

24   A    Yes.

25   Q    And when he said, Mr. Bryant said, "What's the regular

1   that things go for, about 65, "what did you understand him to

2   mean?

3   A    I'm sorry, say that again.

4   Q    Yes.  When Mr. Bryant asked, "What's the regular that

5   things go for, about 65," what did you understand him to mean?

6   A    Talking about, I believe talking about, the bundles or

7   the grams.

8   Q    When you responded, "Depends on who you, who you talking

9   to though, are you talking to a street dude or are you talking

10   to a fiend," what did you mean?

11   A    I mean was he talking to somebody who was going to resell

12   it or was he talking to somebody who was going to use it.

13   Q    Would you sometimes charge a different price for those

14   two categories of people?

15   A    Yeah, if I was reselling it.  Yeah.

16   Q    When Mr. Bryant stated, "I got some bread for you, you

17   around?"  What did the term "bread" mean?

18   A    Money.

19   Q    And then at the end, when Mr. Bryant stated, "I'm a need

20   you to be around, it's probably like 250 or something," what

21   did you understand him to mean?

22   A    Money, $250.

23   Q    Okay.

24        MR. SILVERMAN:  This is Government's Exhibit 111,

25   it's the next day, December 18th.

1                (Government's Exhibit 111, an audio recording,

2     played, and paused.)

3     Q    Based on the voices, who are the participants in this

4     call?

5     A    Me and Mr. Bryant.

6     Q    When Mr. Bryant stated, "Yo why this nigga calling me

7     going crazy this morning," what did you understand him to

8     mean?

9     A    The customer that he had was calling up, calling,

10    complaining about the heroin that I gave him.

11    Q    Later on, Mr. Bryant stated, "Yeah, he wanted a gram,"

12    what did you understand that to mean?

13    A    That he wanted grams of heroin, not bundles.  What I gave

14    him was bundles.

15    Q    Mr. Bryant's customer wanted grams not bundles?

16    A    Yes.

17    Q    That's your clarification, he wanted tickets to the

18    Graham's?

19    A    Yeah, I was saying grams.

20    Q    When Mr. Bryant says, "I fucked the order up," what did

21    you understand him to mean?

22    A    That he made a mistake in believing the guy wanted

23    bundles and not grams.

24    Q    So Mr. Bryant made a mistake in placing his customer's

25    order with you?

1   A    Yes.

2   Q    All right.  Did Mr. Bryant then connect you to heroin

3   customers?

4   A    Yes.

5   Q    Did he make any money off of his networking you with drug

6   customers?

7   A    He made some money.

8   Q    Every time that he sent you a customer, did you give Mr.

9   Bryant a cut?

10  A    I don't know if it was every time.  I remember giving him

11  money, but I can't really -- I don't believe it was every

12  time.

13  Q    Sometimes?

14  A    Yes.

15  Q    All right.  I want to turn back to cocaine involving Mr.

16  Bryant.

17          MR. SILVERMAN:  This is Government's Exhibit 99,

18  November 2nd, 2011.

19          (Government's Exhibit 99, an audio recording,

20  played.)

21  Q    Based on the voices, who are the participants in that

22  call?

23  A    Me and Phizzy.

24  Q    When you asked, "You got them, you got them balls of

25  ping?"  What are you asking for?

1   A     Did he have balls of powder cocaine.

2   Q     You wanted eight balls of powder cocaine?

3   A     Yes.

4   Q     Why did you want eight balls of powder cocaine?

5   A     Somebody had called me previously and asked me for it.

6   Q     Mr. Bryant responded, he said, "Balls of piffy," what was

7   he referring to?

8   A     He was referring to weed.

9   Q     Is "piff" or "piffy" another term for marijuana?

10  A     Piff, yeah.

11  Q     Do you typically see marijuana sold in eight ball

12  quantities?

13  A     No.

14  Q     When Mr. Bryant stated, "Nah, I got some ping though,"

15  what did you understand him to mean?

16  A     He was talking about powder cocaine, but he probably

17  misheard what I told him.

18  Q     So there was some confusion that was getting cleared up?

19  A     Yes.

20  Q     Later on, when you stated, "Saying they wanted some

21  balls," you were reiterating that they wanted eight ball

22  quantities?

23  A     Yes.

24  Q     When Mr. Bryant later stated, "I don't got it like that

25  though player," what did you understand him to mean?

1    A    Saying like that he doesn't have it in bulk.

2    Q    I'm sorry, so he didn't have eight ball quantities of

3    cocaine?

4    A    Yeah.

5    Q    But he did say he had cocaine?

6    A    Yes, but not a lot.

7    Q    Okay.

8              MR. SILVERMAN:  This is Government's Exhibit 105.

9    It's November 23rd, 2011.

10             (Government's Exhibit 105, an audio recording,

11   played.)

12   Q    Based on the voices, who were the participants in that

13   call?

14   A    Me and Jackie.

15   Q    There's a reference in that call to Gutter?

16   A    Yes.

17   Q    Who did you understand Ms. Valentine to be referring to

18   when she asked "Gutter got ping, right?"

19   A    She's asking did Gutter have cocaine base -- powder

20   cocaine.

21   Q    Who's Gutter?

22   A    Gutter is Quiyon Reid.

23   Q    When you responded, "I think Phizzy got it, not Gutter,"

24   who are you referring to?

25   A    To Mr. Bryant.

1    Q    And on this date, did you provide Ms. Valentine with Mr.

2    Bryant's phone number?

3    A    I believe so.

4    Q    I want to turn now to the subject of firearms.  Did you

5    have access to firearms in the time period of January 2011 to

6    January 2012?

7    A    January 2011 -- yeah, at some point I had firearms.  Yes.

8    Q    Where were the firearms stored?

9    A    My apartment, Phizzy's yard.  Different areas.  Different

10   areas.  Girlfriend's house.

11   Q    I think you testified earlier today that at one point,

12   Ms. Palluoto stored firearms in her home for you as well.

13   A    Yes.

14   Q    Okay.  The firearms that were stored at the yard, you

15   just mentioned a moment ago?

16   A    Yes.

17   Q    Who had access to those firearms?

18   A    Me, Phizzy, Nu-Nu, Gunz, Gutter, HE.  Mostly people that

19   hung around.

20   Q    The people you talked about earlier who hung out at the

21   yard?

22   A    Yeah.

23   Q    They're the people who had access to firearms at the

24   yard?

25   A    Yes.

1    Q    So how did it work if one of those people needed to use a

2    firearm?

3    A    If they knew where it was at, they could come get it or

4    call somebody to bring it to them or call somebody to find out

5    where it was at.

6    Q    Did they have to get permission from someone who oversaw

7    the firearms?

8    A    I don't really think so.  I don't, I don't really say

9    it's permission.  I mean, I would think that you would let

10   somebody know just in case they would go to go get it and it

11   was gone, like they knew who took it.

12   Q    How many different firearms were stored at the yard?

13   A    Various amounts.  More than three.  I'm not absolutely

14   sure the right number.  I mean, on any given occasion, it

15   changed.

16   Q    Right.  It was usually more than three though?  That's

17   what you said?

18   A    On any given occasion, it would change.

19   Q    Okay.

20         MR. SILVERMAN:  This is Government's Exhibit 89.

21   It's on September 9th, 2011.

22         MR. MORAGHAN:  What's the number, sir?

23         MR. SILVERMAN:  89.

24         (Government's Exhibit 89, an audio recording,

25   played, and paused.)

1  Q    Based on the voices, who are the participants in this
2  call?
3  A    Me and Phizzy.
4  Q    When Mr. Bryant stated he was trying to go in the
5  basement and "look for these slammies, yo," what did he mean
6  by that?
7  A    "Swammies" is slang for guns.
8  Q    In the transcript, it says slammies with an L.  What was
9  the word that you and Mr. Bryant used?
10 A    Swammies with a W.
11 Q    Swammies?
12 A    Yes.
13 Q    So on this occasion, he's looking for some of the guns?
14 A    Yes.
15 Q    All right.
16        MR. SILVERMAN:  This is Government's Exhibit 91.
17 September 28th, 2011.
18        (Government's Exhibit 91, an audio recording,
19 played, and paused.)
20 Q    Based on the voices, who are the participants in that
21 call?
22 A    Me and Mr. Bryant.
23 Q    All right.  And when Mr. Bryant asked, "Yo where the
24 surfer at, upstairs?"  What did you understand him to mean?
25 A    Where was one of the guns at.

1   Q    Did you call one of the firearms a surfer?

2   A    Yes.

3   Q    Why?

4   A    It was silver.  I forgot -- I know it was silver.  I

5   don't remember what caliber it was.  I just remember it was

6   silver.

7   Q    So you called that the surfer like Silver Surfer?

8   A    Yes.

9   Q    The action hero?

10  A    Yes.

11  Q    And when Mr. Bryant later asked, "Yeah, the surfer and

12  the Ruge," what did you understand him to mean?

13  A    The Ruge was another gun, a 9 millimeter.  That was mine.

14  Q    Was that a Ruger, manufacturer of the firearm?

15  A    Yes.

16  Q    When you responded, "They in the blue bin right in the

17  kitchen, in my big blue bin, both of them shits," what did you

18  mean?

19  A    They were in a bin inside my kitchen.  Both of the guns

20  were inside the bin.

21  Q    Did Mr. Bryant have access to your kitchen on this

22  occasion?

23  A    I told him the door was open.

24         MR. SILVERMAN:  This is Government's Exhibit 112.

25  It's on December 19th, 2011.

```
 1              MR. SILVERMAN:  May I have one moment, your Honor?
 2    Just one moment, your Honor.
 3              Your Honor, may we approach?
 4              THE COURT:  Yes.
 5              (At the side bar.)
 6              MR. SILVERMAN:  Your Honor, I seem to be in the
 7    habit of asking for my own side bars today.  This is an issue
 8    that Attorney Moraghan raised pretrial as well.  Government's
 9    Exhibit 112 references automatic weapons, ARs, Tecs, and Macs.
10    He raised a 403 objection to this particular call, and its
11    partner call 113, earlier, and I just wanted to give him a
12    chance to put it on the record again and have the Court rule
13    on it again before I actually play the call for the jury.
14              MR. MORAGHAN:  I am making the same objection as to
15    these two calls.  As I understand it, you originally made a
16    ruling, and I have a continuing objection throughout the
17    course of the proceeding, but I appreciate Mr. Silverman
18    raising this this way.
19              THE COURT:  Sure.
20              MR. MORAGHAN:  I do object, and for the same reasons
21    that we've already argued.
22              MR. SILVERMAN:  And the government's position is the
23    same, that this particular call indicates that Mr. Wilson was
24    intending to invite Mr. Bryant to have sort of exclusive
25    access to these particular firearms that he believed had
```

1    become available.  In that sense, it certainly shows their

2    closeness, which is relevant to the existence of the

3    conspiracy as well as the firearm aspect of everything we've

4    talked about.

5            In the government's view -- I'm not planning to play

6    call 113, I was going to stop after 112, but I wanted to give

7    defense counsel another chance to make his objection.  And if

8    the Court intended to rule the same way, I would just proceed

9    to play the call.

10           THE COURT:  The problem you have is the type of

11   weapons?

12           MR. MORAGHAN:  Yes, your Honor.  We're talking about

13   automatic --

14           THE COURT:  Prejudicial?

15           MR. MORAGHAN:  Automatic weapons, a Tec and a Mac,

16   and it's highly prejudicial, inflames the sensibilities and

17   the senses of the jury, just because of the nature of the

18   weapon, and they have introduced significant number of calls

19   on weapons to show the relationship.  So, A, it's prejudicial;

20   and B, it's really overkill.  That's a poor choice of words,

21   and there's no pun intended.

22           THE COURT:  Anybody else want to join in?  Anyone

23   else want to be heard?

24           MR. REEVE:  Just for the record, your Honor, I'm

25   assuming, without pulling the rug out from under my

 1   colleague's feet, that your Honor might likely adhere to the

 2   Court's ruling earlier?

 3           THE COURT:  Yes.

 4           MR. REEVE:  Just for the record, I again renew my

 5   motion for severance.

 6           THE COURT:  Hold on, I can't hear you.

 7           MR. REEVE:  I don't want to speak too loudly.  I'm

 8   renewing my motion for severance on the grounds that none of

 9   this firearms evidence relates to my client at all.

10           In addition, while we're up here, for the record,

11   I'm renewing it also on the grounds that all of the evidence,

12   with the exception of the heroin evidence that was related to

13   Mr. Bryant, all the other drug evidence has nothing to do with

14   my client.  So I renew my motion on those grounds as well.

15           MR. SILVERMAN:  Your Honor's already obviously ruled

16   on those motions to sever.  The only thing I want to add on

17   that, though, is that evidence of firearms in this case would

18   be coming in irrespective of Mr. Bryant's joinder for the

19   case, given that a firearm was recovered from Mr. Wilson's

20   apartment, two firearms recovered from Mr. Galan's apartment.

21           In the government's view, that firearm evidence

22   would be admissible in a severed trial of each of these three

23   defendants.  I don't know that I flagged that for the Court

24   earlier.  The government's view, it's an additional ground why

25   the motion to sever should be denied.

1          MR. REEVE:  Except that I think -- again I'm not

2     assuming this but it might well be the case -- that your

3     Honor, if it was only a trial of my client, would not let in

4     the evidence which has nothing to do with the yard, but rather

5     the firearms evidence in Mr. Wilson's house.  And even if your

6     Honor let in any other firearms evidence, then your Honor

7     would have to do a different balancing test on prejudicial

8     versus probative with respect to its remoteness to my client.

9          So I understand and appreciate what the government's

10    saying; I just think it's a totally different calculus at a

11    separate trial.

12         MR. ROGAN:  Your Honor, I'll be very brief.  I've

13    already made my motion to sever, but I would renew it again

14    based upon the firearm evidence, which is not connected to Mr.

15    Anderson in any way.  But I understand the government's

16    position as well.

17         MR. SILVERMAN:  So at this time, I would ask the

18    Court to deny the 403 objection with respect to Government's

19    Exhibit 112, and deny the two motions to sever.

20         THE COURT:  I do.  I do.  I'm not going to sever at

21    this stage, no.

22         MR. SILVERMAN:  Thank you.

23         MR. REEVE:  I suppose also, your Honor, I should

24    renew my request for additional limiting instructions at this

25    time.  Your Honor has already overruled that request, but I'm

1    requesting it again.

2              THE COURT:  Okay.

3              MR. REEVE:  Okay?  And I assume your Honor's denying

4    that request as well, for a limiting instruction at this point

5    as well, is that right?

6              THE COURT:  Yes.

7              MR. REEVE:  Okay.  All right.

8              MR. MORAGHAN:  Thank you, your Honor.

9              MR. SILVERMAN:  Thank you.

10             (In open court.)

11             MR. SILVERMAN:  Now Government's Exhibit 112.

12             (Government's Exhibit 112, an audio recording,

13   played.)

14   BY MR. SILVERMAN (Continued):

15   Q    Based on the voices, who are the participants in that

16   call?

17   A    Me and Phizzy.

18   Q    When you said, "They said they got big shit on deck for

19   500," what did you mean?

20   A    I was saying somebody told me that they had big guns for

21   sale for $500.

22   Q    And you were offering that to Mr. Bryant?

23   A    Yeah, or to anybody he knew.

24   Q    All right.  I want to turn your attention to December

25   10th, 2011.

```
 1              MR. REEVE:  I'm sorry, your Honor, I would ask that
 2    that last answer be stricken, the last two words "to anyone."
 3              MR. SILVERMAN:  I don't have any objection to that,
 4    your Honor.
 5              THE COURT:  The last two words?
 6              MR. REEVE:  Thank you.
 7              THE COURT:  Okay.  Stricken.
 8    Q    I want to turn your attention to December 10th, 2011.
 9              MR. SILVERMAN:  This is Government's Exhibit 106.
10              (Government's Exhibit 106, an audio recording,
11    played.)
12    Q    Based on the voices, who are the participants in that
13    call?
14    A    Me and HE.
15    Q    HE is Daquon Hudson?
16    A    Yes.
17    Q    When you said, "I need one of them things and Phizzy told
18    me to call you," what did you mean by "things"?
19    A    Needed a gun.
20    Q    Phizzy, does that refer to Philip Bryant?
21    A    Yes.
22    Q    Why did you need a gun on December 10th, 2011?
23    A    I was having a argument.
24    Q    Who were you having an argument with?
25    A    With one of my friends, Choloe.
```

1    Q    Is that Choloe Bright?

2    A    Yes.

3    Q    Was he arrested and charged in connection with this case?

4    A    Yes.

5    Q    What was your argument with Mr. Bright about?

6    A    Over a jacket.

7    Q    Could you explain to the jury what the argument was

8    about, in more detail, please?

9    A    I had, I had bought Chello a jacket, and he told his

10   girlfriend that he bought the jacket.  I had no idea that he

11   told his girlfriend that he bought the jacket.  I was talking

12   to her, and it came up.

13            They had a argument, and she kind of like threw it

14   in his face that he lied about purchasing the jacket, and he

15   was upset at me.  We were arguing.  It was a dumb argument,

16   but it's what we was arguing about, basically a jacket.

17   Q    Why would, in your words, a dumb argument like that

18   escalate to the point where you needed a firearm?

19   A    I'll just say, just say he's unpredictable, so I wanted

20   to be prepared in case he was going to try something.

21   Q    Were you planning to try something with Mr. Bright?

22   A    I wanted to be prepared.

23   Q    So if he came at you as a result of this argument over a

24   jacket, that could have led to a fire fight?

25   A    Definitely could have, with the two people involved,

1   being me and Mr. Bright.

2   Q    And why did you call Daquon Hudson to obtain a firearm?

3   A    When I -- I believe I called Phizzy first and either he

4   didn't have one on him or for whatever reason, he told me to

5   call HE.

6   Q    On that date, in this call, did Mr. Hudson inform you

7   that he was going to send a firearm to you?

8   A    Yes.

9   Q    Who was going to transport the firearm to you?

10  A    Our other friend, the Driver.

11  Q    Who was that?

12  A    Joseph -- call him the Driver.  I don't remember his

13  whole name right now.

14  Q    Is it Joseph Vareen?

15  A    Yes.

16  Q    All right.  Do you know what happened to Mr. Vareen on

17  this date?

18  A    He was arrested, or he was chased.

19  Q    He was chased?

20  A    Yes.

21  Q    Do you know what happened to the firearm that he was

22  bringing to you?

23  A    Well, he brung, he brung me the firearm.  I was in the

24  store.  I had already came outside of the house and saw Chello

25  and we talked a little bit right before the Driver came to

```
 1   bring me the gun when I saw that Chello wasn't -- when I saw

 2   that it wasn't what I thought it was going to be, when I seen

 3   it wasn't violence, that we was talking it out, I told the

 4   Driver I didn't need the gun anymore.

 5   Q    You squashed your argument with Mr. Bright without the

 6   use of any firearms?

 7   A    Yeah, we were still actually talking it through though,

 8   but it was, like, it was on the terms of being squashed.

 9   Q    You no longer felt that you needed the gun?

10   A    Exactly.

11   Q    So what did you tell the Driver, Mr. Vareen, as a result

12   of that?

13   A    I told him I didn't need it anymore.  He took too long.

14   Q    So then what happened?

15   A    He turned around to leave.

16   Q    Then what happened?

17   A    He was chased in his car.

18   Q    By whom?

19   A    I believe it was the New Haven PD.

20   Q    Then what happened?

21   A    He got out the car, ran, dropped the gun.  I believe he

22   got away.

23   Q    Was the gun recovered by law enforcement?

24   A    Yes, it was.

25   Q    All right.
```

1          MR. SILVERMAN:  This is Government's Exhibit 107,

2    same date, December 10th, 2011, about a half hour after

3    Government's Exhibit 106.

4          (Government's Exhibit 107, an audio recording,

5    played.)

6    Q    Based on the voices, who are the participants in this

7    call?

8    A    Me and Phizzy.

9    Q    And when Mr. Bryant stated, "So the swammy gone now,"

10   what did you understand him to mean?

11   A    That the gun was lost.

12   Q    And that's swammy not slammy?

13   A    Yes.

14          MR. SILVERMAN:  This is Government's Exhibit 108,

15   it's two minutes later, same date.  This one's actually a text

16   message.  I'm going to blow it up.

17   Q    Ask you to read the message.

18   A    Says, "I'm replace it."

19   Q    That's a message you sent to Mr. Bryant two minutes after

20   the phone call we just listened to?

21   A    Yes.

22   Q    When you said, "I'm replace it," what are you referring

23   to?

24   A    Speaking of the gun that was lost.

25   Q    Why were you going to replace that firearm?

```
 1   A    Because I felt like it was my fault that it was lost --
 2   well, not lost, that it was recovered by the police.
 3   Q    Was that one of the firearms that was part of the
 4   community stash?
 5   A    Yeah, I wouldn't call it a community stash, but it was
 6   part of our clique.
 7   Q    What would you call it if not the community stash?
 8   A    Part of, part of our clique, like I said.
 9   Q    "Part of our clique"?
10   A    Yeah, our group's.
11   Q    Okay.  I'm going to show you Government's Exhibit 230.
12   Can you see that picture?
13   A    Yes.
14   Q    Is that a picture of your cell phone?
15   A    Yes.
16   Q    Is that an entry in your cell phone from the contacts
17   directory?
18   A    Yes.
19   Q    What is the name for the entry?
20   A    Phizzy.
21   Q    Is that a reference to Philip Bryant?
22   A    Yes.
23   Q    Can you read the three phone numbers listed under Phizzy
24   that appear on the screen right now?
25   A    Yes.
```

```
1    Q    What are they?

2    A    203-435-3420, 203-606-4469, 203-843-7249.

3    Q    Are those all phone numbers that you associated with Mr.

4    Bryant?

5    A    Yes.

6              MR. SILVERMAN:  Your Honor, this may be a little

7    early.  I'm at a convenient stopping point if you want to take

8    the afternoon break now.

9              THE COURT:  Yes.  Fifteen minutes, ladies and

10   gentlemen.  Please don't discuss the case.

11             (Recess:  3:22 o'clock p.m. to 3:38 o'clock p.m.)

12             THE COURT:  All right, you may be seated.

13             MR. SILVERMAN:  May I resume, your Honor?

14             THE COURT:  Yes, please.

15   Q    Mr. Wilson, I want to show you Government's Exhibit 214.

16   Do you recognize the person depicted in that photograph?

17   A    Yes.

18   Q    Who is that?

19   A    Jesus Morales.

20   Q    Did Jesus Morales have any nicknames?

21   A    I can't remember.

22   Q    Did you ever call him Papi?

23   A    Yeah, I called him Papi.

24   Q    Who is Jesus Morales to you?

25   A    He was someone who helped me with heroin, consistently
```

1    helped me to move bundles of heroin.

2    Q    Was he redistributing the heroin he got from you?

3    A    Yes.

4            MR. SILVERMAN:   This is Government's Exhibit 8,

5    September 14th, 2011.

6            (Government's Exhibit 8, an audio recording, played,

7    and paused.)

8    Q    Based on the voices, who are the participants in that

9    call?

10   A    Me and Papi.

11   Q    That's Jesus Morales?

12   A    Yes.

13   Q    Mr. Morales speak Spanish fluently?

14   A    Yes.

15   Q    Did you often converse with him in Spanish?

16   A    Spanish and English.   We switched up.

17   Q    During this call, did Mr. Morales repeatedly refer to the

18   hard stuff?

19   A    Yes.

20   Q    What did you understand him to mean when he referred to

21   the hard stuff?

22   A    Crack.

23   Q    Did he want to obtain crack from you?

24   A    Yes, he wanted me to, he wanted me to find someone, or

25   find crack for him.

```
1    Q    This is September 14th, 2011.  Were you still partnered

2    up with Vincent Clark at the time?

3    A    I don't believe so.

4    Q    You indicated, though, to Mr. Morales that you could get

5    him the hard stuff, didn't you?

6    A    Yes, sir.

7    Q    Where were you going to get the hard stuff for him?

8    A    I was going to call around.

9    Q    Okay.

10              MR. SILVERMAN:  This is Government's Exhibit 9.

11   It's five days later, on September 19th, 2011.

12              (Government's Exhibit 9, an audio recording,

13   played.)

14   Q    Based on the voices, who are the participants in

15   Government's Exhibit 9?

16   A    Me and Papi.

17   Q    That's Jesus Morales?

18   A    Yes.

19   Q    Did Mr. Morales say to you, "A little bit of what, the

20   other one, the hard stuff"?

21   A    Yes.

22   Q    What did you understand him to mean by that?

23   A    A little bit of crack.

24   Q    And later, when he told you, "I'm going to need more

25   quantity done up," what did you understand him to mean?
```

```
 1   A    "More quantity done up"?  He could have been talking

 2   about the heroin or he could have been talking about crack.

 3   Q    At this time, is he purchasing heroin from you?

 4   A    He's purchasing heroin from me, yes.

 5   Q    And he's also looking to you to find him some crack

 6   cocaine?

 7   A    Yes.

 8            MR. SILVERMAN:  This is Government's Exhibit 10, the

 9   next day, September 20th.  It's a text message, so I'll blow

10   it up.

11   Q    And ask you to read the part after JM.

12   A    "Hey, when you think I be back on, my phone it's ringing

13   off the charts" -- doesn't say "the," but it's "the" -- "and I

14   don't want to lose my peoples I'm building u i u know, you

15   know."

16   Q    Are there some misspellings in the text message?

17   A    Yes.

18   Q    Is that a text message that Mr. Morales sent to you?

19   A    Yes.

20   Q    When he stated, "When you think I be back on, my phone is

21   ringing off the charts," what did you understand him to mean?

22   A    When I be giving him heroin again so he can sell it to

23   his customers.

24   Q    And the latter part, "I don't want to lose my peoples I'm

25   building," what did you understand him to mean?
```

1    A    He says, "I don't want to lose my peoples" because he's

2    building, like he's building up his customers, so he doesn't

3    want to lose them.  I don't believe he's saying in his, like,

4    apartment building or something like that.

5    Q    I misspoke.  You understood that to mean he's building up

6    a customer base?

7    A    Yes.

8    Q    And he wants to be able to serve them?

9    A    Yes.

10   Q    All right.  Did you eventually find a source of crack

11   cocaine for Mr. Morales?

12   A    Yes.

13   Q    Who was that?

14   A    Well, it was two people that actually got, one was Gunz

15   and the other one was Porter.

16   Q    By Gunz, you mean William Hines?

17   A    Yes.

18   Q    By Porter, you mean Richard Anderson?

19   A    Yes.

20   Q    Is Richard Anderson, the person you called Porter, in the

21   courtroom today?

22   A    Yes.

23   Q    Would you describe what he's wearing, please?

24   A    Red shirt and red tie.

25            MR. SILVERMAN:  Your Honor, I ask that the record

1    reflect that the witness has identified the defendant, Richard

2    Anderson, as Porter.

3              THE COURT:  Yes, sir, it may.

4    Q    Did you ever call Mr. Anderson by the name Mayut?

5    A    Yes.

6    Q    What does that mean?

7    A    It's a -- I've been around, say, Jamaican race before,

8    certain people that have been around, they, I want to say that

9    they use it as a term of endearment.  I mean, they usually

10   call people of their race Mayut.

11   Q    All right.  Do you know whether Mr. Anderson is of

12   Jamaican ethnicity or national origin?

13   A    Yes.

14   Q    And you mentioned also that you connected Mr. Morales to

15   Mr. Hines for crack cocaine?

16   A    Yes.

17   Q    Let's cover that first, and then we'll turn back to Mr.

18   Anderson.  What happened with respect to Mr. Hines?

19   A    I believe he served him a eight ball, maybe one or two

20   occasions.  Right this second, I can't remember.  If I had

21   something to refresh me, I'll know if it was one or two.

22   Q    And that was at your referral, you connected Mr. Morales

23   to Mr. Hines?

24   A    Yes.

25   Q    All right.  For one eight ball or two eight balls of

1    crack?

2    A    Yes.

3    Q    How about Mr. Anderson, what happened with Mr. Anderson

4    and Mr. Morales?

5    A    Mr. Morales asked me to find him somebody who had crack.

6    I called Mr. Anderson to find out if he had some.  At some

7    point, we established that he had some, and I told him I had

8    somebody for him that wanted to purchase.  I'm not sure the

9    exact words that I used.

10   Q    Why don't I play Government's Exhibit 11, and we'll go

11   from there?

12          MR. SILVERMAN:  This is September 21st, 2011, so

13   it's the day after this text message is sent.

14          (Government's Exhibit 11, an audio recording,

15   played.)

16   Q    Based on the voices, who are the participants in this

17   conversation?

18   A    Me and Mr. Morales.

19   Q    And did Mr. Morales ask you, "You remember your friend

20   that had that stuff, the hard stuff"?

21   A    Yes.

22   Q    What did you understand him to be asking you?

23   A    Did my friend have crack.

24   Q    And then later, when Mr. Morales stated, "Okay, I need

25   something that's been on the fire, it has to be on the fire to

```
1    let it fly this minute, I need one," what did you understand
2    him to be saying?
3    A    Saying that he wanted crack.  That it had to be real
4    quick for him to be able to serve his customers.
5    Q    What's the term "fire" mean?
6    A    Means, like, real good, basically.
7    Q    High quality?
8    A    Yeah, high quality.  Yeah.
9    Q    When he said -- this is Mr. Morales, when he said -- "I
10   need one," what did you understand him to mean?
11   A    I understood a eight ball.
12   Q    3.5 grams of crack?
13   A    Yes.
14            MR. SILVERMAN:  This is Government's Exhibit 12,
15   it's about three minutes later.
16            (Government's Exhibit 12, an audio recording,
17   played, and paused.)
18   Q    Based on the voices, who are the participants in that
19   call?
20   A    Me and Porter.
21   Q    Porter's Richard Anderson?
22   A    Yes.
23   Q    Okay.  This call was at around 2:12 p.m.  What time did
24   you usually get off work?
25   A    Around 2:00.
```

1   Q    Okay.  And when you stated, "But listen, my boy, my boy

2   wanted to see you too though," what did you mean?

3   A    That Mr. Morales wanted to purchase something from him.

4   Q    From Mr. Anderson?

5   A    Yes.

6   Q    Okay.

7          MR. SILVERMAN:  This is Government's Exhibit 13.

8   It's at 3:00 o'clock, so it's about 50 minutes later.

9          (Government's Exhibit 13, an audio recording,

10  played.)

11  Q    Based on the voices, who are the participants in

12  Government's Exhibit 13?

13  A    Me and Porter.

14  Q    And when you indicated, "Just one," what did you mean by

15  that?

16  A    Bring just one eight ball.

17  Q    Of what?

18  A    Of crack.

19  Q    So did you arrange a transaction between Mr. Morales and

20  Mr. Anderson on September 21st, 2011?

21  A    I believe so, but I'm not sure cause there, I'm telling

22  him to come and see me, and I haven't seen a call saying --

23  Q    Let's move on to the next call then.

24          MR. ROGAN:  Excuse me, your Honor, could you ask

25  that the witness be allowed to finish his answer in its

1   entirely?  Twice he's been cut off by government counsel.

2          THE COURT:  Did you have anything you wanted to add,

3   sir?

4          THE WITNESS:  I lost it now, ma'am.

5          MR. SILVERMAN:  I'm going to turn to Government's

6   Exhibit 15, also on September 21st, at 6:05 p.m.

7          (Government's Exhibit 15, an audio recording,

8   played.)

9   Q    Based on the voices, who are the participants in that

10  call?

11  A    Mr. and Mr. Morales.

12  Q    Before I go on, I wonder if our court reporter would be

13  so good as to read you back your previous answer.  I didn't

14  mean to cut you off, so if there was anything else you wanted

15  to say, I'll ask her to read you your answer and you can

16  finish what you were saying.

17  A    All right.

18          (The above-described portion of the record was read

19  by the reporter.)

20  A    What I'm trying to say is I haven't seen a call from Mr.

21  Morales saying that he was there.  So far, from what I seen in

22  those phone calls, it was me and Mr. Anderson meeting up.

23  Maybe Mr. Morales was there already.  I'm not sure.  But from

24  the call, from what I remember, I did a lot of transactions,

25  like I don't remember every single one of them.

1    Q    Okay.

2          MR. ROGAN:  Your Honor, I just wanted to say I

3    appreciate counsel doing that.  I would want to make sure the

4    jury knows, I wasn't suggesting that it was happening

5    purposely.  I think we get into the problem we're having with

6    this witness, where his voice tends to die down at the end of

7    the response, and we think he's done, but he's not.

8          THE COURT:  Yes, sir.

9          MR. ROGAN:  I do appreciate the readback.

10         THE COURT:  Thank you.

11   Q    Do you feel that you've had an opportunity to complete

12   your answer to that prior line of questioning?

13   A    Yes.

14   Q    All right.  So I want to turn back to Government's

15   Exhibit 15.  You indicated that those were the voices of you,

16   Kevin Wilson, and Jesus Morales?  Yes?

17   A    Yes, this last conversation here.

18   Q    Okay.  When Mr. Morales started the conversation with,

19   "Ah, call your partner so he can give me a minute quick," what

20   did you understand him to mean?

21   A    So that he could, if he said so he could, give him a

22   minute quick, like they could meet up for a minute.

23   Q    Okay.  When Mr. Morales referred to "your partner," who

24   did you understand him to be referring to?

25   A    Mr. Anderson.

1  Q    When you stated, "All right, I'll call right now," what
2  did you mean?
3  A    I was going to call Mr. Anderson to speak to him.
4  Q    When Mr. Morales stated, "Yeah, the same thing, yeah,"
5  what did you understand him to mean?
6  A    That he wanted to purchase another eight ball of crack.
7  Sorry.  Another eight ball of crack.
8  Q    Does that suggest to you that a previous eight ball of
9  crack was purchased?
10 A    Yes.
11 Q    When you stated, "He's gonna have it, he's gonna have it
12 anyway," what did you mean?
13 A    Meaning that Mr. Anderson was going to have the crack, an
14 eight ball.
15 Q    You were confident that he would have a second eight
16 ball?
17 A    Yeah.  I really didn't know, but I said that.  Yes, I
18 said that he would have it.
19 Q    Okay.  When Mr. Morales stated, "I need to get more
20 because I need to package it, right, and 20 are almost gone
21 and I need it to be in good shape, understand," what did you
22 understand him to mean?
23 A    That he need, he needs to get it and package it up, so he
24 wants to get it in time to package it up because the ones that
25 he have, the crack that he had already, was already, he was

1    running out so he needed more.

2    Q    He was selling it?

3    A    Yeah.

4    Q    So he needed a resupply?

5    A    Yes.

6         MR. SILVERMAN:   This is Government's Exhibit 17.

7    It's an hour-and-a-half later, same date, September 21st,

8    2011.

9         (Government's Exhibit 17, an audio recording,

10   played.)

11   Q    Based on the voices, who were the participants in that

12   call?

13   A    Me and Mr. Morales.

14   Q    In that call, when Mr. Morales stated, "I still have

15   work, I still have crack," what did you understand him to

16   mean?

17   A    He still had crack.

18   Q    And then when he stated, "What's going on is I was going

19   to package up 10 so that it all fits good, 20, I only packaged

20   up 20 because of the space, understand?"  What did you

21   understand him to mean?

22   A    I didn't understand.  I think I was just saying yeah.  I

23   really still don't understand what he was saying.

24   Q    Okay.  When he then stated, "Right now, I'm waiting for

25   an asshole from, from, from Madison that's coming with 100

1    pesos," what did you understand him to mean?

2    A    He was waiting for someone who was coming from the town

3    or city, whatever, of Madison who had $100 to buy, to purchase

4    crack from him.

5    Q    And then last, for this call, when Mr. Morales stated,

6    "Tell him, tell him that, that, to save me some," what did you

7    understand him to mean?

8    A    He wanted me to tell Mr. Anderson to save him some eight

9    balls.

10              MR. SILVERMAN:  This is Government's Exhibit 18,

11   it's at 8:30, so it's about an hour later the same day.

12   Q    This one is a text message, so I'm going to ask you to

13   read it.

14   A    "I'm ready make the call."

15   Q    That's a text message that Jesus Morales sent to you?

16   A    Yes.

17   Q    All right.

18              MR. SILVERMAN:  This is Government's Exhibit 20,

19   it's five minutes later, 8:35 p.m., on the same date.

20              (Government's Exhibit 20, an audio recording,

21   played.)

22   Q    Based on the voices, who are the participants in that

23   call?

24   A    Me and Mr. Anderson.

25   Q    When Mr. Anderson stated, "You want the same thing," what

1   did you understand him to be asking?

2   A    Did I want another eight ball.

3        MR. SILVERMAN:  This is Government's Exhibit 23,

4   it's two-and-a-half hours later, at 11:07 p.m.  It's a text

5   message, so I'll ask you to read the message again.

6   A    "Call your boy again."

7   Q    When Mr. Morales sent you that text message, what did you

8   understand him to be asking you to do?

9   A    To call Mr. Anderson again for him.

10  Q    Another time?

11  A    Yes.

12       MR. SILVERMAN:  This is one minute later, 11:08

13  p.m., Government's Exhibit 24.

14       (Government's Exhibit 24, an audio recording,

15  played.)

16  Q    Based on the voices, who are the participants in that

17  call?

18  A    Me and Mr. Anderson.

19  Q    When you stated, "My boy needs you again," what did you

20  mean?

21  A    Mr. Morales needed to see him again.

22  Q    For a third time?

23  A    I believe it's three.  I'm not sure.  I'm not keeping

24  track of how many times it was.

25  Q    When Mr. Anderson asked, "For the same thing," what did

1   you understand him to be asking?

2   A   For another ball, another eight ball.

3   Q   Of what?

4   A   Of crack.

5   Q   When Mr. Anderson stated, "I'm in the same spot, I'm

6   right here," what did you understand him to be conveying to

7   you?

8   A   That he was in the same spot that he met Mr. Morales at.

9   Q   Could Mr. Morales meet him there again?

10  A   Yes.

11       MR. SILVERMAN:  This is Government's Exhibit 25,

12  it's at 11:09 p.m., so the next minute.

13  Q   Can you read that text message?

14  A   "He said go to the spot."

15  Q   That's a text message that you sent to Jesus Morales?

16  A   Yes.

17       MR. SILVERMAN:  This is Government's Exhibit 28,

18  it's three minutes later, at 11:12 p.m.

19       (Government's Exhibit 28, an audio recording,

20  played.)

21  Q   Based on the voices, who are the participants in

22  Government's Exhibit 28?

23  A   Me and Mr. Morales.

24  Q   When Mr. Morales said, "I'm here in the same spot where I

25  saw him the first time," what did you understand him to mean?

1    A    That he was in the same spot from where he saw Mr.

2    Anderson at the first time he met him, or met up with him.

3    Q    Okay.  He's back at that same spot?

4    A    Yes.

5    Q    When Mr. Morales stated, "But you have to talk to him and

6    give him the green light that it's all right with you,

7    whatever, whatever, and he'll deal with me, you hear?"  What

8    did you understand him to mean?

9    A    He had said so that he would deal with me the way I deal

10   with Mr. Morales, meaning that he would front him, he would

11   front him the drugs so he could sell it.

12   Q    Who did you need to give the green light to?

13   A    To Mr. Anderson.

14   Q    And what would that green light enable Mr. Anderson to

15   do?

16   A    If he wanted to, to give Morales drugs up front.

17   Q    On September 21st, 2011, you were in the middle of making

18   arrangements between Mr. Morales and Mr. Anderson, right?

19   A    Yes.

20   Q    And by giving them the green light to proceed, would you

21   be able to remove yourself from the middle?

22   A    Yes.

23   Q    So that they could just deal directly with each other?

24   A    Yes.

25   Q    Okay.

1          MR. SILVERMAN:  This is Government's Exhibit 33,

2   it's the next day, September 22nd, 2011.

3          (Government's Exhibit 33, an audio recording,

4   played.)

5   Q    Based on the voices, who are the participants in that

6   call?

7   A    Me and Mr. Anderson.

8   Q    In that call, did you give the green light?

9   A    Yes.

10  Q    And that was again so that Mr. Anderson and Mr. Morales

11  would be able to deal directly with one another?

12  A    Yes.

13  Q    Did you refer to Mr. Morales as Papi in this call?

14  A    Yes.

15         MR. SILVERMAN:  This is the next day, Government's

16  Exhibit 35, September 23rd, 2011.

17         (Government's Exhibit 35, an audio recording,

18  played.)

19  Q    Based on the voices, who are the participants in that

20  call?

21  A    Me and Mr. Morales.

22  Q    In that call, when Mr. Morales stated, "He's going to

23  give me 25 grams, right"?  What did you understand him to be

24  saying?

25  A    He's going to give him 25 grams of crack.

1    Q    When Mr. Morales stated, "He's selling the ball at like

2    185 a ball," what did you understand him to be saying?

3    A    I don't know if he said he's selling.  I think he said

4    he's giving it to me or that's the price he's putting on it,

5    something like that.

6    Q    Okay.

7    A    Not sure exactly the wording that he used.

8    Q    When he said it would be 185 a ball, using whatever

9    terminology he used, what did you understand the 185 a ball to

10   mean?

11   A    $185 for a eight ball.

12   Q    Of what substance?

13   A    Of crack.

14   Q    You testified earlier today that you would charge about

15   $150 for an eight ball of crack, right?

16   A    Yes.

17   Q    So is $185 per eight ball higher?

18   A    Yes, it is.

19   Q    Later on in this call, you stated, "What he has to be

20   saying is that if you were buying it, then it could be lower

21   but if he's giving it to you, he's going to want to get more

22   for it."  What did you understand that, what did you mean by

23   that?

24   A    I meant that he was fronting it to him, so maybe that he

25   wanted more, more money because he was fronting it, taking a

1   risk of losing it.  I kind of was speaking for Mr. Anderson.

2   I really didn't know what he wanted, but that's what I

3   gathered.

4   Q    All right.  I just want to make sure because you used he

5   the pronoun which isn't specific to the person.  Who was

6   fronting the crack?

7   A    Mr. Anderson.

8   Q    All right.  So let me make sure I understand what you

9   just said then.  Because Mr. Anderson was fronting the eight

10  balls, he was charging more than he otherwise would have if

11  Mr. Morales was paying up front?

12  A    That was my guess.

13  Q    Okay.

14  A    I never -- well, I'm not going to say I never asked him.

15  I don't remember asking him why.

16  Q    Okay.

17       MR. SILVERMAN:  I want to turn to Government's

18  Exhibit 132.  This call's on October 3rd, so it's almost two

19  weeks later.

20       (Government's Exhibit 132, an audio recording,

21  played, and paused.)

22  Q    Based on the voices, who are the participants in this

23  call?

24  A    Me and Mr. Anderson.

25  Q    Did Mr. Anderson imitate someone else's voice a moment

```
1    ago?

2    A    Yeah, I believe he was imitating Mr. Morales's voice.

3    Q    And when Mr. Anderson stated that "he fell off again,"

4    what did you understand him to be referring to?

5    A    Saying that Mr. Morales started using crack again.

6    Q    And then when Mr. Anderson stated, "I want my fucking

7    money or else I'm a fuck this nigga up my nigga," what did you

8    understand him to be saying?

9    A    He wanted his money or else he was going to beat him up.

10   Q    Who was going to beat who up?

11   A    Mr. Anderson would beat up Mr. Morales.

12   Q    When you responded, "Yeah that's kind a what I'm thinking

13   about right now"?

14   A    Kind of what I was thinking about.

15   Q    You were on the same page?

16   A    Yeah.

17          MR. SILVERMAN:  I'll continue this call.

18          (Government's Exhibit 132, an audio recording,

19   continued, and paused.)

20   Q    When Mr. Anderson stated -- I'll ask it this way, so

21   withdrawn.  Let me be clear:  Did he imitate the voice of

22   someone else again?

23   A    Yes.

24   Q    Whose voice is he imitating?

25   A    Mr. Morales.
```

```
 1   Q     When he imitated the voice, "Yo this shit wasn't good,

 2   this that and the third they complaining, my nigga, I got the

 3   fucking shit everywhere, my nigga."  What did you understand

 4   him to be saying?

 5   A     That he had --

 6   Q     Let me interrupt, I'm sorry.  Who's "he"?

 7   A     Mr. Anderson.

 8   Q     Okay.

 9   A     Had crack in other places, and nobody was complaining.

10   Q     When he said, "I got this shit flooded, my nigga," what

11   did you understand him to mean?

12   A     That he had a lot of places.

13   Q     When he said, "There ain't nobody complaining about

14   nothing, B, nothing," what did you understand him to mean?

15   A     Nobody else was complaining about his crack.

16   Q     Except Mr. Morales?

17   A     Yes.

18         (Government's Exhibit 132, an audio recording,

19   continued, and paused.)

20   Q     What did you understand Mr. Anderson to be talking about

21   doing in this call?

22   A     Beating up Mr. Morales.

23         MR. SILVERMAN:  I'm just going to finish the call.

24         (Government's Exhibit 132, an audio recording,

25   continued.)
```

1    Q    When Mr. Anderson kept asking you to let him know

2    something, what did you understand him to be asking for?

3    A    Let him know what I was thinking about the situation, I

4    guess.

5    Q    What was the situation?

6    A    Mr. Morales seemed to have relapsed, and he owed him

7    money.

8    Q    Mr. Morales owed money to Mr. Anderson?

9    A    Yes, and I guess he was saying that he couldn't pay Mr.

10   Anderson, or -- yeah, I guess he was saying he couldn't pay

11   Mr. Anderson.  Mr. Anderson was upset about it.

12   Q    Why was -- I'm sorry, go ahead.

13   A    Mr. Anderson was saying he's washing my stuff, I believe

14   he was saying he's washing my stuff with that stuff, like he's

15   paying, he's paying me off with his product or paying him off

16   with my product.

17   Q    Okay.  So Mr. Anderson's upset that he's not getting

18   paid?

19   A    Yes.

20   Q    Why is he complaining to you about that?

21   A    Because I introduced them, I believe.

22   Q    Okay.

23          MR. SILVERMAN:  This is Government's Exhibit 38,

24   seven minutes later.

25          (Government's Exhibit 38, an audio recording,

1   played, and paused.)

2   Q    Based on the voices, who are the participants in this

3   call?

4   A    Me and Mr. Anderson.

5   Q    What is Mr. Anderson talking about?

6   A    Saying that, he's telling me Morales called him and said

7   he was robbed, and basically he didn't have the money to pay.

8   Q    So Mr. Anderson's still upset that Mr. Morales owes him

9   money?

10  A    Even more upset now.

11  Q    Even more upset.  When you said, "But before anything

12  make sure you see me because, because his shorty know a lot."

13  What did you mean?

14  A    Trying to get -- I'm telling him to come and speak to me

15  because Morales girlfriend knows a lot, meaning she knew, she

16  knew me.

17  Q    Okay.  Why does it matter, though, that Mr. Morales's

18  shorty, his girlfriend, knows a lot?

19  A    Because I didn't know what Mr. Anderson had in mind --

20  well, I knew he had in mind to beat him up because he was

21  upset, but he was really upset.  I just didn't want him, I

22  just didn't want him to do anything too drastic.

23  Q    What did you think he might do?

24  A    Beat him up real bad.  That much he said.

25           MR. SILVERMAN:  I'm going to keep playing this call.

1          (Government's Exhibit 38, an audio recording,

2     continued.)

3     Q    When Mr. Anderson stated, "That nigga owe me 1240 right

4     now, 1240, $1240," what did you understand him to mean?

5     A    That he owed him $1,240.

6     Q    That Mr. Morales owed Mr. Anderson --

7     A    $1,240.

8     Q    How much crack can $1,240 buy?

9     A    Say around 28 grams.

10    Q    That's an ounce?

11    A    Yes.

12          MR. SILVERMAN:  This is Government's Exhibit 41.

13    It's the next day, October 4th, 2011.

14          (Government's Exhibit 41, an audio recording,

15    played, and paused.)

16    Q    Based on the voices, who are the participants in this

17    call?

18    A    Me and Mr. Anderson.

19    Q    When you stated, "Said that's it, that's all she wrote,

20    you heard," what did you mean?

21    A    I was done with the situation.  He's done.  Mr. Morales,

22    do what you want with him.

23    Q    You were giving Mr. Anderson the impression that he could

24    do whatever he wanted to Mr. Anderson (sic)?

25    A    Yeah.

```
 1   Q    You weren't going to stop him?

 2   A    Yeah.

 3   Q    What did you think Mr. Anderson was going to do to Mr.

 4   Morales?

 5   A    Beat him up bad.

 6   Q    When Mr. Anderson stated, "That nigga girl know too much,

 7   you know me my nigga, I'm not around.  I'll tie that mother

 8   fucking bitch up nigga, I'm telling you right now," what did

 9   you understand him to mean?

10   A    Tie up Mr. Morales girlfriend.

11   Q    Why would he do that?

12   A    I don't know.  Restrain her.

13   Q    To your knowledge, did Mr. Anderson -- withdrawn.  To

14   your knowledge, did Mr. Anderson ever assault Mr. Morales?

15   A    No.

16   Q    Did either of them ever tell you that Mr. Anderson beat

17   up Mr. Morales?

18   A    No.

19   Q    Did you ever see Mr. Morales all beat up, bloodied?

20   A    No.

21   Q    Over the course of your -- withdrawn.  Based on your

22   referral of Mr. Morales to Mr. Anderson, how much crack

23   cocaine did you learn Mr. Anderson supplied to Mr. Morales?

24   A    Say over 35 grams.

25   Q    Why do you say that?
```

1    A    It was like three, it was three or more eight ball sales

2    and then whatever they did on their own, which I know was at

3    least 25 grams on their own, from what Mr. Morales told me.

4    Q    So you're adding up the 25 grams and then at least three

5    eight balls?

6    A    Yes.

7    Q    And that's how you get to 35 or more grams?

8    A    Yes.

9    Q    All right.  Did you ever make any money having referred

10   Mr. Morales to Mr. Anderson?

11   A    No.

12   Q    Mr. Anderson never gave you a cut?

13   A    No.

14   Q    Mr. Morales never gave you a cut?

15   A    No, Mr. Morales already selling heroin for me.

16   Q    So why did you make the referral if you weren't going to

17   make any money out of it?

18   A    Networking.

19   Q    Did Mr. Anderson ever refer heroin customers to you?

20   A    He told me he was looking, so I felt that if I sent him

21   somebody to make him money, he would feel the need to do the

22   same.

23   Q    Did he ever acquire heroin from you?

24   A    Yes.

25           MR. SILVERMAN:  This is Government's Exhibit 44.

1    This is October 25th, 2011.

2              (Government's Exhibit 44, an audio recording,

3    played.)

4    Q    Based on the voices, who are the participants in that

5    call?

6    A    Me and Mr. Anderson.

7    Q    And when Mr. Anderson stated, "I want to talk to you, I

8    don't want to deal with nobody else," what did you understand

9    him to mean?

10   A    That he wanted to speak to me and not anybody else.

11   Q    And on this date, when you asked, "I was going to have

12   Webay go get it," what were you meaning?

13   A    I was going to have who I believe to be his cousin go get

14   it.

15   Q    Webay is a reference to Mr. Anderson's cousin?

16   A    Yes.

17   Q    What were you going to have him go get?

18   A    The heroin.

19   Q    You were going to supply Mr. Anderson with heroin on this

20   day?

21   A    Yes.

22             MR. SILVERMAN:  This is Government's Exhibit 45.

23   That call was 10:23 a.m., this is at 2:31 p.m.

24             (Government's Exhibit 45, an audio recording,

25   played.)

1    Q    Based on the voices, who are the participants in

2    Government's Exhibit 45?

3    A    Me and Mr. Anderson.

4    Q    When you stated, "You said you needed a sample anyway,

5    right?"  What were you asking Mr. Anderson?

6    A    That he needed a sample of heroin so he can, in turn,

7    give it to his customers to see if they like it.

8              MR. SILVERMAN:  This is Government's Exhibit 140,

9    it's at 4:08 p.m. the same day.

10             (Government's Exhibit 140, an audio recording,

11   played.)

12   Q    Did you recognize the voices in that call?

13   A    Yes.

14   Q    Who were they?

15   A    Me and Mr. Anderson.

16   Q    Mr. Anderson stated, "I'm downstairs," what was he

17   referring to?

18   A    He was downstairs in my hallway.

19   Q    Is that 139 Day Street?

20   A    Yes.

21             MR. SILVERMAN:  This is a clip from Government's

22   Exhibit 255.

23             (Government's Exhibit 255.1, a video recording,

24   playing.)

25   Q    That last call where he said he's downstairs was 4:08

1    p.m.  Can you read the time stamp here?

2    A    That's 4:09.

3    Q    Same date, October 25th.  Did you just see an individual

4    enter the door to 139 Day Street?

5    A    Yes.

6    Q    Who was that individual?

7    A    Mr. Anderson.

8    Q    When someone wanted to enter 139 Day Street, how did it

9    work?

10   A    The first door is unlocked and the second door is locked,

11   so you would have to have a key or know somebody to open the

12   door for you.

13   Q    Someone to let you in?

14   A    Yes.

15   Q    Did someone just open the inner door for Mr. Anderson to

16   enter 139 Day Street?

17   A    Yes.

18   Q    Who was that?

19   A    I believe it was me.

20        MR. SILVERMAN:  This is another clip from the same

21   exhibit, Government's Exhibit 255.

22        (Government's Exhibit 255.2, a video recording,

23   playing.)

24   Q    What does the time stamp say?

25   A    4:21.

```
1    Q    Who just walked out 139 Day Street?

2    A    Mr. Anderson.

3              MR. SILVERMAN:  This is Government's Exhibit 47.

4    It's at 6:41 p.m. the same date.

5              (Government's Exhibit 47, an audio recording,

6    played, and paused.)

7    Q    Based on the voices, who are the participants in that

8    call?

9    A    Me and Mr. Anderson.

10   Q    And when Mr. Anderson stated, "He said he, it, it wasn't

11   better than the last one," what did you understand him to mean

12   by that?

13   A    Saying that that sample that I gave him wasn't better

14   than the last sample that I had previously gave him.

15   Q    When you said, "I give it to him the other way but that

16   might have to wait until tomorrow," what did you mean by that?

17   A    Maybe I meant the heroin without the cut in it.

18   Q    Okay.

19             MR. SILVERMAN:  This is Government's Exhibit 49, on

20   November 4th, 2011.

21             (Government's Exhibit 49, an audio recording,

22   played.)

23   Q    Based on the voices, who are the participants in that

24   call?

25   A    Me and Mr. Anderson.
```

1  Q    When Mr. Anderson stated, "Let me know bread, man," what

2  did you understand him to mean?

3  A    I think that was -- I think somebody spelled that wrong.

4  I think he was just saying bro.  I don't know what he was

5  saying.  I don't understand why he would say bread, though.

6  Q    Okay.  Later on, when you said, "I got some, I got some

7  grams, though, I think I'm going to have to throw that shit in

8  grams to get this money up like," what did you mean?

9  A    I had grams of heroin, and I think just needed to get it

10  off fast, sell it fast to just hurry up and get some money.

11  Q    Rather than sell it as bundles, you were going to sell it

12  as grams?

13  A    Yes.

14  Q    Later on, when Mr. Anderson said, "I'm trying to get my

15  fucking paper right, man, shit, Christmas coming up," what did

16  you understand him to mean by "paper"?

17  A    Try to get his money together.

18         MR. SILVERMAN:  Your Honor, I have five more calls

19  that I'd like to just push through before we break for the

20  day, and then I think it would be a convenient time to end.

21  Is that all right with the Court?

22         THE COURT:  Yes.

23         MR. SILVERMAN:  This is Government's Exhibit 50.

24  It's actually a text message on November 10th.

25  Q    Can you read the text message that was sent?

1    A    Says, "Shit needed that undone."

2    Q    That was a text message sent to you from Mr. Anderson.

3    What did you understand the text, "needed that undone," to

4    mean?

5    A    Needed, needed grams of heroin.  Needed grams of heroin,

6    not bundles, I believe.

7              MR. SILVERMAN:  This is Government's Exhibit 51.

8    It's on November 28th, 2011.  This is also a series of text

9    messages from that date.

10   Q    This is a text message to you from Mr. Anderson.  Can you

11   read the message?

12   A    "I need 1 bad."

13   Q    What did you understand Mr. Anderson to be saying in this

14   text?

15   A    He needed one gram bad.

16   Q    This is Government's Exhibit -- I'm sorry, did I cut you

17   off?

18   A    Sounds like he needed it desperately.

19   Q    Okay.

20             MR. SILVERMAN:  This is Government's Exhibit 52.

21   Same date, 10:39 o'clock.  It's one minute later.

22   Q    It's a text message you sent to Mr. Anderson.  What did

23   you say?

24   A    "I'm have PLO give it to you."

25   Q    PLO is someone you were associated with?

```
 1   A    Yes.

 2   Q    Who is that?

 3   A    Pierre Galan.

 4   Q    What did you mean when you wrote, "I'm have PLO give it

 5   to you"?

 6   A    That I was going to call Pierre and ask Pierre to give it

 7   to him.

 8        MR. SILVERMAN:  Government's Exhibit 53 is one

 9   minute later, 10:40, same date.

10   Q    Can you read the text message?

11   A    "All right tell him 2 hit me."

12   Q    That's from Mr. Anderson to you.  What did you understand

13   Mr. Anderson to be saying?

14   A    Tell, to tell Pierre to call him.

15   Q    Have Pierre Galan call Mr. Anderson?

16   A    Yes.

17   Q    All right.

18        MR. SILVERMAN:  This is Government's Exhibit 56.

19   December 13, 2011.

20        (Government's Exhibit 56, an audio recording,

21   played.)

22   Q    Based on the voices, who are the participants in that

23   call?

24   A    Me and Mr. Anderson.

25   Q    And when you stated, "I got it in rubber bands but not,"
```

1   what were you referring to?

2   A    Rubber bands is bundles.

3   Q    You had heroin in bundles?

4   A    Yes.

5   Q    And when Mr. Anderson stated, "Rubber bands good though,"

6   what did you understand him to be asking?

7   A    Asking about the quality, was it good.

8          MR. SILVERMAN:  I'll ask one last line of questions

9   and then it might be a good time to break for the day.  No

10  more calls, for now.

11         THE COURT:  Okay.

12  Q    Are you familiar with what a heroin addict looks like,

13  from your time selling drugs?

14  A    Yes.

15  Q    How would you describe a heroin addict?

16  A    They either real hyper or nodding out.

17  Q    Nodding out?

18  A    Yeah, like sleeping.

19  Q    Falling asleep?

20  A    Yeah.

21  Q    At any point, did Mr. Anderson appear to you to match

22  your image of a heroin addict?

23         MR. ROGAN:  Objection, your Honor.  Move to strike.

24  That question's improper.  There's no suggestion so far in

25  this trial that Mr. Anderson was a heroin addict, and I don't

 1  know that this gentleman is qualified to testify on that

 2  subject.

 3          MR. SILVERMAN:  Your Honor, I'm pre-empting a line

 4  of inquiry I'm expecting to come on cross-examination.  I

 5  think it's certainly probative that the witness be able to

 6  testify that the defendant was selling rather than using the

 7  heroin that the witness was providing.

 8          MR. ROGAN:  Your Honor, could we do this at side

 9  bar, please?

10          (At the side bar.)

11          MR. ROGAN:  Your Honor, the basis for my objection

12  is twofold:  One, I don't know, despite Wilson's pedigree,

13  that he's qualified to testify as to what a heroin addict

14  looks like.

15          More importantly, respectfully to AUSA Silverman, he

16  can't actually pre-empt a line of questioning that he thinks

17  is going to come on cross-examination, because it hasn't come

18  yet.  So I would respectfully request that that might have to

19  wait for redirect examination.

20          But to start to suggest that now, in front of the

21  jury, in the absence of anything else, I think is

22  inappropriate, and that's why I raised the objection.

23          MR. SILVERMAN:  I do think the witness's testimony

24  on this issue would be relevant, and I think given his

25  experience as a heroin trafficker in which he's selling heroin

```
 1    to heroin users, he has some idea of what a typical heroin

 2    user looks like.

 3           But all of that said, I would be happy to withdraw

 4    the question, and ask it more explicitly.  "Mr. Wilson, did

 5    Mr. Anderson ever discuss with you what he was doing with the

 6    heroin that he was acquiring from you?"

 7           MR. ROGAN:  And I think, your Honor, again, and I'm

 8    no expert, but there's a difference between someone who --

 9    maybe that was the part that jumped out at me -- someone who

10    uses heroin versus a heroin addict.  I think we can all agree

11    that those people don't look to be the people that we think

12    they are.  So --

13           MR. SILVERMAN:  I just wonder if withdrawing the

14    question and asking it that way would moot your objection.

15           MR. ROGAN:  Yes.  How would you frame?

16           MR. SILVERMAN:  I would ask to withdraw the question

17    that's been asked, and I would ask to pose it as:

18    "Mr. Wilson, did Mr. Anderson ever discuss with you what he

19    intended to do with the heroin he was acquiring from you?"

20    And if he says yes, I'll ask him what his intention was.  If

21    he says no, I'll move on.

22           MR. ROGAN:  That's fine.

23           THE COURT:  Okay.

24           (A discussion was held off the record.)

25           (In open court.)
```

BY MR. SILVERMAN (Continued):

Q    Mr. Wilson, we're nearing the end of the trial day.  I'm going to withdraw the last question, and pose a different question to you.

Did Mr. Anderson ever discuss with you what his intentions were with the heroin that he was acquiring from you?

A    We discussed him getting customers from me.  We -- I don't remember discussing exactly what he did with the heroin that I got.  I remember him telling me what people said about the heroin, so...

MR. ROGAN:  Your Honor, I'm going to move to strike.  It's nonresponsive to the question, which was specifically --

THE COURT:  I don't even know what he said.

MR. ROGAN:  I was listening really hard, your Honor.  I could hear his testimony, and it appeared to me to be nonresponsive to Mr. Silverman's question about the specific question, "Did he ever tell you what he intended to do with the heroin?"  That's a yes or no question.

THE COURT:  Okay.  Yes, you can answer that, sir.  Please be careful that you are articulating enough so I can understand you.

A    Well, I would say I don't remember, because I'm not absolutely sure.

Q    Did Mr. Anderson ever provide you feedback from people

1    that he sold the heroin to?  Just yes or no.

2          MR. ROGAN:  Your Honor, I'll object on foundational

3    grounds.  I think he just testified that Mr. Anderson and he

4    never had a conversation about what he was going to do with

5    the heroin that Mr. Anderson acquired.  Therefore, the

6    follow-up question doesn't fit, because if he doesn't know the

7    answer to the first question, he can't know the answer to the

8    second question, which was -- sorry, could you repeat it

9    again?

10          MR. SILVERMAN:  I've lost your objection.

11          THE COURT:  It's the end of the day.  Difficult for

12   all of us.

13          MR. SILVERMAN:  It is late.  Why don't I withdraw

14   that and start over with this line of inquiry, just start

15   over.

16          MR. ROGAN:  It is the end of a long day.

17          THE COURT:  Okay.

18   Q    Did you, Mr. Wilson, ever determine what Mr. Anderson was

19   doing with the heroin that he acquired from you?

20   A    I determined that the sample that he took from me, he

21   gave to someone for them to test out.  The heroin that he

22   bought from me, I wasn't -- I don't remember.

23   Q    Did he pay you for the heroin that he bought from you?

24   A    Yes, not the full price all the time, but he paid me.

25   Ended up owing me, but he paid me.

1  Q    Did he pay you up front or were these credit

2  transactions?

3  A    Some yes and some no.

4       MR. SILVERMAN:  Your Honor, I think with that, it

5  makes sense to break for the day.

6       THE COURT:  All right.  I'm grateful.

7       Ladies and gentlemen, we will break for the evening

8  and see you tomorrow morning.  We'll start the trial at 10:00

9  o'clock.

10      Once again, we're going to start tomorrow at 10:00

11 o'clock, right, gentlemen?

12      MR. REEVE:  Yes, your Honor.

13      MR. SILVERMAN:  Yes, your Honor.

14      THE COURT:  In the interim, don't discuss the case

15 with anyone, and don't permit anyone to discuss it with you,

16 and have a pleasant evening.

17      (4:53 o'clock p.m.)

18              INDEX OF WITNESSES              PAGE

19 KEVIN WILSON

20    Direct Examination by Mr. Silverman       766

21   COURT REPORTER'S TRANSCRIPT CERTIFICATE
         I hereby certify that the within
22    and foregoing is a true and correct
      transcript taken from the proceedings
23    in the above-entitled matter.

24                   /s/ Thea Finkelstein
                    Official Court Reporter
25

Dated: _____