UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 3:12CR104 (EBB)** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT SANTOS** | : | **APRIL 1, 2015** |

## INDEX TO RECORD ON APPEAL

                                                                                                   **Document No.**

1. Indictment (5/15/12) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2. Notice of Related Case (11/13/2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . 468

3. Notice of Related Case (11/13/2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . 469

4. First Motion to Dismiss Count One of Indictment (12/21/2012) . . . . . . . . . . 601

5. Memorandum in Support of First Motion to Dismiss Count One of Indictment (12/21/2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 602

6. First Motion to Inspect Grand Jury Instructions with Incorporated Memorandum (12/21/2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 603

7. First Motion for Bill of Particulars (12/21/2012) . . . . . . . . . . . . . . . . . . . . . 604

8. Memorandum in Support of First Motion for Bill of Particulars (12/21/2012) . 605

9. First Motion for Disclosure of Expert Witnesses (12/21/2012) . . . . . . . . . . . 606

10. Omnibus Memorandum in Opposition by USA (1/30/2012) . . . . . . . . . . . . 702

11. Sealed Exhibits to Government's Omnibus Response (2/01/2013) . . . . . . . 707

12. Superseding Indictment (7/17/2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1073

13. Notice of Second Offender Information by USA (9/23/2013) . . . . . . . . . . . 1305

14. Proposed Voir Dire by USA (10/01/2013) . . . . . . . . . . . . . . . . . . . . . . . . . 1361

15. Notice of Expert Witnesses by USA (10/01/2013) . . . . . . . . . . . . . . . . . . . 1369

16. Motion in Limine to Limit Cross-Examination of DEA Task Force Officer Dedric Jones by USA (10/01/2013) .................................. 1373

17. Proposed Jury Instructions by USA (10/18/2013) ...................... 1434

18. Memorandum in Opposition by USA re Motion in Limine re Other Misconduct and/or Gang Affiliation (10/18/2013) ............................... 1435

19. Omnibus Ruling on Pre-Trial Motions (11/07/2013) .................... 1494

20. Response by USA regarding Nicknames (12/08/2013) ................. 1590

21. Notice of Expert Witness–Supplemental by USA (12/08/2013) .......... 1591

22. Ex Parte Motion (12/23/2013) ...................................... 1660

23. Order denying Ex Parte Motion (12/23/2013) ........................ 1699

24. Motion to Dismiss 851 Notice (1/17/2014) ........................... 1740

25. Proposed Jury Instructions (1/17/2014) ............................. 1741

26. Oral Motion to Sever Defendant (1/21/2014) ........................ 1747

27. Oral Motion to Sequester Witnesses (1/21/2014) .................... 1749

28. Oral Motion for Mistrial (1/23/2014) ............................... 1759

29. Oral Motion to Sever Defendant (1/23/2014) ........................ 1760

30. Motion Notice re Expert Witness (1/25/2014) ....................... 1762

31. First Motion to Withdraw Document and Motion to Replace First Motion re Expert Witness (1/25/2014) .......................................... 1763

32. Proposed Jury Instructions (1/30/2014) ............................. 1778

33. Renewed Motion for Expert Witness and Renewed Motion to Sever Defendant (1/31/2014) ..................................................... 1781

34. First Motion in Support of Supp. Request to Charge (2/02/2014) ........ 1783

35. Memorandum in Opposition by USA re Supp. Request to Charge (2/02/2014) ..................................................... 1784

36. Oral Motion for Judgment of Acquittal (2/03/2014) . . . . . . . . . . . . . . . . . . . . 1791

37. Oral Motion for Judgment of Acquittal (2/04/2014) . . . . . . . . . . . . . . . . . . . . 1793

38. Motion for Acquittal, Mistrial, or Recharging of Jury (2/05/2014) . . . . . . . . . 1788

39. Marked Witness List by USA (2/06/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . 1804

40. Marked Exhibit List by USA (2/06/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . 1805

41. Marked Exhibit List by USA (2/06/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . 1806

42. Court Exhibit List (2/06/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1807

43. Jury Verdict (2/06/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1813

44. Transcript of Proceedings, First Day of Trial (3/09/2014) . . . . . . . . . . . . . . 1905

45. Transcript of Proceedings, Second Day of Trial (3/09/2014) . . . . . . . . . . . 1906

46. Transcript of Proceedings, First Day of Trial (3/17/2014) . . . . . . . . . . . . . . 1919

47. Transcript of Proceedings, Second Day of Trial (3/17/2014) . . . . . . . . . . . 1920

48. Transcript of Proceedings, Third Day of Trial (3/17/2014) . . . . . . . . . . . . . 1921

49. Transcript of Proceedings, Fourth Day of Trial (3/17/2014) . . . . . . . . . . . . 1922

50. Transcript of Proceedings, Fifth Day of Trial (3/30/2014) . . . . . . . . . . . . . . 1951

51. Transcript of Proceedings, Sixth Day of Trial (3/30/2014) . . . . . . . . . . . . . 1952

52. Transcript of Proceedings, Seventh Day of Trial (3/30/2014) . . . . . . . . . . 1953

53. Transcript of Proceedings, Eighth Day of Trial (3/30/2014) . . . . . . . . . . . . 1954

54. Transcript of Proceedings, Ninth Day of Trial (3/30/2014) . . . . . . . . . . . . . 1955

55. Transcript of Proceedings, Tenth Day of Trial (3/09/2014) . . . . . . . . . . . . . 1956

56. Transcript of Proceedings, Eleventh Day of Trial (3/30/2014) . . . . . . . . . . 1957

57. Transcript of Proceedings, Twelfth Day of Trial (3/09/2014) . . . . . . . . . . . 1958

58. Presentence Investigation Report–draft (4/18/2014) . . . . . . . . . . . . . . . . . 1995

59.   Transcript of Proceedings, Corrected Second Day of Trial (6/27/2014) . . .   2041

60.   Defendant Phillip Bryant's Motion for Judgment of Acquittal Transcript of Proceedings, First Day of Trial (9/02/2014) . . . . . . . . . . . . . . . . . . . . . . . . .   2071

61.   Defendant Richard Anderson's Sealed Motion for New Trial (9/02/2014) . .   2072

62.   Motion for New Trial or, in the alternative, Motion for Judgment of Acquittal (9/02/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2073

63.   Motion to Adopt Motions Filed by Co-Defendants (9/08/2014) . . . . . . . . . .   2074

64.   Memorandum in Opposition by USA (10/31/2014) . . . . . . . . . . . . . . . . . . .   2097

65.   Government's Sealed Opposition to Defendant's Post-Trial Motions by USA (10/31/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2098

66.   Response by Robert Santos re Opposition to Motion (11/07/2014) . . . . . . .   2121

67.   Ruling denying Motion for New Trial (12/24/2014) . . . . . . . . . . . . . . . . . . .   2173

68.   Final Presentence Report (12/29/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2175

69.   Motion for Discovery Relative to Sentencing (12/31/2014) . . . . . . . . . . . . .   2182

70.   Sealed Joint Motion (12/31/2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2185

71.   Order denying nunc pro tunc Motions (12/31/2014) . . . . . . . . . . . . . . . . . .   2190

72.   Memorandum in Opposition by USA re Motions (1/02/2015) . . . . . . . . . . .   2194

73.   Government's Sealed Opposition to Defendants' Sealed Motion (1/02/2015)   2196

74.   Order Denying Motion for Discovery (1/05/2011) . . . . . . . . . . . . . . . . . . . .   2200

75.   Order Denying Sealed Motion (1/05/2015) . . . . . . . . . . . . . . . . . . . . . . . . .   2202

76.   Supplement to Presentence Report (2/18/2015) . . . . . . . . . . . . . . . . . . . . .   2216

77.   Defendant's Sentencing Memorandum (2/26/2015) . . . . . . . . . . . . . . . . . .   2259

78.   Sentencing Memorandum by USA (3/02/2015) . . . . . . . . . . . . . . . . . . . . . .   2263

79.   Defendant's Reply Sentencing Memorandum (3/10/2015) . . . . . . . . . . . . .   2277

80. Sealed Exhibits to Sentencing Reply Memorandum (3/10/2015) . . . . . . . . . 2279

81. Sentencing Memorandum by USA (3/11/2015) . . . . . . . . . . . . . . . . . . . . . . 2280

82. Judgment (3/19/2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2293

Respectfully submitted,

THE DEFENDANT,
ROBERT SANTOS

    /s/ Allison M. Near
Allison M. Near
Sheehan, Reeve and Near
350 Orange Street, Suite 101
New Haven, CT   06511
(203) 787-9026 (phone)
(203) 787-9031 (fax)
anear@sheehanandreeve.com
Federal Bar No. ct27241

## CERTIFICATE OF SERVICE

     I hereby certify that this INDEX TO RECORD ON APPEAL was filed electronically and sent on April 1, 2015 by first-class mail, postage prepaid, to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                        /s/ Allison M. Near
                        Allison M. Near